## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

THERAPEUTICSMD, INC.,

          Plaintiff,

v.

EVOFEM BIOSCIENCES, INC.,

          Defendant.

Case No.: 20-CV-82296-RAR

### JOINT SCHEDULING REPORT

Pursuant to Local Rules 16.1(b)(2) and this Court's February 12, 2021 Order (ECF No. 12), counsel for the parties have met and conferred and hereby submit the following Joint Scheduling Report and attached Joint Proposed Scheduling Order:

1.    <u>The likelihood of settlement.</u>

The parties have not yet engaged in formal settlement discussions.  Plaintiff believes that it is too early to determine the realistic prospects for settlement.  Defendant believes that an early mediation would settle this matter; however, Plaintiff has expressed a desire to wait until after discovery.

2.    <u>The likelihood of appearance in the action of additional parties.</u>

The parties do not anticipate the addition of other parties.

3.    <u>Proposed limits on the time.</u>

The parties have agreed to the dates for amending pleadings, motions, fact and expert discovery and trial schedule, as set forth in the attached Joint Proposed Scheduling Order.

4.    <u>Proposals for the formulation and simplification of issue.</u>

The parties have not yet reached an agreement on proposals for the formulation and simplification of issues.  Defendant has not yet filed a response to the complaint.  Without waiver of any rights, Plaintiff does not currently anticipate filing a non-dispositive motion at this time. The parties anticipate that they will file substantive pretrial motions, including, for each party, one

*Daubert* motion per expert and one motion for summary judgment, in an effort to narrow the issues for trial.

5.     <u>The necessity or desirability of amendments to the pleadings.</u>

The parties have agreed to amend the pleadings, if necessary, in accordance with the dates set forth in the attached Joint Proposed Scheduling Order.

6.     <u>The possibility of obtaining admissions which will avoid unnecessary proof.</u>

The parties will endeavor to stipulate and admit to facts and the authenticity of documents whenever possible. The parties expect to serve interrogatories and requests for admissions that seek to avoid unnecessary proof. The parties will discuss stipulations regarding the authenticity of documents, electronically stored information or things, and the admissibility of evidence as discovery proceeds. At this time, the parties are unaware of any need for advance rulings from the Court on the admissibility of evidence.

7.     <u>Suggestions for the avoidance of unnecessary proof and of cumulative evidence.</u>

The parties, in addition to stipulating to facts and the authenticity of documents whenever possible, will seek pretrial determinations of the admissibility of evidence in order to streamline trial.

8.     <u>Suggestions on the advisability of referring matters to a Magistrate Judge or master.</u>

At this time the parties do not consent to trial before the Magistrate Judge.

9.     <u>A preliminary estimate of the time required for trial.</u>

The parties' preliminary estimate of the time required for trial is 4-6 court days.

10.     <u>Requested dates for conferences.</u>

The parties refer to the attached Joint Proposed Scheduling Order for proposed dates for conferences and trial.

11.     <u>Discovery issues.</u>

The parties have agreed to provide their initial disclosures required by Federal Rule of Procedure 26(a)(1) on or before May 5, 2021. A proposed schedule for the completion of discovery is provided in the attached Joint Proposed Scheduling Order. The parties also agreed that designations of deposition testimony shall be made on February 28, 2022 and objections to such designations shall be filed on or before March 7, 2022.

12.     <u>Any other information that might be helpful to the Court in setting the case for status or pretrial conference.</u>

      The parties have agreed to electronic e-mail service.

13.     <u>Whether the trial will be jury or non-jury.</u>

      The parties request a trial by jury.

Dated: April 5, 2021

SHUTTS & BOWEN LLP

By: /s/ Joseph W. Bain
Joseph W. Bain, FL SBN 860360
JBain@shutts.com
Patricia A. Leonard, FL SBN 65455
pleonard@shutts.com
Jodi-Ann Tillman, FL SBN 1022214
JTillman@shutts.com
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL 33401
Telephone: 561-835-8500
Facsimile: 561-650-8530

and

HACKLER DAGHIGHIAN MARTINO &
NOVAK, P.C.

Ehab Samuel (CA SBN 228296)
esamuel@hdmnlaw.com
David A. Randall (CA SBN 156722)
dave@hdmnlaw.com
Sepehr Daghighian (CA SBN 239349)
sd@hdmnlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.:  (310) 887-1333
Fax:  (310) 887-1334

*Attorneys for Plaintiff*
*THERAPEUTICSMD, INC.*

LAW OFFICES OF JAMES A. STEPAN,
P.A.

By: /s/ James A. Stepan
James A. Stepan, FL SBN 184896
jstepan@stepanlaw.com
8570 Stirling Road, Ste. 102-161
Hollywood, FL 33024-8203
Telephone: (305) 607-0678

and

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.

Andrew D. Skale (CA SBN 211096)
adskale@mintz.com
Kara M. Cormier (MA BBO 684255)
3580 Carmel Mountain Road, Ste 300
San Diego, CA 92130
Tel: 858-314-1506
Fax: 858-314-1501
(pro hac vice admissions pending)

*Attorneys for Defendant*
*EVOFEM BIOSCIENCES, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April, 2021, I electronically filed the foregoing via the CM/ECF system which will serve a copy on the following:

James A. Stepan, FL SBN 184896
jstepan@stepanlaw.com
Andrew D. Skale (CA SBN 211096)
adskale@mintz.com
Kara M. Cormier (MA BBO 684255)
kmcormier@mintz.com

*Counsel for Defendant, Evofem Biosciences, Inc.*

By:     /s/ Jodi-Ann Tillman
             Jodi-Ann Tillman
             FL SBN 1022214
             JTillman@shutts.com