**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

|  |  |
|---|---|
| THERAPEUTICSMD, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EVOFEM BIOSCIENCES, INC.,<br><br>Defendant. | CASE NO.  9:20-cv-82296-RAR<br><br>**FIRST AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff TherapeuticsMD, Inc. ("Plaintiff" or "TherapeuticsMD"), by and through its undersigned attorneys, brings this action against Defendant Evofem Biosciences, Inc. ("Defendant" or "Evofem") for: (i) trademark infringement under 15 U.S.C. § 1114 of the Lanham Act; (ii) trademark infringement, unfair competition and false designation of origin under 15 U.S.C. § 1125(a) the Lanham Act; (iii) deceptive and unfair trade practices under the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") § 501.204, Florida Statutes; and (iv) common law trademark infringement and passing off.  TherapeuticsMD also seeks a declaratory relief in the form of the cancellation of the U.S. trademark registration issued to Evofem.

## PARTIES

1.  Plaintiff TherapeuticsMD, Inc. is a corporation organized under the laws of Delaware with a principal place of business at 951 Yamato Road, Suite 220, Boca Raton, FL 33431.

2.  Upon information and belief, Defendant Evofem Biosciences, Inc. is a corporation organized under the laws of Delaware with a principal place of business at 12400 High Bluff Drive, Suite 600, San Diego, CA 92130 and authorized to do business in Florida.

## JURISDICTION AND VENUE

3.   TherapeuticsMD brings this action for injunctive relief and damages arising out of the unauthorized, unfair, and deceptive trade practices of Evofem in connection with the commercial use and exploitation of trademarks, and the attempted trademark registration thereof, in violation of the Lanham Act.

4.   This action arises under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, including 15 U.S.C. §§ 1114, 1115 and 1125, and for deceptive and unfair trade practices and common law trademark infringement under the laws of the State of Florida.

5.   This Court has subject-matter jurisdiction over this action under 15 U.S.C. § 1121, as well as 28 U.S.C. §§ 1331, 1332, and 1338.  This Court has supplemental subject-matter jurisdiction over all state-law claims, including claims arising under Florida's trademark infringement and unfair competition laws, under 28 U.S.C. § 1367.

6.   This Court has personal jurisdiction over Evofem because it conducts business in Florida and this District by marketing, selling, distributing, and/or causing to be distributed infringing products, and committing acts of infringement and civil wrongs as alleged in this Complaint.  For example, Evofem's infringing products are available for purchase within this District at various pharmacies, including Publix Pharmacy, located at 4141 N. Federal Highway, Boca Raton, Florida 33431.  Attached as **Exhibit A** is a true and correct copy of a pharmacy receipt from a purchase made in this District (patient information redacted).  Attached as **Exhibit B** is a true and correct copy of a prescribed Evofem infringing product bearing a prescription label from the Publix Pharmacy in this District (patient information redacted).

7.   Venue is proper in this District under 28 U.S.C. §§ 1391(b) because a substantial part of the events giving rise to the claims occurred in this District and Evofem is an entity subject to

personal jurisdiction in this District.  Evofem has caused to be distributed, is offering to distribute infringing goods, and is distributing infringing goods within the State of Florida and in this District.

## FACTUAL BACKGROUND

### A.  TherapeuticsMD and its IMVEXXY® Prescription Drug Product

8.  TherapeuticsMD is a women's healthcare company committed to creating and commercializing innovative products to support women from pregnancy prevention through menopause.  TherapeuticsMD has engaged in the promotion, advertising, distribution, and sale of a wide variety of products, utilizing one or more of its trademarks as a designation of the source of its goods.

9.  As a result of its research and development in the field of women's healthcare products, TherapeuticsMD obtained marketing approval for several products from the U.S. Food and Drug Administration ("FDA"), including IMVEXXY®, which was approved by the FDA in May 2018 for the treatment of moderate-to-severe dyspareunia (vaginal pain associated with sexual activity), a symptom of vulvar and vaginal atrophy, due to menopause.

10. Since at least as early as July 23, 2018, TherapeuticsMD began marketing and selling pharmaceutical preparations bearing the IMVEXXY trademark in United States commerce. TherapueticsMD has used the IMVEXXY trademark on a regular and continuous basis in connection with pharmaceutical preparations throughout the United States and its territories.  A sample image of the IMVEXXY product packaging appears below:



11. Among other things, the prescribing information (**Exhibit C**) for TherapeuticsMD's IMVEXXY product instructs patients how to use the product, including, for example:

- "IMVEXXY® is a vaginal insert that you place in your vagina."

- "IMVEXXY® is only for use in the vagina. **Do not** take IMVEXXY by mouth (orally)."

- "Hold the IMVEXXY® insert with the larger end between your fingers."

- "Select the best position for vaginal insertion that is most comfortable for you to put in the IMVEXXY insert. *See* Figure C for suggested insertion in the lying down position or Figure D for suggested insertion in the standing position. With the smaller end up, put the insert about two inches into your vagina using your finger."

**Figure C** or **Figure D**




### B. TherapeuticsMD's Trademark Rights in Its IMVEXXY® Mark

12. In addition to its common law trademark rights throughout the United States and its territories, TherapeuticsMD is the owner of all right, title, and interest in and to the word mark IMVEXXY, U.S. Trademark Reg. No. 5,602,058, filed on February 7, 2017 and registered on November 6, 2018 (the "IMVEXXY mark").  *See* Certificate of Registration for IMVEXXY, **Exhibit D**.

13. TherapeuticsMD's trademark registration for the IMVEXXY mark is valid and subsisting. Moreover, under 15 U.S.C. § 1057(b), TherapeuticsMD's certificate of registration for the IMVEXXY mark constitutes *prima facie* evidence of (i) the validity of the IMVEXXY mark and of the registration of the mark, (ii) TherapeuticsMD's ownership of the mark, and (iii) TherapeuticsMD's exclusive right to use the registered mark in commerce on or in connection with the goods specified in the registration.  Under 15 U.S.C. § 1057(c), TherapeuticsMD's trademark registration for the IMVEXXY mark also (i) constitutes constructive use of the mark nationwide as of its February 7, 2017 filing date on or in connection with the goods specified in

the registration, and (ii) confers a right of priority, nationwide, against subsequent user's or applicants of the IMVEXXY mark, or marks confusingly similar thereto.

14. TherapeuticsMD also has a dedicated official website for its IMVEXXY product, www.imvexxy.com, which it has owned and operated since at least December 8, 2016.  *See* **Exhibit E**.

15. Among other things, the IMVEXXY mark evokes a connotation of "sexy" in the context of women's sexual and reproductive health.

16. TherapeuticsMD has expended substantial amounts of money, time, and effort advertising and promoting its IMVEXXY mark.  The pharmaceutical industry, as well as prescribing physicians and consumers, associate TherapeuticsMD's trademark with the company and understand that women's pharmaceutical products bearing the IMVEXXY mark originate from TherapeuticsMD.  TherapeuticsMD has also developed valuable goodwill with respect to its IMVEXXY mark through its continuous use in commerce.

**C.  Evofem and its PHEXXI Prescription Drug Product**

17. According to Evofem's Q2 2020 Form 10-Q public filing, it is a "commercial-stage biopharmaceutical company committed to developing and commercializing innovative products to address unmet needs in women's sexual and reproductive health, including hormone-free, woman-controlled contraception and protection from certain sexually transmitted infections (STIs)."

18. As described below, Evofem began using and filed trademark applications for the mark PHEXXI after TherapeuticsMD used and registered its IMVEXXY trademark.

19. Among other things, the PHEXXI mark contains the suffix "EXXI," and is pronounced with an "F" sound—for example, "pHantastic" (fantastic), "pHinally" (finally), and "pHabulous"

(fabulous)—according to Evofem's promotional materials included in its website. A screen capture of the PHEXXI website (www.phexxi.com) is attached as **Exhibit G** and a patient brochure downloadable from the PHEXXI website is attached as **Exhibit J**.

20. These similarities in appearance and sound not only present the risk that consumers will request the wrong drug and/or doctors will prescribe the wrong drug, but also the likelihood that pharmacists may dispense the wrong drug.

21. Moreover, Evofem prominently emphasizes that the brand evokes connotations of sexy. Its CEO stated that "[PHEXXI] also rhymes with the sexy . . . "—the same connotation as IMVEXXY—in an episode of a podcast related to health and fitness, entitled "The Future Of Birth Control, Sex, & Hormones With Evofem Biosciences CEO, Saundra Pelletier." The podcast is available at https://podcasts.apple.com/us/podcast/future-birth-control-sex-hormones-evofem-biosciences/id1093028505?i=1000490442846 (7:02-7:19). EvoFem's intentional connection to a "sexy" connotation is also evident from its website, as shown in Exhibit G ("Phexxi™ (pronounced FEX-ee, like sexy!)").

22. Thus, there is a likelihood of confusion because the PHEXXI mark is confusingly similar in appearance, sound, and overall connotation to the distinctive IMVEXXY trademark when used in connection with pharmaceutical drugs for women's sexual and reproductive health.

23. As a result, Evofem is attempting to usurp and misappropriate TherapeuticsMD's reputation and goodwill in the IMVEXXY trademark for Evofem's own pecuniary gain. And in the process, Evofem infringes TherapeuticsMD's federal and common law rights in the IMVEXXY trademark.

24. On information and belief, on or about September 8, 2020, Evofem began selling its product bearing a PHEXXI mark.

25. The PHEXXI product is a vaginal gel indicated for the prevention of pregnancy in females. A sample image of its product packaging appears below:



26. Among other things, the prescribing information (**Exhibit F**) for PHEXXI instructs patients how to use the product, including, for example:

- "Step 5: Insert the PHEXXI Pre-filled Applicator into the Vagina";

- "Gently insert the pre-filled applicator into the vagina as far as it will comfortably go while you continue to hold it by the grooved area firmly. This can be done sitting with your knees apart, lying on your back with your knees bent (*see* Figure F), or while standing with your feet apart or knees bent"; and



**Figure F**

- "While the pre-filled applicator is inserted in your vagina, use your index finger to push the plunger rod down until it stops."

27. Like the IMVEXXY prescribing information, the PHEXXI prescribing information, also states that it is "For Vaginal Use Only." *Compare* ¶ 25 to ¶ 10, *supra.*

28. Evofem also has a dedicated website for its PHEXXI product, www.phexxi.com, a domain name that Evofem registered on August 23, 2019. *See* Exhibits G and H.

29. On August 28, 2019, Evofem filed trademark application No. 88/596,085 ("the '085 Application") with the United States Patent and Trademark Office ("USPTO") to register the mark "PHEXXI" in connection with "Personal lubricant; personal sexual lubricants; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for spermatozoa; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for viral and bacterial pathogens; pharmaceutical acid-buffering gel with bio adhesive properties designed to maintain an optimal environment."  The USPTO issued a "Notice of Allowance" to Evofem on February 18, 2020 and the mark subsequently registered as U.S. Registration No. 6,201,656 (the '656 Registration) on November 17, 2020. *See* **Exhibit I**.

30. On May 11, 2020, Evofem filed trademark application 88/910,069 ("the '069 Application") with the USPTO to register a stylized design of the PHEXXI mark in connection with "Personal

lubricant; personal sexual lubricants; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for spermatozoa; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for viral and bacterial pathogens; pharmaceutical acid-buffering gel with bio adhesive properties designed to maintain an optimal environment."

31. On May 21, 2020, Evofem filed trademark application 88/927,879 ("the '879 Application") with the USPTO to register another stylized design of the PHEXXI mark in connection with "Personal lubricant; personal sexual lubricants; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for spermatozoa; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for viral and bacterial pathogens; pharmaceutical acid-buffering gel with bio adhesive properties designed to maintain an optimal environment."

32. The previously alleged trademark applications filed by Evofem are collectively referred to as "the Evofem Applications."

33. Evofem also filed, without TherapeuticsMD's authorization, foreign counterparts for the alleged PHEXXI mark in numerous jurisdictions.

34. On or about May 28, 2020, TherapeuticsMD contacted Evofem to discuss TherapeuticsMD's concerns regarding the likelihood of confusion between the IMVEXXY mark and the PHEXXI marks in connection with pharmaceutical drugs for women's sexual and reproductive health. Evofem chose not to withdraw its proposed trademark applications and subsequently commercially launched its product under the PHEXXI mark.

35. Despite being put on notice of the likelihood of confusion, on September 8, 2020, Evofem filed a Statement of Use in connection with the '085 Application, wherein it, among other things,

alleged a date of first use of the PHEXXI mark in commerce on September 8, 2020.  The '085 application subsequently matured into the '656 Registration.  At no time during the prosecution of the '085 Application, or any of the other Evofem Applications, did Evofem inform the USPTO of TherapeuticsMD's IMVEXXY registration.

36. Evofem's '069 Application and '879 Application were published for opposition on September 15, 2020.

37. On October 14, 2020, TherapeuticsMD timely filed a 30-day request for extension of time to oppose the '069 Application and the '879 Application, respectively, at the Trademark Trial and Appeal Board ("TTAB").  On November 13, 2020 TherapeuticsMD timely filed a 60-day request for extension of time to oppose the '069 Application and the '879 Application.  Both requests were granted by the TTAB.

38. There is a strong likelihood of consumer confusion stemming from Evofem's unauthorized and willful infringement of TherapeuticsMD's IMVEXXY mark.

39. The alleged PHEXXI mark used, sought to be registered, and registered by Evofem, is substantially similar in appearance, sound, commercial impression and meaning to the IMVEXXY mark, and/or is confusingly similar to the IMVEXXY mark, such that the use and registration thereof is likely to cause confusion, mistake and/or deception as to the source of origin, sponsorship, and/or association of Evofem's goods and services, and will injure and damage TherapeuticsMD and the goodwill and reputation symbolized by the IMVEXXY mark.

40. The goods bearing the alleged PHEXXI mark, and as set forth in Evofem's trademark applications, are closely related to the goods in connection with which TherapeuticsMD uses its IMVEXXY mark, such that the consuming public is likely to be confused, to be deceived, and to assume erroneously (i) that Evofem's goods are those of TherapeuticsMD, (ii) that Evofem has

been licensed to use the IMVEXXY mark by TherapeuticsMD, and/or (iii) that Evofem is in some way connected with, sponsored by, or affiliated with TherapeuticsMD.

41. Such goods would reasonably be expected by the industry and the purchasing public to emanate from or be sponsored by the same source.

42. On information and belief, Evofem's goods bearing the alleged PHEXXI mark are and/or may be sold through the same and/or similar channels of trade, prescribed by the same physicians, nurse practitioners and other prescribers, dispensed from the same pharmacies, and/or prescribed to the same class of patients, in and to which TherapeuticsMD's prescription drug product is marketed and/or sold in connection with the IMVEXXY mark.

43. On information and belief, Evofem's goods bearing the alleged PHEXXI mark are and/or may be prescribed by the same health care professionals, general OB/GYN physicians, and/or nurse practitioners, as the goods bearing TherapeuticsMD's IMVEXXY mark.

44.  At no time has Evofem requested or received TherapeuticsMD's permission to use and/or register the alleged PHEXXI mark.

45. Evofem knew or should have known of TherapeuticsMD's prior trademark rights.

46. Nevertheless, Evofem infringed TherapeuticsMD's trademark rights despite its awareness of TherapeuticsMD's superior trademark rights by adopting for use, using, and registering a confusingly similar mark.

47. TherapeuticsMD is being irreparably harmed by Evofem's registration and infringing activity.

## COUNT I

### (Federal Trademark Infringement Under 15 U.S.C. § 1114)

48. TherapeuticsMD realleges the allegations in paragraphs 1 through 47 of the Complaint as though fully set forth herein.

49. TherapeuticsMD owns U.S. Registration No. 5,602,058 for the IMVEXXY mark.

50. Evofem has engaged in, and continues to engage in, the wrongful exploitation of the PHEXXI marks in a manner that is confusingly similar to TherapeuticsMD's registered IMVEXXY mark.

51. Evofem adopted, used, sought to register, and registered the PHEXXI mark, which is substantially similar in appearance, sound, commercial impression and meaning to the IMVEXXY mark, and/or is confusingly similar to the IMVEXXY mark, such that the use and registration thereof is likely to cause confusion, mistake and/or deception as to the source of origin, sponsorship, and/or association of Evofem's goods and services, and will injure and damage TherapeuticsMD and the goodwill and reputation symbolized by IMVEXXY mark.

52. Evofem is not affiliated with, connected with, endorsed by, or sponsored by TherapeuticsMD, nor has TherapeuticsMD approved or authorized any of the goods offered or sold by Evofem.

53. None of Evofem's activities complained of in this Complaint has been authorized by TherapeuticsMD, and such unauthorized use, which substantially affects interstate commerce in this District, and elsewhere throughout the United States, constitutes trademark infringement under 15 U.S.C. § 1114.

54. Upon information and belief, such use of the alleged PHEXXI mark is knowing and willful, and with the intent to cause confusion, deceive consumers, and trade off the goodwill established by TherapeuticsMD in its IMVEXXY mark, all for Evofem's own pecuniary gain.

55. Unless the Court permanently enjoins Evofem's conduct alleged in this complaint, TherapeuticsMD's business, goodwill, and reputation will suffer irreparable harm for which there is no adequate remedy at law.  Therefore, TherapeuticsMD is entitled to injunctive relief.

56. There is a significant public interest in granting injunctive relief to avoid, among other things, the possibility of medical errors that may result from prescribing or dispensing a PHEXXI product when a patient needs an IMVEXXY product.  Such erroneous prescription or dispensing can result in a patient intending to prevent pregnancy using a drug to relieve pain during intercourse or a patient intended to relieve pain during intercourse using a contraceptive and attributing the lack of effectiveness to the IMVEXXY product, causing irreparable harm to TherapeuticsMD.

57. In addition to being entitled to injunctive relief, by reason of the foregoing, TherapeuticsMD is entitled to recover any damages proven, after trial, to have been caused by reason of Evofem's aforesaid acts of trademark infringement, together with all other remedies available under the Lanham Act, including, but not limited to disgorgement of Evofem's profits and the costs of this action.

58. Evofem's above-mentioned acts and conduct were, and are, being done in an intentional, willful, malicious, and oppressive manner in conscious disregard of TherapeuticsMD's rights making this an exceptional case under 15 U.S.C. § 1117(a).  TherapeuticsMD is therefore entitled to an award of treble damages and/or a trebling of Evofem's profits, as well as reimbursement of its attorney's fees.

## COUNT II

### (Unfair Competition and False Designation of Origin Under 15 U.S.C. § 1125(a))

59. TherapeuticsMD realleges the allegations in paragraphs 1 through 47 of the Complaint as though fully set forth herein.

60. Evofem's unauthorized use in commerce of words, terms, names, symbols, or devices, or any combination thereof, consisting of or including the confusingly similar designation PHEXXI and/or derivatives thereof, is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Evofem with TherapeuticsMD.

61. Evofem's unauthorized use of the PHEXXI mark is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Evofem with TherapeuticsMD, or as to the origin, sponsorship, or approval of Evofem's goods or commercial activities by TherapeuticsMD.

62. Evofem is not affiliated with, connected with, endorsed by, or sponsored by TherapeuticsMD, nor has TherapeuticsMD approved or authorized any of the goods offered or sold by Evofem.

63. TherapeuticsMD has no control over the nature and quality of the goods and services offered and sold by Evofem.  Any failure, neglect, or default by Evofem in providing such products will reflect adversely on TherapeuticsMD as being the believed source of such failure, neglect, or default, thereby hampering TherapeuticsMD's efforts to continue to protect its reputation and preventing TherapeuticsMD from further building its reputation. Such failure, neglect, or default will result in loss of revenue by TherapeuticsMD, and loss of value of TherapeuticsMD's considerable expenditures to promote its goods and services under its federal and common law

rights in the IMVEXXY trademark, all of which have caused, and will continue to cause irreparable harm to TherapeuticsMD.

64. None of Evofem's activities complained of in this complaint has been authorized by TherapeuticsMD, and such unauthorized use, which substantially affects interstate commerce in this District, and elsewhere throughout the United States, constitutes a violation 15 U.S.C. § 1125(a).

65. Unless the Court permanently enjoins Evofem's conduct alleged in this complaint, TherapeuticsMD's business, goodwill, and reputation will suffer irreparable harm for which there is no adequate remedy at law.  Therefore, TherapeuticsMD is entitled to injunctive relief.

66. In addition to being entitled to injunctive relief, by reason of the foregoing, TherapeuticsMD is entitled to recover any damages proven, after trial, to have been caused by reason of Evofem's aforesaid acts of trademark infringement, together with all other remedies available under the Lanham Act, including, but not limited to disgorgement of Evofem's profits and the costs of this action.

67. Evofem's above-mentioned acts and conduct were, and are, being done in an intentional, willful, malicious, and oppressive manner in conscious disregard of TherapeuticsMD's rights making this an exceptional case under 15 U.S.C. § 1117(a).  TherapeuticsMD is therefore entitled to an award of treble damages and/or a trebling of Evofem's profits, as well as reimbursement of its attorney's fees.

## <u>COUNT III</u>

**(Florida Deceptive & Unfair Trade Practices Act ("FDUTPA"), § 501.201 *et seq.*, Fla. Stat.)**

68. TherapeuticsMD realleges the allegations in paragraphs 1 through 47 of the Complaint as though fully set forth herein.

69. Evofem was, at all times material to the allegations herein, engaged in "trade or commerce." § 501.203, Fla. Stat. (2020).

70. By its infringing conduct, Evofem has engaged in unfair competition, and/or unfair or deceptive acts or practices, under the Florida Deceptive and Unfair Trade Practices Act § 501.201 *et seq*, Florida Statutes.

71. Evofem's engagement in (i) infringing TherapeuticsMD's IMVEXXY mark, (ii) intentionally adopting and extensively using PHEXXI in commerce in connection with pharmaceutical preparations for women's sexual and reproductive health, and (iii) otherwise committing the acts set forth in this Complaint, is likely to lead to consumer confusion.

72. Specifically, Evofem has adopted for use and registration a mark that is confusingly similar to TherapeuticsMD's IMVEXXY mark for use in connection with similar and/or related goods and services.

73. Evofem's use of the PHEXXI mark in this manner is a deliberate attempt, by Evofem, (i) to usurp and misappropriate TherapeuticsMD's reputation and goodwill in the IMVEXXY mark; and (ii) to mislead consumers away from TherapeuticsMD's IMVEXXY products to Evofem's PHEXXI products, all for Evofem's own pecuniary gain.

74. Evofem has caused TherapeuticsMD to be aggrieved by such deceptive acts or practices, for which there is no adequate remedy at law, and TherapeuticsMD will continue to be damaged by Evofem's actions unless this Court enjoins Evofem from such unfair business practices.

75. The above-mentioned acts were done in an intentional, willful, malicious, and oppressive manner in conscious disregard of TherapeuticsMD's rights.  Accordingly, TherapeuticsMD is entitled to recover profits, damages, and attorney's fees under the Florida Deceptive and Unfair Practices Act §§ 501.201-213, Florida Statutes.

## COUNT IV

**(Common Law Trademark Infringement and Passing Off)**

76. TherapeuticsMD realleges the allegations in paragraphs 1 through 47 of the Complaint as though fully set forth herein.

77. TherapeuticsMD first adopted and used the IMVEXXY mark in connection with pharmaceutical preparations for women's sexual and reproductive health, as a means of establishing goodwill and reputation and to describe, identify, or denominate particular prescription drugs sold by it and to distinguish them from similar goods marketed by others.

78. Through its association with such prescription drugs, the IMVEXXY mark has acquired a special significance as the name of the goods marketed by TherapeuticsMD for women's sexual and reproductive health because TherapeuticsMD's IMVEXXY mark is inherently distinctive.

79. Evofem has commenced the use of a confusingly similar PHEXXI mark to indicate or identify similar goods (for women's sexual and reproductive health) that are marketed by it in competition with TherapeuticsMD in the same industry in which TherapeuticsMD has already established its IMVEXXY mark.

80. As a consequence of Evofem's action, consumer confusion of source or as to the sponsorship of the prescription drugs offered, or to be offered, by Evofem is likely or inevitable.

81. Evofem's conduct, as described above, constitutes common law trademark infringement and passing off in violation of the common law of the State of Florida.

82. TherapeuticsMD does not have an adequate remedy at law and will continue to be damaged by Evofem's actions unless this Court enjoins Evofem from such conduct.

## COUNT V

**(Cancellation of Trademark Registration No. 6,201,656 Under 15 U.S.C. § 1119)**

83. TherapeuticsMD realleges the allegations in paragraphs 1 through 47 of the Complaint as though fully set forth herein.

84. TherapeuticsMD's use of the IMVEXXY mark predates Evofem's '656 Registration in connection with the infringing PHEXXI mark used in connection with "Personal lubricant; personal sexual lubricants; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for spermatozoa; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for viral and bacterial pathogens; pharmaceutical acid-buffering gel with bio adhesive properties designed to maintain an optimal environment."

85. By virtue of such earlier use, TherapeuticsMD's rights in the IMVEXXY Mark has priority over the mark in the '656 Registration.

86. Thus, the '656 Registration for the alleged PHEXXI mark should be cancelled.

87. Further, Evofem's registration and use of the infringing PHEXXI mark is likely to cause confusion, mistake, or to deceive as to an affiliation, connection, or association between Evofem and/or Evofem's goods, on the one hand, and TherapeuticsMD and the IMVEXXY mark in connection with similar and/or related goods, on the other hand, or as to the origin, sponsorship, or approval of Evofem's goods by TherapeuticsMD.

88.  Because the alleged PHEXXI mark is confusingly similar to the IMVEXXY mark, and in light of the relatedness of the goods at issue, Evofem's alleged mark falsely suggests a connection with TherapeuticsMD and/or may mislead consumers of Evofem's and/or TherapeuticsMD's goods, and/or the public in general, into believing that Evofem's goods are sold by, emanate from, and/or in some way, directly or indirectly, are associated with TherapeuticsMD, and/or the

IMVEXXY mark, goods, and/or business, or vice versa, to the damage and detriment of TherapeuticsMD.

89. Evofem's alleged PHEXXI mark also "so resembles a mark registered in the Patent and Trademark Office, or a mark . . . previously used in the United States and not abandoned, as to be likely, when applied to the goods of the applicant, to cause confusion, or to cause mistake, or to deceive." 15 U.S.C § 1052(d).

90. TherapeuticsMD is being and will continue to be damaged by the registration of the infringing PHEXXI mark unless this Court declares that the Registration No. 6,201,656 was improperly issued by the USPTO and acts to cancel Registration No. 6,201,656 in accordance with 15 U.S.C. § 1119.

## **COUNT VI**

### **(Cancellation of Trademark Registration No. 6,201,656 – Fraud on the USPTO)**

91. TherapeuticsMD realleges the allegations in paragraphs 1 through 47 of the Complaint as though fully set forth herein.

92. On August 28, 2019, Evofem, with assistance from its outside counsel (Evofem's "Counsel of Record"), electronically filed the '085 Application with the USPTO for the mark PHEXXI in connection with, among other things, "pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for viral and bacterial pathogens."

93. On September 8, 2020, Evofem with the assistance of its Counsel of Record, electronically filed a Statement of Use with the USPTO alleging that the PHEXXI "mark is in use in commerce on or in connection with all of the goods" and that "the mark was first used by the applicant . . . at least as early as 09/08/2020, and first used in commerce at least as early as 09/08/2020, and is now in use in such commerce."

94.   On information and belief, Evofem's Counsel of Record drafted the Statement of Use.

95.   Evofem's Vice President & Deputy General Counsel ("VPDGC"), who works out of Evofem's corporate office in San Diego, signed the Statement of Use on 09/08/2020 on Evofem's behalf.  A true and correct copy of Evofem's Statement of Use is attached as **Exhibit K**.

96.   The Statement of Use contains a standard declaration as to the truth of the statements in the Statement of Use, as well as a warning that "willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom."

97.   At the time Evofem filed the Statement of Use, Evofem was not using and had never used the PHEXXI Mark in commerce in connection with all of the goods described in the '085 Application, including "pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for viral and bacterial pathogens" (collectively "the Falsely Claimed Goods").

98.   At the time Evofem filed the Statement of Use, the FDA had only approved Evofem to market a drug bearing the PHEXXI Mark for use as a "vaginal gel for the prevention of pregnancy in females of reproductive potential for use as an on-demand method of contraception" ("Evofem's Approved Drug").  A copy of the FDA approval letter is attached as **Exhibit L**.

99.   Evofem did not and currently does not have the approval from the FDA to market and sell Evofem's Approved Drug bearing the PHEXXI Mark for the Falsely Claimed Goods.

100.  Evofem's VPDGC knew that Evofem was not using and had never used the PHEXXI Mark in commerce in connection with the Falsely Claimed Goods and knew that Evofem had not obtained FDA approval to market the Falsely Claimed Goods under the PHEXXI Mark.

101.  Although Evofem had not used and could not lawfully use the PHEXXI Mark in connection with the Falsely Claimed Goods, Evofem's Counsel of Record prepared and filed, and Evofem's VPDGC nevertheless signed, the Statement of Use declaring, among other things that "the [PHEXXI] mark is in use in commerce on or in connection with **all the goods** . . . in the application or notice of allowance, or as subsequently modified." *See* **Exhibit L** (emphasis added).

102.  Because Evofem had not used and could not lawfully use the PHEXXI Mark in connection with the Falsely Claimed Goods, the VPDGC's and Evofem's declaration regarding use of the PHEXXI Mark in commerce for **all the goods** was false.

103.  Had the VPDGC not made and filed this false declaration, Evofem would not have received a Certificate of Registration for the PHEXXI Mark that included the Falsely Claimed Goods.

104.  Accordingly, the false statement included in the Statement of Use was material to the registrability of the PHEXXI Mark.

105.  Evofem's VPDGC's false statement was made with knowledge of the falsity of the representation and with intent to deceive the USPTO.

106.  Evofem's VPDGC submitted the false statements as to the use of the PHEXXI Mark on the Falsely Claimed Goods in commerce and the first use date of the mark with the intent to procure a registration to which Evofem is not entitled.

107.  For example, Evofem and its VPDGC knew the indication for which the FDA had approved Evofem's Approved Drug under the PHEXXI mark.

108.  Evofem and its VPDGC knew that it could not market a drug under the PHEXXI Mark for an indication for which the FDA had not approved.

109.   The intent of Evofem's VPDGC to submit a false declaration is further evidenced by the nature of the specimen submitted in support of the Statement of Use.

110.   The September 8, 2020 Statement of Use included the declaration that "[t]he specimen(s) shows the mark as used on or in connection with the goods . . . in commerce."

111.   Evofem's September 8, 2020 Statement of Use included a specimen (reproduced below), which is described as "Product picture / packaging."  Only the top view and the right-side view of Evofem's Approved Drug product packaging was included as the specimen.

 

112.   But absent from VPDGC's submission was the back side of Evofem's Approved Drug product packaging, which explicitly states that "Phexxi™ does not protect against HIV infection (AIDS) and other sexually transmitted diseases."

113.   A picture of the back side of Evofem's product packaging is reproduced below with annotation identifying the relevant disclaimer.



114.  Similarly, the prescribing information for Evofem's Approved Drug product, which is provided inside Evofem's product packaging, explicitly states that "PHEXXI does not protect against HIV infection and other sexually transmitted diseases."  A copy of Evofem's prescribing information is attached as **Exhibit F**.

115.  The product packaging and the prescribing information both state that "PHEXXI does not protect against HIV [(AIDS)] infection and other sexually transmitted diseases."  Likewise, Evofem's website repeatedly includes a similar disclaimer: "Phexxi does not protect against sexually transmitted infections, including HIV."

116.  Evofem's VPDGC knew of these statements.

117.  Evofem's VPDGC knew that the statements on the product packaging and in the prescribing information contradicted his statement of use in commerce of the PHEXXI Mark in connection with "pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for viral and bacterial pathogens."

118.  Even though the product packaging, prescribing information, and website for Evofem's Approved Drug disclaims use for protection against HIV and sexually transmitted diseases, which are typically caused by bacterial and viral pathogens, Evofem's VPDGC omitted this information from the Statement of Use and did not disclose this material information to the USPTO.  Nor did Evofem's VPDGC disclose the back side of Evofem's product packaging as part of the submitted specimen.

119.  Upon information and belief, Evofem's VPDGC deliberately concealed such information from the USPTO and excluded the explicit material disclaimer on the product packaging to prevent the Examining Attorney from questioning the sufficiency of the specimen to show use in commerce of the PHEXXI Mark on "pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for viral and bacterial pathogens" and requesting additional specimen(s) or information.

120.  Such an objection and request from the USPTO would have exposed the falsity of the statements included in VPDGC's statement of use and Evofem's Registration would not have issued. The USPTO relied on VPDGC's false and material statement of use in issuing Evofem's Registration.  But for Evofem's false and material statement of use, Evofem's Registration would not have issued.

121.  For the reasons discussed above, Evofem's VPDGC committed fraud in the procurement of Evofem's '656 Registration or during the prosecution of the '085 Application for the PHEXXI Mark.

122.  TherapeuticsMD is being and will continue to be damaged by the registration of the PHEXXI mark, and Evofem will continue to enjoy unlawful gain and advantage to which it is not entitled under the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*, unless this Court declares that the '656

Registration was improperly issued by the USPTO and acts to cancel it in accordance with 15 U.S.C. § 1119.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff TherapeuticsMD respectfully prays for judgment as follows:

A. That the Court adjudge and decree that Evofem has, without the consent of TherapeuticsMD, used in commerce a colorable imitation of the IMVEXXY mark in connection with the sale, offering for sale, distribution, and advertising of goods in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive in violation of 15 U.S.C. § 1114.

B. That the Court adjudge and decree that Evofem has falsely designated the origin of certain goods and services as those of TherapeuticsMD, has made and used false representations in connection with the sale, offering for sale, promotion and advertising of such goods and services, and has unfairly competed with TherapeuticsMD at common law.

C. That the Court, under 15 U.S.C. § 1116(a) and Florida law, permanently enjoin Evofem, its agents, servants, employees, attorneys, and all persons acting in concert or participation with them, or with any of them from:

    a.        Using, registering, or applying to register PHEXXI, or any other word or words which are identical and/or confusingly similar to TherapeuticsMD's IMVEXXY mark, either alone, as part of, or together with, any other word or words, trademark, service mark, trade name, domain name or other business or commercial designation in connection with the sale, offering for sale, advertising, promotion and/or distribution of pharmaceutical preparations for women's sexual and reproductive health;

       b.      Selling, offering to sell, marketing, distributing, advertising and/or promoting any pharmaceutical drug for women's sexual and reproductive health with the word PHEXXI displayed on such product, packaging, advertising or promotional materials;

       c.      Otherwise infringing the IMVEXXY mark;

       d.      Engaging in actions that constitute unfair competition and/or false designation of origin; and

       e.      Engaging in deceptive or unfair trade practices in violation of the Florida Deceptive and Unfair Trade Practices Act, F.S.A. 501.201 *et seq.*

D.  That the Court issue an order, under 15 U.S.C. § 1116(a) and Florida law, ordering Evofem to abandon the Evofem Applications and all foreign counterparts.

E.  That the Court issue an order, under 15 U.S.C. § 1119, ordering the cancellation of Evofem's U.S. Registration No. 6,201,656, and certifying such order to the Director of the USPTO make appropriate entry upon the Office records and effect such cancellation.

F.  That the Court issue an order, under 15 U.S.C. § 1118, ordering Evofem to deliver up for destruction all labels, signs, prints, packages, promotions, wrappers, receptacles, advertisements, and all other materials in its possession or under its control bearing the infringing PHEXXI mark.

G.  That the Court issue an order requiring Evofem to account for all gains, profits, and advantages derived from its acts of trademark infringement.

H.  That the Court award TherapeuticsMD: (i) all of Evofem's profits, gains, and advantages derived from the unauthorized use of the IMVEXXY mark or any confusingly similar mark, and that such sums be trebled; (ii) all damages sustained by TherapeuticsMD by reason of Evofem's acts of trademark infringement and unfair competition, including amounts necessary for prospective corrective advertising, and that such damages be trebled; (iii) exemplary and punitive

damages as the court finds appropriate to deter any future willful conduct; and (iv) interest, including prejudgment interest, on the foregoing sums.

I.   That the Court issue an order declaring this case exceptional under 15 U.S.C. § 1117(a).

J.   That the Court award all costs and reasonable attorney fees.

K.   That the Court award such other and further relief as this Court deems appropriate.

## DEMAND FOR JURY TRIAL

In accordance with Federal Rule of Civil Procedure 38(b), TherapeuticsMD demands a jury trial on all issues triable by a jury.

Dated: June 7, 2021

Respectfully submitted,

SHUTTS & BOWEN LLP
525 Okeechobee Boulevard
Suite 1100
West Palm Beach, FL 33401
Telephone:       561-835-8500
Facsimile:       561-650-8530

By: /s/ *Joseph W. Bain*
    Joseph W. Bain, Florida Bar No. 860360
    JBain@shutts.com
    Patricia A. Leonard, Florida Bar No. 65455
    PLeonard@shutts.com
    Jodi-Ann Tillman, Florida Bar No. 1022214
    JTillman@shutts.com

and

HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.

Ehab Samuel (CA SBN 228296)
esamuel@hdmnlaw.com
*(Pro Hac Vice)*
David A. Randall (CA SBN 156722)
dave@hdmnlaw.com
*(Pro Hac Vice)*
Sepehr Daghighian (CA SBN 239349)
sd@hdmnlaw.com
*(Pro Hac Vice)*
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.:  (310) 887-1333
Fax:  (310) 887-1334

*Attorneys for Plaintiff*
THERAPEUTICSMD, INC.

Exhibit A

# Your Prescription Receipt



Publix Pharmacy# 0785
4141 N FEDERAL HWY
BOCA RATON, FL 33431

Phone# (561) 395-1725

**PHEXXI 1.8-1-0.4% VAGINAL GEL**
NDC: ████████         Mfg: EVOFEM  BIOSCIEN
Qty: 60                        Days: 30
**5 Refills by 11/12/2021**



**Your plan(s) have saved you $72.09**

## Your Medication
**NDC#** ████████
**Side 1** -
**Side 2** -
**Form:** gel
**Shape:**
**Color:**

**AMOUNT DUE:**  $278.86

Exhibit B



For Vaginal Use Only

Individually wrapped foils not
to be sold separately.

Rx Only

Net Contents: 12 individually wrapped foil pouches;
each containing one pre-filled, single-dose vaginal
applicator and one plunger.

**Publix Pharmacy** (561) 395 - 1725
4141 N FEDERAL HWY
BOCA RATON, FL 33431

PHEXXI 1.8—1—0.4%VAGINAL GEL

USE AS NEEDED WITHIN 1 HOUR OF
EACH ACT OF SEXUAL INTERCOURSE

Filled: 11/13/20

QTY: 60
5 Refills by 11/13/2021

Pres:

Discard After: 11/13/2021

⚥ WARNING IF YOU
BECOME PREGNANT
DO NOT TAKE THIS DRUG
⚥ VAGINAL
USE ONLY

Call ahead 24 hours to
get your prescription
faster

Dist:

1.8%, 1%, 0.4%



Active ingredients: lactic acid 1.8%, citric acid 1%, and potassium bitartrate 0.4%.

Each single-dose, pre-filled applicator contains: 5 g vaginal gel.

Store at 20° C-25° C (68°-77° F) with excursions permitted between 15° C-30° C (59°F-86° F) (see USP Controlled Room Temperature).

Use as directed by your healthcare provider.

See package insert for full Prescribing Information.

Phexxi™ does not protect against HIV infection (AIDS) and other sexually transmitted diseases.

Keep this and all medications out of reach of children.

Dispose of the applicator and the cap in the trash after use. Potential choking hazard.





Exhibit C

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
These highlights do not include all the information needed to use IMVEXXY safely and effectively. See full prescribing information for IMVEXXY.

IMVEXXY® (estradiol vaginal inserts)
Initial U.S. Approval: 1975

---

**WARNING: ENDOMETRIAL CANCER, CARDIOVASCULAR DISORDERS, BREAST CANCER and PROBABLE DEMENTIA**

*See full prescribing information for complete boxed warning.*

Estrogen-Alone Therapy
- There is an increased risk of endometrial cancer in a woman with a uterus who uses unopposed estrogens (5.3)
- Estrogen-alone therapy should not be used for the prevention of cardiovascular disease or dementia (5.2, 5.4)
- The Women's Health Initiative (WHI) estrogen-alone substudy reported increased risks of stroke and deep vein thrombosis (DVT) (5.2)
- The WHI Memory Study (WHIMS) estrogen-alone ancillary study of WHI reported an increased risk of probable dementia in postmenopausal women 65 years of age and older (5.4)

Estrogen Plus Progestin Therapy
- Estrogen plus progestin therapy should not be used for the prevention of cardiovascular disease or dementia (5.2, 5.4)
- The WHI estrogen plus progestin substudy reported increased risks of stroke, DVT, pulmonary embolism (PE) and myocardial infarction (MI) (5.2)
- The WHI estrogen plus progestin substudy reported increased risks of invasive breast cancer (5.3)
- The WHIMS estrogen plus progestin ancillary study of WHI reported an increased risk of probable dementia in postmenopausal women 65 years of age and older (5.4)

---

**————————INDICATIONS AND USAGE————————**
IMVEXXY is an estrogen indicated for the treatment of moderate to severe dyspareunia, a symptom of vulvar and vaginal atrophy, due to menopause. (1)

**————————DOSAGE AND ADMINISTRATION————————**
IMVEXXY should be administered intravaginally:
1 vaginal insert daily for 2 weeks, followed by 1 insert twice weekly (for example, Monday and Thursday). (2.1)

**————————DOSAGE FORMS AND STRENGTHS————————**
IMVEXXY vaginal inserts contain 4 mcg or 10 mcg estradiol. (3)

**————————CONTRAINDICATIONS————————**
- Undiagnosed abnormal genital bleeding (4)
- Known, suspected, or history of breast cancer (4, 5.3)
- Known or suspected estrogen-dependent neoplasia (4, 5.3)
- Active DVT, PE, or history of these conditions (4, 5.2)
- Active arterial thromboembolic disease (for example, stroke and MI), or a history of these conditions (4, 5.2)
- Known anaphylactic reaction or angioedema with IMVEXXY (4)
- Known liver impairment or disease (4, 5.11)
- Known protein C, protein S, or antithrombin deficiency, or other known thrombophilic disorders (4)

**————————WARNINGS AND PRECAUTIONS————————**
- Estrogens increase the risk of gallbladder disease (5.5)
- Discontinue estrogen if severe hypercalcemia, loss of vision, severe hypertriglyceridemia, or cholestatic jaundice occurs (5.6, 5.7, 5.10, 5.11)
- Monitor thyroid function in women on thyroid replacement hormone therapy (5.12, 5.19)

**————————ADVERSE REACTIONS————————**
In a single, prospective, randomized, placebo-controlled, double-blind trial, the most common adverse reaction with IMVEXXY (incidence ≥3 percent and greater than placebo) was headache. (6.1)

To report SUSPECTED ADVERSE REACTIONS, contact TherapeuticsMD, Inc. at 1-888-228-0150 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch*.

**————————DRUG INTERACTIONS————————**
Inducers and inhibitors of CYP3A4 may affect estrogen drug metabolism and decrease or increase the estrogen plasma concentration (7.1)

**————————USE IN SPECIFIC POPULATIONS————————**
- Geriatric use: An increased risk of probable dementia in women over 65 years of age was reported in the Women's Health Initiative Memory ancillary studies of the Women's Health Initiative (5.4, 8.5)

See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling

**Revised: 11/2019**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***

**WARNING: ENDOMETRIAL CANCER, CARDIOVASCULAR DISORDERS, BREAST CANCER and PROBABLE DEMENTIA**
1  INDICATIONS AND USAGE
    1.1  Treatment of Moderate to Severe Dyspareunia, a Symptom of Vulvar and Vaginal Atrophy, Due to Menopause
2  DOSAGE AND ADMINISTRATION
    2.1  Treatment of Moderate to Severe Dyspareunia, a Symptom of Vulvar and Vaginal Atrophy, Due to Menopause
3  DOSAGE FORMS AND STRENGTHS
4  CONTRAINDICATIONS
5  WARNINGS AND PRECAUTIONS
    5.1  Risks from Systemic Absorption
    5.2  Cardiovascular Disorders
    5.3  Malignant Neoplasms
    5.4  Probable Dementia
    5.5  Gallbladder Disease
    5.6  Hypercalcemia
    5.7  Visual Abnormalities
    5.8  Addition of a Progestin When a Woman Has Not Had a Hysterectomy
    5.9  Elevated Blood Pressure
    5.10  Hypertriglyceridemia
    5.11  Hepatic Impairment and/or Past History of Cholestatic Jaundice
    5.12  Hypothyroidism
    5.13  Fluid Retention
    5.14  Hypocalcemia
    5.15  Exacerbation of Endometriosis
    5.16  Hereditary Angioedema
    5.17  Exacerbation of Other Conditions
    5.18  Laboratory Tests
    5.19  Drug Laboratory Test Interactions
6  ADVERSE REACTIONS
    6.1  Clinical Trials Experience
    6.2  Postmarketing Experience
7  DRUG INTERACTIONS
    7.1  Metabolic Interactions
8  USE IN SPECIFIC POPULATIONS
    8.1  Pregnancy
    8.2  Lactation
    8.4  Pediatric Use
    8.5  Geriatric Use
10  OVERDOSAGE
11  DESCRIPTION
12  CLINICAL PHARMACOLOGY
    12.1  Mechanism of Action
    12.2  Pharmacodynamics
    12.3  Pharmacokinetics
13  NONCLINICAL TOXICOLOGY
    13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
14  CLINICAL STUDIES

14.1   Effects on Moderate to Severe Dyspareunia
14.2   Women's Health Initiative Studies
14.3   Women's Health Initiative Memory Study
**15   REFERENCES**
**16   HOW SUPPLIED/STORAGE AND HANDLING**
16.1   How Supplied
16.2   Storage and Handling
**17   PATIENT COUNSELING INFORMATION**

Vaginal Bleeding
Possible Serious Adverse Reactions with Estrogen-Alone Therapy
Possible Less Serious but Common Adverse Reactions with Estrogen-Alone Therapy
**PATIENT INFORMATION**

*Sections or subsections omitted from the full prescribing information are not listed.

2

# FULL PRESCRIBING INFORMATION

<div style="border:1px solid">

### WARNING: ENDOMETRIAL CANCER, CARDIOVASCULAR DISORDERS, BREAST CANCER AND PROBABLE DEMENTIA

**Estrogen-Alone Therapy**

#### Endometrial Cancer

**There is an increased risk of endometrial cancer in a woman with a uterus who uses unopposed estrogens. Adding a progestin to estrogen therapy has been shown to reduce the risk of endometrial hyperplasia, which may be a precursor to endometrial cancer. Adequate diagnostic measures, including directed or random endometrial sampling when indicated, should be undertaken to rule out malignancy in postmenopausal women with undiagnosed persistent or recurring abnormal genital bleeding [*see Warnings and Precautions (5.3)*].**

#### Cardiovascular Disorders and Probable Dementia

**Estrogen-alone therapy should not be used for the prevention of cardiovascular disease or dementia [*see Warnings and Precautions (5.2, 5.4), and Clinical Studies (14.2, 14.3)*].**

**The Women's Health Initiative (WHI) estrogen-alone substudy reported increased risks of stroke and deep vein thrombosis (DVT) in postmenopausal women (50 to 79 years of age) during 7.1 years of treatment with daily oral conjugated estrogens (CE) [0.625 mg]-alone, relative to placebo [*see Warnings and Precautions ( 5.2), and Clinical Studies (14.2)*].**

**The WHI Memory Study (WHIMS) estrogen-alone ancillary study of WHI reported an increased risk of developing probable dementia in postmenopausal women 65 years of age or older during 5.2 years of treatment with daily CE (0.625 mg)-alone, relative to placebo. It is unknown whether this finding applies to younger postmenopausal women [*see Warnings and Precautions (5.4), Use in Specific Populations (8.5), and Clinical Studies (14.3)*].**

**In the absence of comparable data, these risks should be assumed to be similar for other doses of CE and other dosage forms of estrogens. Estrogens with or without progestins should be prescribed at the lowest effective doses and for the shortest duration consistent with treatment goals and risks for the individual woman.**

**Estrogen Plus Progestin Therapy**

#### Cardiovascular Disorders and Probable Dementia

**Estrogen plus progestin therapy should not be used for the prevention of cardiovascular disease or dementia [*see Warnings and Precautions (5.2, 5.4), and Clinical Studies (14.2, 14.3)*].**

**The WHI estrogen plus progestin substudy reported increased risks of DVT, pulmonary embolism (PE), stroke and myocardial infarction (MI) in postmenopausal women (50 to 79 years of age) during 5.6 years of treatment with daily oral CE (0.625 mg) combined with medroxyprogesterone acetate (MPA) [2.5 mg] relative to placebo [*see Warnings and Precautions (5.2), and Clinical Studies (14.2)*].**

**The WHIMS estrogen plus progestin ancillary study of the WHI, reported an increased risk of developing probable dementia in postmenopausal women 65 years of age or older during 4 years of treatment with daily CE (0.625 mg) combined with MPA (2.5 mg), relative to placebo. It is unknown whether this finding applies to younger postmenopausal women [*see Warnings and Precautions (5.4), Use in Specific Populations (8.5), and Clinical Studies (14.2)*].**

#### Breast Cancer

**The WHI estrogen plus progestin substudy also demonstrated an increased risk of invasive breast cancer [*see Warnings and Precautions (5.3), and Clinical Studies (14.2)*].**

**In the absence of comparable data, these risks should be assumed to be similar for other doses of CE and MPA, and other combinations and dosage forms of estrogens and progestins.**

**Estrogens with or without progestins should be prescribed at the lowest effective doses and for the shortest duration consistent with treatment goals and risks for the individual woman.**

</div>

# 1      INDICATIONS AND USAGE

## 1.1      Treatment of Moderate to Severe Dyspareunia, a Symptom of Vulvar and Vaginal Atrophy, Due to Menopause

# 2      DOSAGE AND ADMINISTRATION

Generally, when estrogen is prescribed for a postmenopausal woman with a uterus, a progestin should also be considered to reduce the risk of endometrial cancer.

A woman without a uterus does not need a progestin. In some cases, however, hysterectomized women with a history of endometriosis may need a progestin *[see Warnings and Precautions (5.3, 5.15)]*.

Use of estrogen-alone, or in combination with a progestin, should be with the lowest effective dose and for the shortest duration consistent with treatment goals and risks for the individual woman. Postmenopausal women should be re-evaluated periodically as clinically appropriate to determine if treatment is still necessary.

## 2.1      Treatment of Moderate to Severe Dyspareunia, a Symptom of Vulvar and Vaginal Atrophy, Due to Menopause

IMVEXXY should be administered intravaginally; insert with the smaller end up for a depth of about two inches into the vaginal canal. Insert 1 daily at approximately the same time for 2 weeks, followed by 1 insert twice weekly, every three to four days (for example, Monday and Thursday). Generally, women should be started at the 4 mcg dosage strength. Dosage adjustment should be guided by the clinical response.

# 3      DOSAGE FORMS AND STRENGTHS

IMVEXXY are small, light pink, tear shaped, vaginal inserts for manual placement into the vagina. IMVEXXY inserts contain 4 mcg or 10 mcg of estradiol. Each insert is imprinted in white ink on one side with "04" or "10" corresponding to the insert's dosage strength.

# 4      CONTRAINDICATIONS

IMVEXXY is contraindicated in women with any of the following conditions:

- Undiagnosed abnormal genital bleeding
- Known, suspected, or history of breast cancer
- Known or suspected estrogen-dependent neoplasia
- Active DVT, PE, or history of these conditions
- Active arterial thromboembolic disease (for example, stroke and myocardial infarction (MI)), or a history of these conditions
- Known anaphylactic reaction or angioedema with IMVEXXY

- Known liver impairment or disease
- Known protein C, protein S, or antithrombin deficiency, or other known thrombophilic disorders

# 5        WARNINGS AND PRECAUTIONS

## 5.1        Risks from Systemic Absorption

IMVEXXY is intended only for vaginal administration. Systemic absorption may occur with the use of IMVEXXY *[see Pharmacokinetics (12.3)]*. The warnings, precautions, and adverse reactions associated with the use of systemic estrogen-alone therapy should be taken into account.

## 5.2        Cardiovascular Disorders

An increased risk of stroke and DVT has been reported with estrogen-alone therapy. An increased risk of PE, DVT, stroke, and MI has been reported with estrogen plus progestin therapy. Should these occur or be suspected, estrogen with or without progestin therapy should be discontinued immediately.

Risk factors for arterial vascular disease (for example, hypertension, diabetes mellitus, tobacco use, hypercholesterolemia, and obesity) and/or venous thromboembolism (VTE) (for example, personal history or family history of VTE, obesity, and systemic lupus erythematosus) should be managed appropriately.

*Stroke*

In the WHI estrogen-alone substudy, a statistically significant increased risk of stroke was reported in women 50 to 79 years of age receiving daily CE (0.625 mg)-alone compared to women in the same age group receiving placebo (45 versus 33 per 10,000 women-years). The increase in risk was demonstrated in year 1 and persisted *[see Clinical Studies (14.2)]*. Should a stroke occur or be suspected, estrogen-alone therapy should be discontinued immediately.

Subgroup analyses of women 50 to 59 years of age suggest no increased risk of stroke for those women receiving CE (0.625 mg)-alone versus those receiving placebo (18 versus 21 per 10,000 women-years).[1]

In the WHI estrogen plus progestin substudy, a statistically significant increased risk of stroke was reported in women 50 to 79 years of age receiving daily CE (0.625 mg) plus MPA (2.5 mg) compared to women in the same age group receiving placebo (33 versus 25 per 10,000 women-years) *[see Clinical Studies (14.2)]*. The increase in risk was demonstrated after the first year and persisted.[1] Should a stroke occur or be suspected, estrogen plus progestin therapy should be discontinued immediately.

*Coronary Heart Disease*

In the WHI estrogen-alone substudy, no overall effect on coronary heart disease (CHD) events (defined as nonfatal MI, silent MI, or CHD death) was reported in women receiving estrogen-alone compared to placebo[2] *[see Clinical Studies (14.2)]*.

Subgroup analysis of women 50 to 59 years of age suggests a statistically non-significant reduction in CHD events (CE [0.625 mg]-alone compared to placebo) in women with less than 10 years since menopause (8 versus 16 per 10,000 women-years).[1]

In the WHI estrogen plus progestin substudy, there was a statistically non-significant increased risk of CHD events reported in women receiving daily CE (0.625 mg) plus MPA (2.5 mg) compared to women receiving placebo (41 versus 34 per 10,000 women-years).[1] An increase in relative risk was demonstrated in year 1, and a trend toward decreasing relative risk was reported in years 2 through 5 *[see Clinical Studies (14.2)]*.

In postmenopausal women with documented heart disease (n=2,763), average 66.7 years of age, in a controlled clinical trial of secondary prevention of cardiovascular disease (Heart and Estrogen/Progestin Replacement Study [HERS]), treatment with daily CE (0.625 mg) plus MPA (2.5 mg) demonstrated no cardiovascular benefit. During an average follow-up of 4.1 years, treatment with CE plus MPA did not reduce the overall rate of CHD events in postmenopausal women with established coronary heart disease. There were more CHD events in the CE plus MPA-treated group than in the placebo group in year 1, but not during the subsequent years. Two thousand, three hundred and twenty-one (2,321) women from the original HERS trial agreed to participate in an open label extension of the original HERS, HERS II. Average follow-up in HERS II was an additional 2.7 years, for a total of 6.8 years overall. Rates of CHD events were comparable among women in the CE plus MPA group and the placebo group in HERS, HERS II, and overall.

*Venous Thromboembolism*

In the WHI estrogen-alone substudy, the risk of VTE (DVT and PE) was increased for women receiving daily CE (0.625 mg)-alone compared to placebo (30 versus 22 per 10,000 women-years), although only the increased risk of DVT reached statistical significance (23 versus 15 per 10,000 women-years). The increase in VTE risk was demonstrated during the first 2 years[3] *[see Clinical Studies (14.2)]*. Should a VTE occur or be suspected, estrogen-alone therapy should be discontinued immediately.

In the WHI estrogen plus progestin substudy, a statistically significant 2-fold greater rate of VTE was reported in women receiving daily CE (0.625 mg) plus MPA (2.5 mg) compared to women receiving placebo (35 versus 17 per 10,000 women-years). Statistically significant increases in risk for both DVT (26 versus 13 per 10,000 women-years) and PE (18 versus 8 per 10,000 women-years) were also demonstrated. The increase in VTE risk was demonstrated during the first year and persisted[4] *[see Clinical Studies (14.2)]*. Should a VTE occur or be suspected, estrogen plus progestin therapy should be discontinued immediately.

If feasible, estrogens should be discontinued at least 4 to 6 weeks before surgery of the type associated with an increased risk of thromboembolism, or during periods of prolonged immobilization.

## 5.3     Malignant Neoplasms

*Endometrial Cancer*

An increased risk of endometrial cancer has been reported with the use of unopposed estrogen therapy in a woman with a uterus. The reported endometrial cancer risk among unopposed estrogen users is about 2 to 12 times greater than in non-users, and appears dependent on

duration of treatment and on estrogen dose. Most studies show no significant increased risk associated with use of estrogens for less than 1 year. The greatest risk appears associated with prolonged use, with an increased risk of 15- to 24-fold for 5 to 10 years or more and this risk has been shown to persist for at least 8 to 15 years after estrogen therapy is discontinued.

Clinical surveillance of all women using estrogen-alone or estrogen plus progestin therapy is important. Adequate diagnostic measures, including directed or random endometrial sampling when indicated, should be undertaken to rule out malignancy in postmenopausal women with undiagnosed persistent or recurring abnormal genital bleeding.

There is no evidence that the use of natural estrogens results in a different endometrial risk profile than synthetic estrogens of equivalent estrogen dose. Adding a progestin to estrogen therapy in postmenopausal women has been shown to reduce the risk of endometrial hyperplasia, which may be a precursor to endometrial cancer.

*Breast Cancer*

The most important randomized clinical trial providing information about breast cancer in estrogen-alone users is the WHI substudy of daily CE (0.625 mg)-alone. In the WHI estrogen-alone substudy, after an average follow-up of 7.1 years, daily CE-alone was not associated with an increased risk of invasive breast cancer [relative risk (RR) 0.80][5] *[see Clinical Studies (14.2)]*.

The most important randomized clinical trial providing information about breast cancer in estrogen plus progestin users is the WHI substudy of daily CE (0.625 mg) plus MPA (2.5 mg). After a mean follow-up of 5.6 years, the estrogen plus progestin substudy reported an increased risk of invasive breast cancer in women who took daily CE plus MPA. In this substudy, prior use of estrogen-alone or estrogen plus progestin therapy was reported by 26 percent of the women. The relative risk of invasive breast cancer was 1.24, and the absolute risk was 41 versus 33 cases per 10,000 women-years, for CE plus MPA compared with placebo. Among women who reported prior use of hormone therapy, the relative risk of invasive breast cancer was 1.86, and the absolute risk was 46 versus 25 cases per 10,000 women-years, for CE plus MPA compared with placebo. Among women who reported no prior use of hormone therapy, the relative risk of invasive breast cancer was 1.09, and the absolute risk was 40 versus 36 cases per 10,000 women-years for CE plus MPA compared with placebo. In the same substudy, invasive breast cancers were larger, were more likely to be node positive, and were diagnosed at a more advanced stage in the CE (0.625 mg) plus MPA (2.5 mg) group compared with the placebo group. Metastatic disease was rare, with no apparent difference between the two groups. Other prognostic factors, such as histologic subtype, grade and hormone receptor status did not differ between the groups[6] *[see Clinical Studies (14.2)]*.

Consistent with the WHI clinical trial, observational studies have also reported an increased risk of breast cancer for estrogen plus progestin therapy, and a smaller increased risk for estrogen-alone therapy, after several years of use. The risk increased with duration of use, and appeared to return to baseline over about 5 years after stopping treatment (only the observational studies have substantial data on risk after stopping). Observational studies also suggest that the risk of breast cancer was greater, and became apparent earlier, with estrogen plus progestin therapy as compared to estrogen-alone therapy. However, these studies have not generally found significant variation in the risk of breast cancer among different estrogen plus progestin combinations, doses, or routes of administration.

The use of estrogen-alone and estrogen plus progestin therapy has been reported to result in an increase in abnormal mammograms requiring further evaluation.

7

All women should receive yearly breast examinations by a healthcare provider and perform monthly breast self-examinations. In addition, mammography examinations should be scheduled based on patient age, risk factors, and prior mammogram results.

*Ovarian Cancer*

The WHI estrogen plus progestin substudy reported a statistically non-significant increased risk of ovarian cancer. After an average follow-up of 5.6 years, the relative risk for ovarian cancer for CE plus MPA versus placebo was 1.58 (95 percent CI, 0.77 to 3.24). The absolute risk for CE plus MPA versus placebo was 4 versus 3 cases per 10,000 women-years.[7]

A meta-analysis of 17 prospective and 35 retrospective epidemiology studies found that women who used hormonal therapy for menopausal symptoms had an increased risk for ovarian cancer. The primary analysis, using case-control comparisons, included 12,110 cancer cases from the 17 prospective studies. The relative risks associated with current use of hormonal therapy was 1.41 (95% confidence interval [CI] 1.32 to 1.50); there was no difference in the risk estimates by duration of the exposure (less than 5 years [median of 3 years] vs. greater than 5 years [median of 10 years] of use before the cancer diagnosis). The relative risk associated with combined current and recent use (discontinued use within 5 years before cancer diagnosis) was 1.37 (95 percent CI, 1.27 to 1.48), and the elevated risk was significant for both estrogen-alone and estrogen plus progestin products. The exact duration of hormone therapy use associated with an increased risk of ovarian cancer, however, is unknown.

## 5.4      Probable Dementia

In the WHIMS estrogen-alone ancillary study of WHI, a population of 2,947 hysterectomized women 65 to 79 years of age was randomized to daily CE (0.625 mg)-alone or placebo.

After an average follow-up of 5.2 years, 28 women in the estrogen-alone group and 19 women in the placebo group were diagnosed with probable dementia. The relative risk of probable dementia for CE-alone versus placebo was 1.49 (95 percent CI, 0.83-2.66). The absolute risk of probable dementia for CE-alone versus placebo was 37 versus 25 cases per 10,000 women-years[8] *[see Use in Specific Populations (8.5), and Clinical Studies (14.3)].*

In the WHIMS estrogen plus progestin ancillary study of WHI, a population of 4,532 postmenopausal women 65 to 79 years of age was randomized to daily CE (0.625 mg) plus MPA (2.5 mg) or placebo. After an average follow-up of 4 years, 40 women in the CE plus MPA group and 21 women in the placebo group were diagnosed with probable dementia. The relative risk of probable dementia for CE plus MPA versus placebo was 2.05 (95 percent CI, 1.21-3.48). The absolute risk of probable dementia for CE plus MPA versus placebo was 45 versus 22 cases per 10,000 women-years[8] *[see Use in Specific Populations (8.5), and Clinical Studies (14.3)].*

When data from the two populations in the WHIMS estrogen-alone and estrogen plus progestin ancillary studies were pooled as planned in the WHIMS protocol, the reported overall relative risk for probable dementia was 1.76 (95 percent CI, 1.19-2.60). Since both ancillary studies were conducted in women 65 to 79 years of age, it is unknown whether these findings apply to younger postmenopausal women[8] *[see Use in Specific Populations (8.5), and Clinical Studies (14.3)].*

## 5.5      Gallbladder Disease

A 2- to 4-fold increase in the risk of gallbladder disease requiring surgery in postmenopausal women receiving estrogens has been reported.

## 5.6      Hypercalcemia

Estrogen administration may lead to severe hypercalcemia in women with breast cancer and bone metastases. If hypercalcemia occurs, use of the drug should be stopped and appropriate measures taken to reduce the serum calcium level.

## 5.7      Visual Abnormalities

Retinal vascular thrombosis has been reported in women receiving estrogens. Discontinue medication pending examination if there is a sudden partial or complete loss of vision, or a sudden onset of proptosis, diplopia, or migraine. If examination reveals papilledema or retinal vascular lesions, estrogens should be permanently discontinued.

## 5.8      Addition of a Progestin When a Woman Has Not Had a Hysterectomy

Studies of the addition of a progestin for 10 or more days of a cycle of estrogen administration, or daily with estrogen in a continuous regimen, have reported a lowered incidence of endometrial hyperplasia than would be induced by estrogen treatment alone. Endometrial hyperplasia may be a precursor to endometrial cancer.

There are, however, possible risks that may be associated with the use of progestins with estrogens compared to estrogen-alone regimens. These include an increased risk of breast cancer.

## 5.9      Elevated Blood Pressure

In a small number of case reports, substantial increases in blood pressure have been attributed to idiosyncratic reactions to estrogens. In a large, randomized, placebo-controlled clinical trial, a generalized effect of estrogens on blood pressure was not seen.

## 5.10      Hypertriglyceridemia

In women with pre-existing hypertriglyceridemia, estrogen therapy may be associated with elevations of plasma triglycerides leading to pancreatitis. Consider discontinuation of treatment if pancreatitis occurs.

## 5.11      Hepatic Impairment and/or Past History of Cholestatic Jaundice

Estrogens may be poorly metabolized in women with impaired liver function. For women with a history of cholestatic jaundice associated with past estrogen use or with pregnancy, caution should be exercised, and in the case of recurrence, medication should be discontinued.

## 5.12      Hypothyroidism

Estrogen administration leads to increased thyroid-binding globulin (TBG) levels. Women with normal thyroid function can compensate for the increased TBG by making more thyroid

hormone, thus maintaining free T4 and T3 serum concentrations in the normal range. Women dependent on thyroid hormone replacement therapy who are also receiving estrogens may require increased doses of their thyroid replacement therapy. These women should have their thyroid function monitored in order to maintain their free thyroid hormone levels in an acceptable range.

## 5.13    Fluid Retention

Estrogens may cause some degree of fluid retention. Women with conditions that might be influenced by this factor, such as a cardiac or renal dysfunction, warrant careful observation when estrogen-alone is prescribed.

## 5.14    Hypocalcemia

Estrogen therapy should be used with caution in women with hypoparathyroidism as estrogen-induced hypocalcemia may occur.

## 5.15    Exacerbation of Endometriosis

Cases of malignant transformation of residual endometrial implants have been reported in women treated post-hysterectomy with estrogen-alone therapy. For women known to have residual endometriosis post-hysterectomy, the addition of progestin should be considered.

## 5.16    Hereditary Angioedema

Exogenous estrogens may exacerbate symptoms of angioedema in women with hereditary angioedema.

## 5.17    Exacerbation of Other Conditions

Estrogen therapy may cause an exacerbation of asthma, diabetes mellitus, epilepsy, migraine, porphyria, systemic lupus erythematosus, and hepatic hemangiomas and should be used with caution in women with these conditions.

## 5.18    Laboratory Tests

Serum follicle stimulating hormone (FSH) and estradiol levels have not been shown to be useful in the management of moderate to severe symptoms of vulvar and vaginal atrophy due to menopause.

## 5.19    Drug Laboratory Test Interactions

Accelerated prothrombin time, partial thromboplastin time, and platelet aggregation time; increased platelet count; increased factors II, VII antigen, VIII antigen, VIII coagulant activity, IX, X, XII, VII-X complex, II-VII-X complex, and beta-thromboglobulin; decreased levels of antifactor Xa and antithrombin III, decreased antithrombin III activity; increased levels of fibrinogen and fibrinogen activity; increased plasminogen antigen and activity.

Increased thyroid-binding globulin (TBG) levels leading to increased circulating total thyroid hormone as measured by protein-bound iodine (PBI), T4 levels (by column or by

radioimmunoassay) or T3 levels by radioimmunoassay. T3 resin uptake is decreased, reflecting the elevated TBG. Free T4 and free T3 concentrations are unaltered. Women on thyroid replacement therapy may require higher doses of thyroid hormone.

Other binding proteins may be elevated in serum, for example, corticosteroid binding globulin (CBG), sex hormone-binding globulin (SHBG), leading to increased total circulating corticosteroids and sex steroids, respectively. Free hormone concentrations, such as testosterone and estradiol, may be decreased. Other plasma proteins may be increased (angiotensinogen/renin substrate, alpha-1-antitrypsin, ceruloplasmin).

Increased plasma high-density lipoprotein (HDL) and HDL2 cholesterol subfraction concentrations, reduced low-density lipoprotein (LDL) cholesterol concentrations, increased triglyceride levels.

Impaired glucose tolerance.

# 6        ADVERSE REACTIONS

The following serious adverse reactions are discussed elsewhere in the labeling:

- Cardiovascular Disorders *[see Warnings and Precautions (5.2)]*.
- Malignant Neoplasms *[see Warnings and Precautions (5.3)]*.

## 6.1        Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety of IMVEXXY 4 mcg and 10 mcg was assessed in a single, double-blind, parallel-group, placebo-controlled trial (N=382). The duration of treatment in this trial was 12 weeks (dosing occurred every day for 14 days and then twice weekly thereafter for maintenance).

Adverse reactions with an incidence of ≥3 percent in any IMVEXXY group and numerically greater than those reported in the placebo group are listed in Table 1.

**Table 1:**        **Treatment-Emergent Adverse Reactions Reported at a Frequency of ≥3% and Numerically More Common in Women Receiving IMVEXXY**

| Preferred Term | IMVEXXY 4 mcg (N=191) | IMVEXXY 10 mcg (N=191) | Placebo (N=192) |
|---|---|---|---|
| Nervous system disorders, n (%) | | | |
| Headache | 7 (3.7) | 5 (2.6) | 6 (3.1) |

## 6.2        Postmarketing Experience

The following adverse reactions have been identified during post-approval use of IMVEXXY 4 and 10 mcg. Because these reactions are reported voluntarily from a population of uncertain

size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

*Genitourinary system*

Vaginal discharge

# 7        DRUG INTERACTIONS

No drug-drug interaction studies have been conducted with IMVEXXY.

## 7.1        Metabolic Interactions

In vitro and in vivo studies have shown that estrogens are metabolized partially by cytochrome P450 3A4 (CYP3A4). Therefore, inducers or inhibitors of CYP3A4 may affect estrogen drug metabolism. Inducers of CYP3A4, such as St. John's wort (Hypericum perforatum) preparations, phenobarbital, carbamazepine, and rifampin, may reduce plasma concentrations of estrogens, possibly resulting in a decrease in therapeutic effects and/or changes in the uterine bleeding profile. Inhibitors of CYP3A4 such as erythromycin, clarithromycin, ketoconazole, itraconazole, ritonavir and grapefruit juice may increase plasma concentrations of estrogens and may result in side effects.

# 8        USE IN SPECIFIC POPULATIONS

## 8.1        Pregnancy

**Risk Summary**

IMVEXXY is not indicated for use in pregnancy. There are no data with the use of IMVEXXY in pregnant women; however, epidemiologic studies and meta-analyses have not found an increased risk of genital or nongenital birth defects (including cardiac anomalies and limb-reduction defects) following exposure to combined hormonal contraceptives (estrogen and progestins) before conception or during early pregnancy.

## 8.2        Lactation

**Risk Summary**

IMVEXXY is not indicated for use in females of reproductive potential. Estrogens are present in human milk and can reduce milk production in breast-feeding females. This reduction can occur at any time but is less likely to occur once breast-feeding is well-established.

## 8.4        Pediatric Use

IMVEXXY is not indicated in children. Clinical studies have not been conducted in the pediatric population.

## 8.5      Geriatric Use

There have not been sufficient numbers of geriatric women involved in clinical studies utilizing IMVEXXY to determine whether those over 65 years of age differ from younger subjects in their response to IMVEXXY.

*The Women's Health Initiative Studies*

In the WHI estrogen-alone substudy (daily CE [0.625 mg]-alone versus placebo), there was a higher relative risk of stroke in women greater than 65 years of age *[see Clinical Studies (14.2)].*

In the WHI estrogen plus progestin substudy (daily CE [0.625 mg] plus MPA [2.5 mg] versus placebo), there was a higher relative risk of nonfatal stroke and invasive breast cancer in women greater than 65 years of age *[see Clinical Studies (14.2)].*

*The Women's Health Initiative Memory Study*

In the WHIMS ancillary studies of postmenopausal women 65 to 79 years of age, there was an increased risk of developing probable dementia in women receiving estrogen-alone or estrogen plus progestin when compared to placebo *[see Warnings and Precautions (5.4), and Clinical Studies (14.3)].*

Since both ancillary studies were conducted in women 65 to 79 years of age, it is unknown whether these findings apply to younger postmenopausal women[8] *[see Warnings and Precautions (5.4), and Clinical Studies (14.3)].*


## 10      OVERDOSAGE

Overdosage of estrogen may cause nausea, vomiting, breast tenderness, abdominal pain, drowsiness and fatigue, and withdrawal bleeding may occur in women. Treatment of overdose consists of discontinuation of IMVEXXY therapy with institution of appropriate symptomatic care.


## 11      DESCRIPTION

IMVEXXY (estradiol vaginal inserts) are small, light pink, tear-shaped, vaginal inserts for manual placement into the vagina. Inserts contain 4 mcg or 10 mcg of estradiol, an estrogen. Each insert is imprinted in white ink on one side with "04" or "10" corresponding to the insert's dosage strength. IMVEXXY vaginal inserts are used intravaginally. When the insert comes in contact with the vaginal mucosa, estradiol is released into the vagina.

Estradiol is chemically described as estra-1,3,5 (10)-triene-3,17β-diol. The chemical formula is $C_{18}H_{24}O_2$ with a molecular weight of 272.38.

The structural formula is:

IMVEXXY (estradiol vaginal inserts) contain the following inactive ingredients: ammonium hydroxide, ethanol, ethyl acetate, ethylene glycol palmitostearate, FD&C Red #40, gelatin, glycerin, isopropyl alcohol, lecithin, medium chain triglycerides, polyethylene glycol, polyethylene glycol stearates, polyvinyl acetate phthalate, propylene glycol, purified water, sorbitol-sorbitan solution, and titanium dioxide. FDA approved acceptance criteria for assay, organic impurities, and dissolution tolerances differ from the USP test.

# 12      CLINICAL PHARMACOLOGY

## 12.1      Mechanism of Action

Endogenous estrogens are largely responsible for the development and maintenance of the female reproductive system and secondary sexual characteristics. Although circulating estrogens exist in a dynamic equilibrium of metabolic interconversions, estradiol is the principal intracellular human estrogen and is substantially more potent than its metabolites, estrone and estriol, at the receptor level.

The primary source of estrogen in normally cycling adult women is the ovarian follicle, which secretes 70 to 500 mcg of estradiol daily, depending on the phase of the menstrual cycle. After menopause, most endogenous estrogen is produced by conversion of androstenedione, secreted by the adrenal cortex, to estrone in the peripheral tissues. Thus, estrone and the sulfate conjugated form, estrone sulfate, are the most abundant circulating estrogens in postmenopausal women.

Estrogens act through binding to nuclear receptors in estrogen-responsive tissues. To date, two estrogen receptors have been identified. These vary in proportion from tissue to tissue.

Circulating estrogens modulate the pituitary secretion of the gonadotropins, luteinizing hormone (LH), and FSH, through a negative feedback mechanism. Estrogens act to reduce the elevated levels of these hormones seen in postmenopausal women.

## 12.2      Pharmacodynamics

Currently there are no pharmacodynamics data known for IMVEXXY.

## 12.3      Pharmacokinetics

*Absorption*

Estrogen drug products are well absorbed through the skin, mucous membranes, and the gastrointestinal tract. The vaginal delivery of estrogens circumvents first-pass metabolism.

14

In a multicenter, double-blind placebo-controlled study of 574 postmenopausal women randomized to placebo, or 4 and 10 mcg of IMVEXXY, a subset of 54 women participated in a pharmacokinetics substudy. Women received 1 vaginal insert daily for the first 2 weeks, followed by 1 insert twice weekly for the following 10 weeks.

Mean (±SD) serum estradiol and estrone following 14 days of once daily administration of IMVEXXY are shown in Figure 1. Administration of the 4 mcg and 10 mcg IMVEXXY vaginal inserts and placebo once daily for 14 days resulted in a mean estradiol $C_{avg\,(0-24)}$ of 3.6, 4.6, and 4.3 pg/mL, respectively, Table 2.

**Figure 1:** **Mean (±SD) Serum Concentration of Estradiol and Estrone on Day 14 Following Daily Administration of IMVEXXY 4 mcg, IMVEXXY 10 mcg, and Placebo**



**Table 2: Arithmetic Mean (SD) of Estradiol and Estrone Pharmacokinetic Parameters Following 14 Daily Doses – Unadjusted for Baseline**

|  | Estradiol | | Estrone | |
| --- | --- | --- | --- | --- |
|  | $C_{max}$ (pg/mL) | $C_{avg\,(0-24)}$ (pg/mL) | $C_{max}$ (pg/mL) | $C_{avg\,(0-24)}$ (pg/mL) |
| 4 mcg | 4.8 (2.3) | 3.6 (1.8) | 16.0 (5.5) | 13.6 (4.8) |
| 10 mcg | 7.3 (2.4) | 4.6 (2.3) | 23.9 (13.5) | 19.3 (10.2) |
| Placebo | 5.5 (3.4) | 4.3 (2.8) | 22.8 (10.9) | 17.8 (7.5) |

At Day 84, estradiol concentrations compared to Baseline concentrations were: 4.3 vs 3.9 pg/mL for 4 mcg; 4.8 vs 5.0 pg/mL for 10 mcg; and 4.4 vs 4.5 pg/mL for placebo.

*Distribution*

The distribution of exogenous estrogens is similar to that of endogenous estrogens. Estrogens are widely distributed in the body and are generally found in higher concentrations in the sex hormone target organs. Estrogens circulate in the blood largely bound to SHBG and albumin.

*Metabolism*

Exogenous estrogens are metabolized in the same manner as endogenous estrogens. Circulating estrogens exist in a dynamic equilibrium of metabolic interconversions. These transformations take place mainly in the liver. Estradiol is converted reversibly to estrone, and both can be converted to estriol, which is the major urinary metabolite. Estrogens also undergo enterohepatic recirculation via sulfate and glucuronide conjugation in the liver, biliary secretion of conjugates into the intestine, and hydrolysis in the intestine followed by reabsorption. In postmenopausal women, a significant portion of the circulating estrogens exist as sulfate conjugates, especially estrone sulfate, which serves as a circulating reservoir for the formation of more active estrogens.

*Excretion*

Estradiol, estrone, and estriol are excreted in the urine along with glucuronide and sulfate conjugates.

*Use in Specific Populations*

No pharmacokinetic studies were conducted in specific populations, including women with renal or hepatic impairment.

# 13        NONCLINICAL TOXICOLOGY

## 13.1      Carcinogenesis, Mutagenesis, Impairment of Fertility

Long-term continuous administration of natural and synthetic estrogens in certain animal species increases the frequency of carcinomas of the breast, uterus, cervix, vagina, testis, and liver.

# 14        CLINICAL STUDIES

## 14.1      Effects on Moderate to Severe Dyspareunia

The effectiveness and safety of IMVEXXY on moderate to severe dyspareunia, a symptom of vulvar and vaginal atrophy due to menopause were examined in one placebo-controlled clinical trial.

This 12-week, randomized, double-blind, placebo-controlled, parallel-group trial enrolled 574 generally healthy postmenopausal women between 40 to 75 years of age (mean 59 years of age) who at baseline assessment had ≤5 percent superficial cells on a vaginal smear, a vaginal pH >5.0, and also identified, at baseline, moderate to severe dyspareunia as the most bothersome symptom to her. Greater than 90% of women also reported moderate to severe vaginal dryness at baseline. Treatment groups included 4 mcg IMVEXXY (n=191), 10 mcg IMVEXXY (n=191), and placebo (n=192). All women were assessed for improvement in the mean change from Baseline to Week 12 for the co-primary efficacy variables of: most bothersome moderate to severe symptom of dyspareunia, percentage of vaginal superficial and percentage of vaginal parabasal cells on a vaginal smear, and vaginal pH.

IMVEXXY 4 mcg and 10 mcg inserts were statistically superior to placebo in reducing the severity of moderate to severe dyspareunia at Week 12 (see Table 3). A statistically significant

increase in the percentage of superficial cells and a corresponding statistically significant decrease in the percentage of parabasal cells on a vaginal smear was also demonstrated for IMVEXXY 4 and 10 mcg inserts (p<0.0001). The mean reduction in vaginal pH between Baseline and Week 12 was also statistically significant for IMVEXXY 4 and 10 mcg inserts (p<0.0001).

**Table 3:** **Efficacy of Dyspareunia Associated with Postmenopausal Vulvar and Vaginal Atrophy (Least Square Mean Change from Baseline to Week 12 in Severity of Woman's Self-Identified Most Bothersome Moderate to Severe Symptom of Vulvar and Vaginal Atrophy)**

| Most Bothersome Moderate to Severe Symptom at Baseline | IMVEXXY 4 mcg (N=151) | IMVEXXY 10 mcg (N=154) | Placebo (N=163) |
|---|---|---|---|
| *Dyspareunia* | | | |
| Baseline Mean (SD) | 2.7 (0.48) | 2.6 (0.48) | 2.7 (0.46) |
| LS Mean Change from Baseline (SE) | -1.52 (0.071) | -1.69 (0.071) | -1.28 (0.070) |
| p-value vs placebo | 0.0149 | <0.0001 | ------ |

The modified intent-to-treat population (MITT) included only women in the ITT population who at baseline met the inclusion criteria of ≤5 percent superficial cells on a vaginal smear, a vaginal pH >5.0, and who identified moderate or severe dyspareunia as her most bothersome vaginal symptom.
Definitions: SD – standard deviation; SE – standard error; LS – least square

## 14.2      Women's Health Initiative Studies

The WHI enrolled approximately 27,000 predominantly healthy postmenopausal women in two substudies to assess the risks and benefits of daily oral CE (0.625 mg)-alone or in combination with MPA (2.5 mg) compared to placebo in the prevention of certain chronic diseases. The primary endpoint was the incidence of CHD (defined as nonfatal MI, silent MI and CHD death), with invasive breast cancer as the primary adverse outcome. A "global index" included the earliest occurrence of CHD, invasive breast cancer, stroke, PE, endometrial cancer (only in the CE plus MPA substudy), colorectal cancer, hip fracture, or death due to other causes. These substudies did not evaluate the effects of CE-alone or CE plus MPA on menopausal symptoms.

*WHI Estrogen-Alone Substudy*

The WHI estrogen-alone substudy was stopped early because an increased risk of stroke was observed, and it was deemed that no further information would be obtained regarding the risks and benefits of estrogen-alone in predetermined primary endpoints.

Results of the estrogen-alone substudy, which included 10,739 women (average 63 years of age, range 50 to 79; 75.3 percent White, 15.1 percent Black, 6.1 percent Hispanic, 3.6 percent Other) after an average follow-up of 7.1 years, are presented in Table 4.

17

**Table 4:      Relative and Absolute Risk Seen in the Estrogen-Alone Substudy of WHI[a]**

| Event | Relative Risk CE vs Placebo (95% nCI[b]) | CE n=5,310 | Placebo n=5,429 |
|---|---|---|---|
| | | Absolute Risk per 10,000 Women-Years | |
| CHD events[c] | 0.95 (0.78-1.16) | 54 | 57 |
| *Non-fatal MI[c]* | *0.91 (0.73-1.14)* | *40* | *43* |
| *CHD death[c]* | *1.01 (0.71-1.43)* | *16* | *16* |
| All Strokes[c] | 1.33 (1.05-1.68) | 45 | 33 |
| *Ischemic stroke[c]* | *1.55 (1.19-2.01)* | *38* | *25* |
| Deep vein thrombosis[c,d] | 1.47 (1.06-2.06) | 23 | 15 |
| Pulmonary embolism[c] | 1.37 (0.90-2.07) | 14 | 10 |
| Invasive breast cancer[c] | 0.80 (0.62-1.04) | 28 | 34 |
| Colorectal cancer[c] | 1.08 (0.75-1.55) | 17 | 16 |
| Hip fracture[c] | 0.65 (0.45-0.94) | 12 | 19 |
| Vertebral fractures[c,d] | 0.64 (0.44-0.93) | 11 | 18 |
| Lower arm/wrist fractures[c,d] | 0.58 (0.47-0.72) | 35 | 59 |
| Total fractures[c,d] | 0.71 (0.64-0.80) | 144 | 197 |
| Death due to other causes[e,f] | 1.08 (0.88-1.32) | 53 | 50 |
| Overall mortality[c,d] | 1.04 (0.88-1.22) | 79 | 75 |
| Global Index[g] | 1.02 (0.92-1.13) | 206 | 201 |

[a] Adapted from numerous WHI publications. WHI publications can be viewed at www.nhlbi.nih.gov/whi.
[b] Nominal confidence intervals unadjusted for multiple looks and multiple comparisons.
[c] Results are based on centrally adjudicated data for an average follow-up of 7.1 years.
[d] Not included in "global index."
[e] Results are based on an average follow-up of 6.8 years.
[f] All deaths, except from breast or colorectal cancer, definite or probable CHD, PE or cerebrovascular disease.
[g] A subset of the events was combined in a "global index," defined as the earliest occurrence of CHD events,
    invasive breast cancer, stroke, pulmonary embolism, colorectal cancer, hip fracture, or death due to other causes.

For those outcomes included in the WHI "global index" that reached statistical significance, the absolute excess risk per 10,000 women-years in the group treated with CE-alone was 12 more strokes while the absolute risk reduction per 10,000 women-years was 7 fewer hip fractures.[9] The absolute excess risk of events included in the "global index" was a non-significant 5 events per 10,000 women-years. There was no difference between the groups in terms of all-cause mortality.

No overall difference for primary CHD events (nonfatal MI, silent MI and CHD death) and invasive breast cancer incidence in women receiving CE-alone compared with placebo was

18

reported in final centrally adjudicated results from the estrogen-alone substudy, after an average follow-up of 7.1 years.

Centrally adjudicated results for stroke events from the estrogen-alone substudy, after an average follow-up of 7.1 years, reported no significant difference in distribution of stroke subtype or severity, including fatal strokes, in women receiving CE-alone compared to placebo. Estrogen-alone increased the risk for ischemic stroke, and this excess risk was present in all subgroups of women examined.[10]

Timing of the initiation of estrogen-alone therapy relative to the start of menopause may affect the overall risk benefit profile. The WHI estrogen-alone substudy, stratified by age, showed in women 50-59 years of age a non-significant trend toward reduced risk for CHD *[hazard ratio (HR) 0.63 (95 percent CI, 0.36-1.09)]* and overall mortality *[HR 0.71 (95 percent CI, 0.46-1.11)]*.

*WHI Estrogen Plus Progestin Substudy*

The WHI estrogen plus progestin substudy was stopped early. According to the predefined stopping rule, after an average follow-up of 5.6 years of treatment, the increased risk of invasive breast cancer and cardiovascular events exceeded the specified benefits included in the "global index." The absolute excess risk of events included in the "global index" was 19 per 10,000 women-years.

For those outcomes included in the WHI "global index" that reached statistical significance after 5.6 years of follow-up, the absolute excess risks per 10,000 women-years in the group treated with CE plus MPA were 7 more CHD events, 8 more strokes, 10 more PEs, and 8 more invasive breast cancers, while the absolute risk reductions per 10,000 women-years were 6 fewer colorectal cancers and 5 fewer hip fractures.

Results of the CE plus MPA substudy, which included 16,608 women (average 63 years of age, range 50 to 79; 83.9 percent White, 6.8 percent Black, 5.4 percent Hispanic, 3.9 percent Other) are presented in Table 5. These results reflect centrally adjudicated data after an average follow-up of 5.6 years.

**Table 5:**   **Relative and Absolute Risk Seen in the Estrogen Plus Progestin Substudy of WHI at an Average of 5.6 Years[a,b]**

| Event | Relative Risk CE/MPA vs Placebo (95% nCI[c]) | CE/MPA n=8,506 | Placebo n=8,102 |
|---|---|---|---|
| | | Absolute Risk per 10,000 Women-Years | |
| CHD events | 1.23 (0.99-1.53) | 41 | 34 |
| *Non-fatal MI* | *1.28 (1.00-1.63)* | *31* | *25* |
| *CHD death* | *1.10 (0.70-1.75)* | *8* | *8* |
| All Strokes | 1.31 (1.03-1.68) | 33 | 25 |
| *Ischemic stroke* | *1.44 (1.09-1.90)* | *26* | *18* |
| Deep vein thrombosis[d] | 1.95 (1.43-2.67) | 26 | 13 |

19

| Event | Relative Risk CE/MPA vs Placebo (95% nCI[c]) | CE/MPA n=8,506 | Placebo n=8,102 |
|---|---|---|---|
| | | Absolute Risk per 10,000 Women-Years | |
| Pulmonary embolism | 2.13 (1.45-3.11) | 18 | 8 |
| Invasive breast cancer[e] | 1.24 (1.01-1.54) | 41 | 33 |
| Colorectal cancer | 0.61 (0.42-0.87) | 10 | 16 |
| Endometrial cancer[d] | 0.81 (0.48-1.36) | 6 | 7 |
| Cervical cancer[d] | 1.44 (0.47-4.42) | 2 | 1 |
| Hip fracture | 0.67 (0.47-0.96) | 11 | 16 |
| Vertebral fractures[d] | 0.65 (0.46-0.92) | 11 | 17 |
| Lower arm/wrist fractures[d] | 0.71 (0.59-0.85) | 44 | 62 |
| Total fractures[d] | 0.76 (0.69-0.83) | 152 | 199 |
| Overall Mortality[e,f] | 1.00 (0.83-1.19) | 52 | 52 |
| Global Index[g] | 1.13 (1.02-1.25) | 184 | 165 |

[a] Adapted from numerous WHI publications. WHI publications can be viewed at www.nhlbi.nih.gov/whi.
[b] Results are based on centrally adjudicated data.
[c] Nominal confidence intervals unadjusted for multiple looks and multiple comparisons.
[d] Not included in "global index."
[e] Includes metastatic and non-metastatic breast cancer with the exception of *in situ* cancer.
[f] All deaths, except from breast or colorectal cancer, definite or probable CHD, PE or cerebrovascular disease.
[g] A subset of the events was combined in a "global index," defined as the earliest occurrence of CHD events, invasive breast cancer, stroke, PE, colorectal cancer, hip fracture, or death due to other causes.

Timing of the initiation of estrogen plus progestin therapy relative to the start of menopause may affect the overall risk benefit profile. The WHI estrogen plus progestin substudy stratified by age showed in women 50-59 years of age, a non-significant trend toward reduced risk for overall mortality *[HR 0.69 (95 percent CI, 0.44-1.07)]*.

## 14.3    Women's Health Initiative Memory Study

The WHIMS estrogen-alone ancillary study of WHI enrolled 2,947 predominately healthy hysterectomized postmenopausal women 65 to 79 years of age and older (45 percent were 65 to 69 years of age; 36 percent were 70 to 74 years of age; 19 percent were 75 years of age and older) to evaluate the effects of daily CE (0.625 mg)-alone on the incidence of probable dementia (primary outcome) compared to placebo.

After an average follow-up of 5.2 years, the relative risk of probable dementia for CE-alone versus placebo was 1.49 (95 percent CI, 0.83-2.66). The absolute risk of probable dementia for CE-alone versus placebo was 37 versus 25 cases per 10,000 women-years. Probable dementia as defined in this study included Alzheimer's disease (AD), vascular dementia (VaD) and mixed types (having features of both AD and VaD). The most common classification of probable dementia in the treatment group and the placebo group was AD. Since the ancillary study was conducted in women 65 to 79 years of age, it is unknown whether these findings apply to

younger postmenopausal women *[see Warnings and Precautions (5.4), and Use in Specific Populations (8.5)]*.

The WHIMS estrogen plus progestin ancillary study of WHI enrolled 4,532 predominantly healthy postmenopausal women 65 years of age and older (47 percent were 65 to 69 years of age; 35 percent were 70 to 74 years; 18 percent were 75 years of age and older) to evaluate the effects of daily CE (0.625 mg) plus MPA (2.5 mg) on the incidence of probable dementia (primary outcome) compared to placebo.

After an average follow-up of 4 years, the relative risk of probable dementia for CE plus MPA versus placebo was 2.05 (95 percent CI, 1.21-3.48). The absolute risk of probable dementia for CE plus MPA versus placebo was 45 versus 22 per 10,000 women-years. Probable dementia as defined in this study included AD, VaD and mixed types (having features of both AD and VaD). The most common classification of probable dementia in the treatment group and the placebo group was AD. Since the ancillary study was conducted in women 65 to 79 years of age, it is unknown whether these findings apply to younger postmenopausal women *[see Warnings and Precautions (5.4), and Use in Specific Populations (8.5)]*.

When data from the two populations were pooled as planned in the WHIMS protocol, the reported overall relative risk for probable dementia was 1.76 (95 percent CI, 1.19-2.60). Differences between groups became apparent in the first year of treatment. It is unknown whether these findings apply to younger postmenopausal women *[see Warnings and Precautions (5.4), and Use in Specific Populations (8.5)]*.

## 15     REFERENCES

1. Rossouw JE, et al. Postmenopausal Hormone Therapy and Risk of Cardiovascular Disease by Age and Years Since Menopause. JAMA. 2007; 297:1465-1477.

2. Hsia J, et al. Conjugated Equine Estrogens and Coronary Heart Disease. Arch Int Med. 2006; 166:357-365.

3. Curb JD, et al. Venous Thrombosis and Conjugated Equine Estrogen in Women Without a Uterus. Arch Int Med. 2006; 166:772-780.

4. Cushman M, et al. Estrogen Plus Progestin and Risk of Venous Thrombosis. JAMA. 2004; 292:1573-1580.

5. Stefanick ML, et al. Effects of Conjugated Equine Estrogens on Breast Cancer and Mammography Screening in Postmenopausal Women with Hysterectomy. JAMA. 2006; 295:1647-1657.

6. Chlebowski RT, et al. Influence of Estrogen Plus Progestin on Breast Cancer and Mammography in Healthy Postmenopausal Women. JAMA. 2003; 289:3243-3253.

7. Anderson GL, et al. Effects of Estrogen Plus Progestin on Gynecologic cancers and Associated Diagnostic Procedures. JAMA. 2003; 290:1739-1748.

8. Shumaker SA, et al. Conjugated Equine Estrogens and Incidence of Probable Dementia and Mild Cognitive Impairment in Postmenopausal Women. JAMA. 2004; 291:2947-2958.

9. Jackson RD, et al. Effects of Conjugated Equine Estrogen on Risk of Fractures and BMD in Postmenopausal Women with Hysterectomy: Results from the Women's Health Initiative Randomized Trial. J Bone Miner Res. 2006; 21:817-828.

10. Hendrix SL, et al. Effects of Conjugated Equine Estrogen on Stroke in the Women's Health Initiative. Circulation. 2006; 113:2425-2434.

# 16 HOW SUPPLIED/STORAGE AND HANDLING

## 16.1 How Supplied

IMVEXXY (estradiol vaginal inserts) are small, light pink, tear-shaped inserts for manual placement into the vagina. Inserts contain 4 mcg or 10 mcg of estradiol. Each insert is imprinted in white ink on one side with "04" or "10" corresponding to the insert's dosage strengths.

IMVEXXY (estradiol vaginal inserts), 4 mcg and 10 mcg, are provided in opaque push-through blisters and are packaged in cartons containing either 18 inserts for the starter pack or 8 inserts for the maintenance pack.

| IMVEXXY 4 mcg | 8 inserts | NDC 50261-104-08 |
| IMVEXXY 4 mcg | 18 inserts | NDC 50261-104-18 |
| IMVEXXY 10 mcg | 8 inserts | NDC 50261-110-08 |
| IMVEXXY 10 mcg | 18 inserts | NDC 50261-110-18 |

Keep out of reach of children. Packages are not child-resistant.

## 16.2 Storage and Handling

Store at 20°C to 25°C (68°F to 77°F), excursions permitted to 15°C to 30°C (59°F to 86°F). [See USP Controlled Room Temperature.]

# 17 PATIENT COUNSELING INFORMATION

Advise the patient to read the FDA-approved patient labeling (Patient Information and Instructions for Use).

### Vaginal Bleeding

Inform postmenopausal women of the importance of reporting vaginal bleeding to their healthcare provider as soon as possible *[see Warnings and Precautions (5.3)]*.

### Possible Serious Adverse Reactions with Estrogen-Alone Therapy

Inform postmenopausal women of possible serious adverse reactions of estrogen-alone therapy including Cardiovascular Disorders, Malignant Neoplasms, and Probable Dementia *[see Warnings and Precautions (5.2, 5.3, 5.4)]*.

### Possible Less Serious but Common Adverse Reactions with Estrogen-Alone Therapy

Inform postmenopausal women of possible less serious but common adverse reactions of estrogen-alone therapy such as headache, breast pain and tenderness, nausea and vomiting.

PATIENT INFORMATION
IMVEXXY® (ĭm vex' ee)
(estradiol vaginal inserts)

Read this **Patient Information** before you start using IMVEXXY and each time you get a refill. There may be new information. This information does not take the place of talking to your healthcare provider about your menopausal symptoms or your treatment.

**What is the most important information I should know about IMVEXXY (an estrogen hormone)?**

- Using estrogen-alone may increase your chance of getting cancer of the uterus (womb).
- Report any unusual vaginal bleeding right away while you are using IMVEXXY. Vaginal bleeding after menopause may be a warning sign of cancer of the uterus (womb). Your healthcare provider should check any unusual vaginal bleeding to find out the cause.
- Do not use estrogen-alone to prevent heart disease, heart attacks, strokes, or dementia (decline of brain function).
- Using estrogen-alone may increase your chances of getting strokes or blood clots.
- Using estrogen-alone may increase your chance of getting dementia, based on a study of women 65 years of age or older.
- Do not use estrogens with progestins to prevent heart disease, heart attacks, strokes or dementia.
- Using estrogens with progestins may increase your chances of getting heart attacks, strokes, breast cancer, or blood clots.
- Using estrogens with progestins may increase your chance of getting dementia, based on a study of women 65 years of age or older.
- You and your healthcare provider should talk regularly about whether you still need treatment with IMVEXXY.

**What is IMVEXXY?**

IMVEXXY is a prescription medicine that contains an estrogen hormone in a vaginal insert.

**What is IMVEXXY used for?**

IMVEXXY is used after menopause to treat moderate to severe painful intercourse, a symptom of changes in and around your vagina, due to menopause.

**Who should not use IMVEXXY?**

Do not start using IMVEXXY if you:

- **have unusual vaginal bleeding. Vaginal bleeding after menopause may be a warning sign of cancer of the uterus (womb).**
- **currently have or have had certain cancers.**
  Estrogens may increase the chances of getting certain types of cancers, including cancer of the breast or uterus (womb). If you have or have had cancer, talk with your healthcare provider about whether you should use IMVEXXY.
- **currently have or have had blood clots.**
- **had a stroke or heart attack.**
- **currently have or have had liver problems.**
- **have been diagnosed with a bleeding disorder.**
- **are allergic to IMVEXXY or any of its ingredients.** See the list of ingredients in IMVEXXY at the end of this leaflet.
- **think you may be pregnant.** IMVEXXY is not for pregnant women.

**Before you use IMVEXXY, tell your healthcare provider about all of your medical conditions, including if you:**

- **have any unusual vaginal bleeding.** Vaginal bleeding after menopause may be a warning sign of cancer of the uterus (womb). Your healthcare provider should check any unusual vaginal bleeding or spotting to find out the cause.
- **have certain medical conditions.** Your healthcare provider may need to check you more carefully if you have certain medical conditions, such as asthma (wheezing), epilepsy (seizures), diabetes, migraine, endometriosis, lupus, angioedema (swelling of face and tongue), problems with your heart, liver, thyroid, kidneys, or have high calcium levels in your blood.
- **are going to have surgery or will be on bed rest.** You may need to stop using IMVEXXY.
- **are breast feeding.** The hormone in IMVEXXY can pass into your breast milk.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements.

IMVEXXY may affect the way other medicines work, and other medicines may affect how IMVEXXY works.

**How should I use IMVEXXY?**

**For detailed instructions, see the step-by-step instructions for using IMVEXXY at the end of this Patient Information.**

- Use IMVEXXY exactly as your healthcare provider tells you to use it.
- IMVEXXY is a vaginal insert that you place in your vagina.
- IMVEXXY is only for use in the vagina. **Do not** take IMVEXXY by mouth (orally).
- Estrogens should be used at the lowest dose possible for your treatment and for only as long as needed.
- Put 1 IMVEXXY insert inside your vagina, 1 time a day at about the same time for the first two weeks.
- Then put 1 IMVEXXY insert into your vagina two times a week, every three to four days (for example, Monday and Thursday), for as long as you use IMVEXXY.
- You and your healthcare provider should talk regularly (for example, every 3 to 6 months) about the dose you are using and whether you still need treatment with IMVEXXY.

**What are the possible side effects of IMVEXXY?**

**See, "What is the most important information I should know about IMVEXXY (an estrogen hormone)?"**

**Side effects are grouped by how serious they are and how often they happen when you are treated.**

**Serious, but less common side effects could include:**

- heart attack
- cancer of the ovary
- dementia
- changes in vision
- liver problems
- low blood calcium (hypocalcemia)
- worsening of angioedema (swelling of face and tongue)

- stroke
- breast cancer
- gallbladder disease
- high blood pressure
- low thyroid levels in your blood
- changes in certain laboratory test results

- blood clots
- cancer of the lining of the uterus (womb)
- high blood calcium (hypercalcemia)
- high triglyceride (fat) levels in your blood
- fluid retention
- enlargement of benign tumors of the uterus ("fibroids")

**Call your healthcare provider right away if you get any of the following warning signs or any other unusual symptoms that concern you:**

- new breast lumps
- unusual vaginal bleeding
- changes in vision or speech
- sudden, new, severe headaches
- severe pains in your chest or legs with or without shortness of breath, weakness, and fatigue

**The most common side effects of IMVEXXY include:**

- headache
- breast tenderness or pain
- nausea and vomiting

These are not all of the possible side effects of IMVEXXY. For more information, ask your healthcare provider or pharmacist. Tell your healthcare provider if you have any side effect that bothers you or that does not go away.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088. You may also report side effects to TherapeuticsMD® at 1-888-228-0150.

**What can I do to lower my chances of a serious side effect with IMVEXXY?**

- Talk with your healthcare provider regularly about whether you should continue using IMVEXXY.
- If you have a uterus (womb), talk with your healthcare provider about whether the addition of a progestin is right for you. The addition of a progestin is generally recommended for women with a uterus to reduce the chance of getting cancer of the uterus.
- See your healthcare provider right away if you get vaginal bleeding while using IMVEXXY.
- Have a pelvic exam, breast exam, and mammogram (breast X-ray) every year unless your healthcare provider tells you something else. If members of your family have had breast cancer or if you have had breast lumps or an abnormal mammogram, you may need to have breast exams more often.
- If you have high blood pressure, high cholesterol (fat in the blood), diabetes, are overweight, or if you use tobacco, you may have a higher chance of getting heart disease. Ask your healthcare provider for ways to lower your chances of getting heart disease.

**General information about the safe and effective use of IMVEXXY.**

Medicines are sometimes prescribed for purposes other than those listed in a Patient Information leaflet. Do not use IMVEXXY for a condition for which it was not prescribed. Do not give IMVEXXY to other people, even if they have the same

symptoms you have. It may harm them. You can ask your pharmacist or healthcare provider for information about IMVEXXY that is written for health professionals.

**What are the ingredients in IMVEXXY?**

**Active ingredient:** IMVEXXY (estradiol vaginal inserts) are small, light pink, tear-shaped inserts that contain estradiol.

**Inactive ingredients:** Each insert also contains medium chain triglycerides, polyethylene glycol stearates, ethylene glycol palmitostearate, gelatin, hydrolyzed gelatin, sorbitol-sorbitan solution, water, glycerin, FD&C Red #40, ethanol, ethyl acetate, propylene glycol, titanium dioxide, polyvinyl acetate phthalate, isopropyl alcohol, polyethylene glycol, ammonium hydroxide, and lecithin. IMVEXXY is supplied in blister cartons of 18 or 8 vaginal inserts.

**Instructions for Use**
**IMVEXXY® (im vex' ee)**
**(estradiol vaginal inserts)**

Read this Instructions for Use before you start using IMVEXXY and each time you get a refill. There may be new information. This information does not take the place of talking to your healthcare provider about your menopausal symptoms or your treatment.

**How should I use IMVEXXY?**
- IMVEXXY is an insert only for use in the vagina. Do not take by mouth.
- Put 1 IMVEXXY insert inside your vagina, 1 time a day at about the same time for the first two weeks, then put 1 IMVEXXY insert into your vagina two times a week, every three to four days (for example, Monday and Thursday), for as long as you use IMVEXXY.
- Write down the days you will put in your IMVEXXY insert.
- Wash and dry your hands before handling the IMVEXXY insert.

**Step 1:** Push 1 IMVEXXY insert through the foil of the blister package.

**Figure A**



**Step 2:** Hold the IMVEXXY insert with the larger end between your fingers.

**Figure B**



**Step 3:** Select the best position for vaginal insertion that is most comfortable for you to put in the IMVEXXY insert. See Figure C for suggested insertion in the lying down position or Figure D for suggested insertion in the standing position. With the smaller end up, put the insert about two inches into your vagina using your finger.

**Figure C          or          Figure D**

 

If you have any questions, please ask your healthcare provider or pharmacist.

**How should I store IMVEXXY?**
- Store IMVEXXY at room temperature between 68°F to 77°F (20°C to 25°C).
- IMVEXXY packaging is not child-resistant.

**Keep IMVEXXY and all medicines out of the reach of children.**

For information, go to www.TherapeuticsMD.com or call TherapeuticsMD, Inc. at 1-877-833-0176

Manufactured for: TherapeuticsMD, Inc., Boca Raton, FL 33431
Manufactured by: Catalent Pharma Solutions, LLC, St Petersburg, FL 33716

For patent information: www.TherapeuticsMD.com/patents
IMVEXXY is a registered trademark of TherapeuticsMD, Inc.
© TherapeuticsMD, Inc. All rights reserved.

This Patient Information and Instructions for Use has been approved by the U.S. Food and Drug Administration.

IVXY-LAB-20004.3
Revised: 11/2019

Exhibit D

# United States of America

## United States Patent and Trademark Office

# IMVEXXY

**Reg. No. 5,602,058**

**Registered Nov. 06, 2018**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

TherapeuticsMD, Inc.  (NEVADA CORPORATION)
6800 Broken Sound Parkway Nw, Suite 300
Boca Raton, FLORIDA 33487

CLASS 5: Pharmaceutical preparations for the treatment of vulval vaginal atrophy

FIRST USE 7-23-2018; IN COMMERCE 7-23-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-327,869, FILED 02-07-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- **First Filing Deadline:**  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- **Second Filing Deadline:**  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# Exhibit E

Don't ignore your menopause symptoms during this time. Schedule a virtual visit with your own provider today, or just click here to chat with one online now   X

Save on your IMVEXXY® prescription.   START SAVING

Patient Information        Important Risk Information        Full Prescribing Information, including BOXED WARNING        Healthcare Professionals



VAGINAL DISCOMFORT
& MENOPAUSE                    ABOUT IMVEXXY                    FAQ

# TAKE ON NATURE
# WITH NURTURE

**WHEN MENOPAUSE BRINGS ON PAINFUL SEX, BRING ON IMVEXXY.
IMVEXXY IS A VAGINAL ESTROGEN THERAPY USED TO TREAT
MODERATE TO SEVERE PAIN DURING SEX, A SYMPTOM OF
VULVAR AND VAGINAL ATROPHY DUE TO MENOPAUSE.**



WATCH & LEARN  >

GET IMVEXXY  >

## WHAT IS VULVAR AND
## VAGINAL ATROPHY (VVA)?

VVA is a condition that affects 1 in 2 women during
menopause. It is a result of a loss of estrogen, which causes
changes in and around the vagina. These changes can result in
a variety of symptoms.

FIND OUT MORE  >

INSERT        IMVEXXY





## SAVINGS TO HELP YOU START
## AND STAY ON IMVEXXY

Check your insurance and savings information
before you head to the pharmacy.

CHECK HERE  >

Privacy Policy    |    Terms of Use    |    TherapeuticsMD    |    Contact Us

**TherapeuticsMD®**
*For Her. For Life.*

IMVEXXY is a registered trademark of TherapeuticsMD, Inc.
© 2020 TherapeuticsMD, Inc. All rights reserved.
IVXY-20229.7 11/2020

951 Yamato Road, Suite 220
Boca Raton, Florida 33431


TALK TO A
PROVIDER

## USE

IMVEXXY (estradiol vaginal inserts) is a
prescription medicine that contains an
estrogen hormone in a vaginal insert. It
is used after menopause to treat
moderate to severe painful intercourse,
a symptom of changes in and around
your vagina, due to menopause.

## IMPORTANT RISK
## INFORMATION

**MOST IMPORTANT INFORMATION
YOU SHOULD KNOW ABOUT
IMVEXXY(an estrogen hormone)**

- **Using estrogen-alone may
  increase your chance of getting
  cancer of the uterus (womb).**
- **Report any unusual vaginal
  bleeding right away while you are
  using IMVEXXY. Vaginal bleeding
  after menopause may be a
  warning sign of cancer of the
  uterus (womb). Your healthcare
  provider should check any
  unusual vaginal bleeding to find
  out the cause.**
- **Do not use estrogen-alone or with
  progestins to prevent heart
  disease, heart attacks, strokes, or
  dementia (decline of brain
  function).**
- **Using estrogen-alone or with
  progestin may increase your
  chances of getting strokes or
  blood clots.**
- **Using estrogen-alone or with
  progestins may increase your**



Don't ignore your menopause symptoms during this time. Schedule a virtual visit with your own provider today, or just click here to chat with one online now

Save on your IMVEXXY® prescription.    START SAVING

Patient Information     Important Risk Information     Full Prescribing Information, including BOXED WARNING     Healthcare Professionals

**Imvexxy**
(estradiol vaginal inserts)
4 mcg • 10 mcg

VAGINAL DISCOMFORT
& MENOPAUSE        ABOUT IMVEXXY        FAQ

## IT'S NOT YOU, IT'S MENOPAUSE
YOU KNOW THE LITTLE CURVEBALLS
YOUR BODY THROWS AT YOU?
DON'T LET PAINFUL SEX
DURING MENOPAUSE BE ONE OF THEM.

### USE

IMVEXXY (estradiol vaginal inserts) is a prescription medicine that contains an estrogen hormone in a vaginal insert. It is used after menopause to treat moderate to severe painful intercourse, a symptom of changes in and around your vagina, due to menopause.

### IMPORTANT RISK INFORMATION

**MOST IMPORTANT INFORMATION YOU SHOULD KNOW ABOUT IMVEXXY(an estrogen hormone)**

- **Using estrogen-alone may increase your chance of getting cancer of the uterus (womb).**
- **Report any unusual vaginal bleeding right away while you are using IMVEXXY. Vaginal bleeding after menopause may be a warning sign of cancer of the uterus (womb). Your healthcare provider should check any unusual vaginal bleeding to find out the cause.**
- **Do not use estrogen-alone or with progestins to prevent heart disease, heart attacks, strokes, or dementia (decline of brain function).**
- **Using estrogen-alone or with progestin may increase your chances of getting strokes or blood clots.**
- **Using estrogen-alone or with progestins may increase your**

## ESTROGEN LOSS MAY BE THE SOURCE OF YOUR PAIN

| LESS ESTROGEN | CHANGES TO THE VAGINA | VAGINAL PAIN |
|---|---|---|
| With menopause, the amount of estrogen in a woman's body decreases. | Lower estrogen levels can cause changes to the vagina, including changes in vaginal pH and thinning of vaginal tissues. | These changes can cause vaginal pain and discomfort. |

## VAGINAL PAIN ASSOCIATED WITH SEXUAL ACTIVITY MAY BE A SYMPTOM OF A MEDICAL CONDITION

Painful sex due to menopause, also referred to as dyspareunia (pronounced dis-pa-roo-nee-ya), is a common symptom of a condition called vulvar and vaginal atrophy, or VVA. If you haven't heard of vulvar and vaginal atrophy or dyspareunia before, don't worry. For many people, these aren't familiar terms. Women may describe it as "vaginal discomfort and pain" when describing their symptoms.

**Other symptoms and conditions associated with VVA may include:**



- **Vaginal Dryness**
- **Vaginal and/or vulvar irritation/itching**
- **Dysuria (difficulty with urination)**
- **Vaginal bleeding**

IMVEXXY is NOT indicated for the treatment of these other VVA symptoms.

## IF YOU FEEL VAGINAL PAIN, YOU ARE NOT ALONE

1 in 2 menopausal women experience symptoms of VVA, which can include pain during sexual activity. Despite suffering with pain, many women do not seek help, or they wait a long time before seeing a healthcare provider about the problem.

Why don't women discuss topics like painful sex or vaginal health with their healthcare provider? According to studies, the main reasons are:


**TOO EMBARRASSED TO DISCUSS**


**THINK IT CAN'T BE TREATED**


**FEEL IT'S TOO PRIVATE**


**TRYING TO MANAGE WITH NON-PRESCRIPTION TREATMENTS**

Don't keep the pain to yourself. Treatments like IMVEXXY can provide relief of moderate to severe vaginal pain due to sexual activity. Talk to your healthcare provider about your options today.



## TALKING ABOUT VAGINAL DISCOMFORT AND PAIN ISN'T EASY

Vaginal pain affects sex and can put a lot of stress on a woman. If you're experiencing symptoms of painful sex during menopause, don't suffer. Learn about your treatment options and make finding relief a priority.

**TALK TO A PROVIDER ❯**

## TO FIND RELIEF YOU HAVE TO START THE DISCUSSION

Download our simple discussion guide that offers tips for bringing up the topic of painful sex due to menopause as well as making the most of your time with your healthcare provider.

**DISCOVER IMVEXXY ❯**



Privacy Policy   |   Terms of Use   |   TherapeuticsMD   |   Contact Us

TherapeuticsMD®
For Her. For Life.

IMVEXXY is a registered trademark of TherapeuticsMD, Inc.
© 2020 TherapeuticsMD, Inc. All rights reserved.
IVXY-20229.7 11/2020

951 Yamato Road, Suite 220
Boca Raton, Florida 33431


**TALK TO A PROVIDER**

Don't ignore your menopause symptoms during this time. Schedule a virtual visit with your own provider today, or just click here to chat with one online now

Save on your IMVEXXY® prescription.   **START SAVING**

Patient Information      Important Risk Information      Full Prescribing Information, including BOXED WARNING      Healthcare Professionals



VAGINAL DISCOMFORT & MENOPAUSE      ABOUT IMVEXXY      FAQ



### USE

IMVEXXY (estradiol vaginal inserts) is a prescription medicine that contains an estrogen hormone in a vaginal insert. It is used after menopause to treat moderate to severe painful intercourse, a symptom of changes in and around your vagina, due to menopause.

### IMPORTANT RISK INFORMATION

**MOST IMPORTANT INFORMATION YOU SHOULD KNOW ABOUT IMVEXXY(an estrogen hormone)**

- **Using estrogen-alone may increase your chance of getting cancer of the uterus (womb).**
- **Report any unusual vaginal bleeding right away while you are using IMVEXXY. Vaginal bleeding after menopause may be a warning sign of cancer of the uterus (womb). Your healthcare provider should check any unusual vaginal bleeding to find out the cause.**
- Do not use estrogen-alone or with progestins to prevent heart disease, heart attacks, strokes, or dementia (decline of brain function).
- Using estrogen-alone or with progestin may increase your chances of getting strokes or blood clots.
- Using estrogen-alone or with progestins may increase your

## EXPERIENCE THE BENEFITS OF IMVEXXY

As you lose estrogen during menopause, your body changes, which can result in vaginal discomfort, and make many activities painful, especially sex. IMVEXXY was designed to relieve moderate to severe vaginal pain associated with sexual activity.



## REPLENISH YOUR ESTROGEN. AND FEEL COMFORTABLE ABOUT IT.

What you put into your body matters. You have options, so consider a bio-identical estrogen that comes in an ultra-low dose.

### IMVEXXY IS A BIO-IDENTICAL* ESTROGEN THERAPY



A scientific term that means it was made to match your body's own estrogen.

### IMVEXXY IS THE ONLY ULTRA-LOW-DOSE ESTROGEN THERAPY



Professional guidelines recommend using the lowest dose of estrogen that offers therapeutic benefits.

**Find out if IMVEXXY is right for you.**

**TALK TO A PROVIDER >**

*IMVEXXY is bio-identical estradiol that is structurally identical to the estrogen produced in the body. The relevance of risks associated with the use of synthetic hormones compared to bio-identical hormones is not known but cannot be excluded.

## RELIEVE VAGINAL PAIN ASSOCIATED WITH SEXUAL ACTIVITY, A SYMPTOM OF VVA, BY RESTORING VAGINAL HEALTH

In a study, menopausal women who took IMVEXXY for 12 weeks experienced relief from painful sex. Some women began to experience relief as early as 2 weeks after beginning treatment.

IMVEXXY provides relief by restoring pH levels and improving vaginal tissues to support vaginal health.

Some women began to experience relief as early

After 12 weeks, pain was significantly reduced in most



as **2 weeks**.

women.

**MODERATE TO
SEVERE PAIN**

**RELIEF**

While IMVEXXY was studied over the course of 12 weeks, your healthcare provider may recommend that you continue with treatment to maintain vaginal health for relief from painful sex. IMVEXXY should be taken at the lowest effective dose and for the shortest duration consistent with your treatment goals and risks.

 For more details on the results you can expect with IMVEXXY, see **Patient Information**.

## HOW TO USE IMVEXXY

### TO START

Place a single IMVEXXY softgel vaginal insert once daily, at about the same time, for the first 2 weeks. IMVEXXY is only for use in the vagina. Do not take IMVEXXY by mouth (orally).





**1 INSERT
1x DAILY
2 WEEKS**

### TO MAINTAIN

Place a single IMVEXXY softgel vaginal insert twice weekly, every 3 to 4 days (for example, Monday and Thursday), for as long as you use IMVEXXY.





**1 INSERT
2x WEEKLY
THEREAFTER**

 For more details on dosing see IMVEXXY **Patient Information**.

## EASY TO INSERT. EASY TO LIVE WITH.

In a patient survey, 88% of women said IMVEXXY is easy to use and 80% found it easy to insert.*



**EASY TO USE**



**INSERT ANY TIME
OF DAY**



**NO DOWNTIME
AFTER USE**



**AVOID
INTERRUPTIONS**

*A patient survey evaluated the acceptability of the product administration experience and was completed at the end of

the study by women in 4 mcg, 10 mcg, and matching softgel placebo arms (N=3749).

## HOW TO INSERT IMVEXXY









**STEP 1: HOLD**

Push one IMVEXXY insert through the foil of the blister pack and hold the IMVEXXY insert with the larger end between your fingers. Remember to wash and dry your hands before handling IMVEXXY.

**STEP 2: INSERT**

You can insert IMVEXXY lying down or standing. Select the position that is most comfortable for you, and then with the smaller end facing up, use your finger to place the insert about two inches into your vagina.

**STEP 3: RETURN TO ACTIVITIES RIGHT AFTER USE**

Once IMVEXXY is inserted, there's no downtime.

**IMVEXXY IS EASY TO USE**

For a visual guide and detailed instructions about placing IMVEXXY in your vagina, see the Instructions for Use.

[ SAVE ON IMVEXXY > ]

Privacy Policy   |   Terms of Use   |   TherapeuticsMD   |   Contact Us

TherapeuticsMD®
For Her. For Life.

951 Yamato Road, Suite 220
Boca Rota, Florida 33431

IMVEXXY is a registered trademark of TherapeuticsMD, Inc.
© 2020 TherapeuticsMD, Inc. All rights reserved.
IVXY-20229.7 11/2020


TALK TO A PROVIDER

Save on your IMVEXXY® prescription.   **START SAVING**

Patient Information     Important Risk Information     Full Prescribing Information, including BOXED WARNING     Healthcare Professionals


**Imvexxy**
(estradiol vaginal inserts)
4 mcg • 10 mcg

VAGINAL DISCOMFORT
& MENOPAUSE

ABOUT IMVEXXY        FAQ



## EXPERIENCE THE BENEFITS OF IMVEXXY

As you lose estrogen during menopause, your body changes, which can result in vaginal discomfort, and make many activities painful, especially sex. IMVEXXY was designed to relieve moderate to severe vaginal pain associated with sexual activity.



## REPLENISH YOUR ESTROGEN. AND FEEL COMFORTABLE ABOUT IT.

What you put into your body matters. You have options, so consider a bio-identical estrogen that comes in an ultra-low dose.

**IMVEXXY IS A BIO-IDENTICAL\* ESTROGEN THERAPY**


A scientific term that means it was made to match your body's own estrogen.

**IMVEXXY IS THE ONLY ULTRA-LOW-DOSE ESTROGEN THERAPY**


Professional guidelines recommend using the lowest dose of estrogen that offers therapeutic benefits.

**Find out if IMVEXXY is right for you.**

**TALK TO A PROVIDER >**

\*IMVEXXY is bio-identical estradiol that is structurally identical to the estrogen produced in the body. The relevance of risks associated with the use of synthetic hormones compared to bio-identical hormones is not known but cannot be excluded.

## RELIEVE VAGINAL PAIN ASSOCIATED WITH SEXUAL ACTIVITY, A SYMPTOM OF VVA, BY RESTORING VAGINAL HEALTH

In a study, menopausal women who took IMVEXXY for 12 weeks experienced relief from painful sex. Some women began to experience relief as early as 2 weeks after beginning treatment.

IMVEXXY provides relief by restoring pH levels and improving vaginal tissues to support vaginal health.

Some women began to experience relief as early as **2 weeks**.

**After 12** weeks, pain was significantly reduced in most women.

### USE

IMVEXXY (estradiol vaginal inserts) is a prescription medicine that contains an estrogen hormone in a vaginal insert. It is used after menopause to treat moderate to severe painful intercourse, a symptom of changes in and around your vagina, due to menopause.

### IMPORTANT RISK INFORMATION

**MOST IMPORTANT INFORMATION YOU SHOULD KNOW ABOUT IMVEXXY(an estrogen hormone)**

- **Using estrogen-alone may increase your chance of getting cancer of the uterus (womb).**
- **Report any unusual vaginal bleeding right away while you are using IMVEXXY. Vaginal bleeding after menopause may be a warning sign of cancer of the uterus (womb). Your healthcare provider should check any unusual vaginal bleeding to find out the cause.**
- Do not use estrogen-alone or with progestin to prevent heart disease, heart attacks, strokes, or dementia (decline of brain function).
- Using estrogen-alone or with progestin may increase your chances of getting strokes or blood clots.
- Using estrogen-alone or with progestins may increase your

**MODERATE TO
SEVERE PAIN**                                                    **RELIEF**

While IMVEXXY was studied over the course of 12 weeks, your healthcare provider may recommend that you continue with treatment to maintain vaginal health for relief from painful sex. IMVEXXY should be taken at the lowest effective dose and for the shortest duration consistent with your treatment goals and risks.

 For more details on the results you can expect with IMVEXXY, see <u>Patient Information</u>.

## HOW TO USE IMVEXXY

### TO START

Place a single IMVEXXY softgel vaginal insert once daily, at about the same time, for the first 2 weeks. IMVEXXY is only for use in the vagina. Do not take IMVEXXY by mouth (orally).





**1 INSERT
1x DAILY
2 WEEKS**

### TO MAINTAIN

Place a single IMVEXXY softgel vaginal insert twice weekly, every 3 to 4 days (for example, Monday and Thursday), for as long as you use IMVEXXY.





**1 INSERT
2x WEEKLY
THEREAFTER**

 For more details on dosing see IMVEXXY <u>Patient Information</u>.

## EASY TO INSERT. EASY TO LIVE WITH.

In a patient survey, 88% of women said IMVEXXY is easy to use and 80% found it easy to insert.*




**EASY TO USE**



**INSERT ANY TIME
OF DAY**



**NO DOWNTIME
AFTER USE**



**AVOID
INTERRUPTIONS**

*A patient survey evaluated the acceptability of the product administration experience and was completed at the end of the study by women in 4-mcg, 10-mcg, and matching softgel placebo arms (N=574).

# HOW TO INSERT IMVEXXY

   

**STEP 1: HOLD**

Push one IMVEXXY insert through the foil of the blister pack and hold the IMVEXXY insert with the larger end between your fingers. Remember to wash and dry your hands before handling IMVEXXY.

**STEP 2: INSERT**

You can insert IMVEXXY lying down or standing. Select the position that is most comfortable for you, and then with the smaller end facing up, use your finger to place the insert about two inches into your vagina.

**STEP 3: RETURN TO ACTIVITIES RIGHT AFTER USE**

Once IMVEXXY is inserted, there's no downtime.

**IMVEXXY IS EASY TO USE**

For a visual guide and detailed instructions about placing IMVEXXY in your vagina, see the Instructions for Use.

SAVE ON IMVEXXY >

Privacy Policy  |  Terms of Use  |  TherapeuticsMD  |  Contact Us


*For Her. For Life.*

IMVEXXY is a registered trademark of TherapeuticsMD, Inc.
© 2020 TherapeuticsMD, Inc. All rights reserved.
IVXY-20229.7 11/2020

951 Yamato Road, Suite 220
Boca Raton, Florida 33431

TALK TO A PROVIDER

Save on your IMVEXXY® prescription.   START SAVING

Patient Information | Important Risk Information | Full Prescribing Information, including BOXED WARNING | Healthcare Professionals



VAGINAL DISCOMFORT & MENOPAUSE    ABOUT IMVEXXY    FAQ



## FREQUENTLY ASKED QUESTIONS
AND IMPORTANT INFORMATION ABOUT IMVEXXY

ABOUT **IMVEXXY**

WHO SHOULD NOT USE **IMVEXXY?**

BEFORE USING **IMVEXXY**

USING **IMVEXXY**

HOW TO INSERT **IMVEXXY**

WHAT DO I NEED TO KNOW ABOUT THE SIDE EFFECTS OF **IMVEXXY?**

WHAT ARE THE INGREDIENTS IN **IMVEXXY?**

### USE

IMVEXXY (estradiol vaginal inserts) is a prescription medicine that contains an estrogen hormone in a vaginal insert. It is used after menopause to treat moderate to severe painful intercourse, a symptom of changes in and around your vagina, due to menopause.

### IMPORTANT RISK INFORMATION

MOST IMPORTANT INFORMATION YOU SHOULD KNOW ABOUT IMVEXXY(an estrogen hormone)

- **Using estrogen-alone may increase your chance of getting cancer of the uterus (womb).**
- **Report any unusual vaginal bleeding right away while you are using IMVEXXY. Vaginal bleeding after menopause may be a warning sign of cancer of the uterus (womb). Your healthcare provider should check any unusual vaginal bleeding to find out the cause.**
- **Do not use estrogen-alone or with progestins to prevent heart disease, heart attacks, strokes, or dementia (decline of brain function).**
- **Using estrogen-alone or with progestin may increase your chances of getting strokes or blood clots.**
- **Using estrogen-alone or with progestins may increase your**

Privacy Policy | Terms of Use | TherapeuticsMD | Contact Us

IMVEXXY is a registered trademark of TherapeuticsMD, Inc.
© 2020 TherapeuticsMD, Inc. All rights reserved.
IVXY-20229.7 11/2020

TherapeuticsMD®
For Her. For Life.

951 Yamato Road, Suite 220
Boca Raton, Florida 33431



TALK TO A PROVIDER

Exhibit F

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use PHEXXI™ safely and effectively. See full prescribing information for PHEXXI.**

**PHEXXI (lactic acid, citric acid, and potassium bitartrate) vaginal gel**
**Initial U.S. Approval: 2020**

-----------------------------**INDICATIONS AND USAGE**-----------------------------
PHEXXI is a combination of lactic acid, citric acid, and potassium bitartrate indicated for the prevention of pregnancy in females of reproductive potential for use as an on-demand method of contraception. (1)

Limitations of Use: PHEXXI is not effective for the prevention of pregnancy when administered after intercourse.

-----------------------**DOSAGE AND ADMINISTRATION**-----------------------
- Administer one (1) pre-filled single-dose applicator of PHEXXI (5 grams) vaginally immediately before (or up to one hour before) each episode of vaginal intercourse (2.1)
- May use during any part of the menstrual cycle (2.2)

---------------------**DOSAGE FORMS AND STRENGTHS**---------------------
Each pre-filled single-dose vaginal applicator delivers 5 grams of gel containing lactic acid (1.8%), citric acid (1%), and potassium bitartrate (0.4%). (3)

-----------------------**WARNINGS AND PRECAUTIONS**-----------------------
- Cystitis and Pyelonephritis:  Avoid use in women with a history of recurrent UTI or urinary tract abnormalities (5.1)

--------------------------------**ADVERSE REACTIONS**--------------------------------
Most common adverse reactions (≥2%) were vulvovaginal burning sensation, vulvovaginal pruritus, vulvovaginal mycotic infection, urinary tract infection, vulvovaginal discomfort, bacterial vaginosis, vaginal discharge, genital discomfort, dysuria, and vulvovaginal pain. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Evofem at toll-free phone 1-833-EVFMBIO or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.**

**Revised: 05/2020**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***

**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
   2.1 Recommended Dosage
   2.2 Timing of PHEXXI Use
   2.3 Use of PHEXXI with Other Contraceptive Methods
   2.4 Use of PHEXXI with Other Vaginal Products
**3 DOSAGE FORMS AND STRENGTHS**
**5 WARNINGS AND PRECAUTIONS**
   5.1 Cystitis and Pyelonephritis
**6 ADVERSE REACTIONS**
   6.1 Clinical Trials Experience
**8 USE IN SPECIFIC POPULATIONS**
   8.1 Pregnancy
   8.2 Lactation
   8.4 Pediatric Use

**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
   12.1 Mechanism of Action
   12.2 Pharmacodynamics
   12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
   13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
**14 CLINICAL STUDIES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**

\* Sections or subsections omitted from the full prescribing information are not listed.

Reference ID: 4613105

**FULL PRESCRIBING INFORMATION**

**1  INDICATIONS AND USAGE**
PHEXXI is indicated for the prevention of pregnancy in females of reproductive potential for use as an on-demand method of contraception.

Limitations of Use
PHEXXI is not effective for the prevention of pregnancy when administered after intercourse *[see Dosage and Administration (2.1)].*

**2  DOSAGE AND ADMINISTRATION**

**2.1  Recommended Dosage**
Administer one pre-filled applicator of PHEXXI (5 grams) vaginally immediately **before** or up to one hour **before** each act of vaginal intercourse.  If more than one act of vaginal intercourse occurs within one hour, an additional dose must be applied. Five grams of PHEXXI contains 90 mg of lactic acid, 50 mg of citric acid, and 20 mg of potassium bitartrate.

**2.2  Timing of PHEXXI Use**
May use PHEXXI during any part of the menstrual cycle.  May use PHEXXI as soon as it is safe to resume vaginal intercourse after childbirth, abortion, or miscarriage.

**2.3 Use of PHEXXI with Other Contraceptive Methods**
PHEXXI may be used concomitantly with hormonal contraceptives; latex, polyurethane, and polyisoprene condoms; and vaginal diaphragms. Avoid PHEXXI use with vaginal rings.

**2.4 Use of PHEXXI with Other Vaginal Products**
PHEXXI may be used concomitantly with other products for vaginal infections including miconazole, metronidazole, and tioconazole.

**3  DOSAGE FORMS AND STRENGTHS**
Vaginal gel: 18 mg of lactic acid, 10 mg of citric acid, and 4 mg of potassium bitartrate in each gram (1.8%, 1%, and 0.4%, respectively) of off-white to tan color gel supplied in a pre-filled single-dose (5 grams) vaginal applicator

**5  WARNINGS AND PRECAUTIONS**

**5.1 Cystitis and Pyelonephritis**
Among 2804 subjects who received PHEXXI in Studies 1 and 2, 0.36% (n=10) reported adverse reactions of cystitis, pyelonephritis, or other upper urinary tract infection (UTI). Of these, one case of pyelonephritis was considered serious and required hospitalization. Avoid use of PHEXXI in females of reproductive potential with a history of recurrent urinary tract infection or urinary tract abnormalities.

**6  ADVERSE REACTIONS**

The following clinically significant adverse reactions are described elsewhere in the labeling:

- Cystitis and Pyelonephritis *[see Warnings and Precautions (5.1)]*

**6.1  Clinical Trials Experience**
Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

The safety of PHEXXI (pre-filled applicator with 5-gram dose) has been evaluated in two clinical trials (Study 1 and Study 2) in 2804 subjects (over 19,000 cycles of exposure). The racial/ethnic distribution was 66% White, 27% Black or African American, 2% Asian, 1% American Indian or Alaska Native, 0.3% Native Hawaiian or Pacific Islander, and 5% other; 32% of the study population was Hispanic. Study 1 included a one-year extension phase where 342 U.S. subjects were exposed to PHEXXI for 13 cycles.

<u>Hypersensitivity Reaction</u>
Of the 2804 PHEXXI-treated subjects in Studies 1 and 2, one subject reported a suspected drug hypersensitivity. Avoid PHEXXI use in females of reproductive potential with suspected hypersensitivity to the ingredients in PHEXXI.

The most common adverse reactions (≥10%) in the U.S. population in Studies 1 and 2 (n = 2480) were: vulvovaginal burning sensation (18.0%) and vulvovaginal pruritis (14.5%). The majority of these adverse reactions were mild and few led to discontinuation. Table 1 summarizes the most common adverse reactions (≥2%) reported by subjects using PHEXXI in the U.S.

**Table 1.  Adverse Reactions that Occurred in ≥ 2% of Subjects Who Used PHEXXI to Prevent Pregnancy (Studies 1 and 2 – U.S. population only)**

| Adverse Reaction | PHEXXI (N=2480) (%) |
|---|---|
| Vulvovaginal Burning Sensation | 18.0 |
| Vulvovaginal Pruritus | 14.5 |
| Vulvovaginal Mycotic Infection* | 9.1 |
| Urinary Tract Infection†,‡ | 9.0 |
| Vulvovaginal Discomfort | 9.0 |
| Bacterial Vaginosis | 8.4 |
| Vaginal Discharge | 5.5 |
| Genital Discomfort | 4.1 |
| Dysuria | 3.1 |
| Vulvovaginal pain | 2.1 |

* Includes preferred terms (PT) vulvovaginal mycotic infection and vulvovaginal candidiasis.
† Includes PTs urinary tract infection, streptococcal urinary tract infection, Escherichia urinary tract infection, and urinary tract infection bacterial.
‡ Does not include PTs cystitis, kidney infection, and pyelonephritis [see *Warnings and Precautions (5.2)*].

Among subjects who used PHEXXI in Studies 1 and 2, 1.6% discontinued from the clinical trials due to an adverse reaction. The most common adverse reactions leading to study discontinuation were vulvovaginal burning sensation (0.7%); and vulvovaginal pruritus and vulvovaginal discomfort (0.1% each).

Adverse Reactions in Male Partners
Among male partners of subjects who used PHEXXI for contraception in Study 2, 9.8% (131 of 1330) reported symptoms of local discomfort (burning, itching, pain, and "other"). Of these local discomfort symptoms, 74.7% were mild, 21.4% were moderate, and 3.9% were severe. Two subjects discontinued participation in the study due to male partner symptoms.

## 8 USE IN SPECIFIC POPULATIONS

### 8.1  Pregnancy

Risk Summary
There is no use for PHEXXI in pregnancy; therefore, discontinue PHEXXI during pregnancy. There are no data with the use of PHEXXI in pregnant women or animals. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2 to 4 percent and 15 to 20 percent, respectively.

### 8.2  Lactation

Risk Summary
There are no data on the presence of lactic acid, citric acid, and potassium bitartrate or their metabolites in human milk, the effects on the breastfed infant, or the effects on milk production.

### 8.4  Pediatric Use
The safety and effectiveness of PHEXXI have been established in females of reproductive potential. Efficacy is expected to be the same for post-menarchal females under the age of 17 as for users 17 years and older.  The use of PHEXXI before menarche is not indicated.

## 11 DESCRIPTION
PHEXXI (lactic acid, citric acid, and potassium bitartrate) is a vaginal gel.

PHEXXI is off-white to tan in color gel of uniform consistency, containing three active ingredients: lactic acid, citric acid, and potassium bitartrate.

The structural formula for lactic acid is:



Lactic acid is designated chemically as 2-hydroxypropanoic acid with an empirical formula of $C_3H_6O_3$ and a molecular weight of 90.08 g/mol.

The structural formula for citric acid is:

Citric acid is designated chemically as 2-hydroxypropane-1,2,3-tricarboxylic acid with an empirical formula of $C_6H_8O_7$ and a molecular weight of 192.124 g/mol.

The structural formula for potassium bitartrate is:

Potassium bitartrate is designated chemically as potassium; (2$R$, 3$R$)-2,3,4-trihydroxy-4-oxobutanoate with an empirical formula of $KC_4H_5O_6$ and a molecular weight of 188.177 g/mol.

Each 5 gram dose is provided in a pre-filled single-dose applicator containing lactic acid USP (1.8% w/w), citric acid USP (1% w/w), and potassium bitartrate USP (0.4% w/w). Inactive ingredients present in the gel are: glycerin, alginic acid, xanthan gum, sodium hydroxide, benzoic acid, and purified water.

## 12  CLINICAL PHARMACOLOGY

### 12.1  Mechanism of Action
In vitro studies showed that a pH lowering effect and sperm motility reduction contribute to the activity of PHEXXI in the vagina.

### 12.2  Pharmacodynamics
Pharmacodynamic studies in humans have not been performed.

### 12.3  Pharmacokinetics
Pharmacokinetic studies in humans have not been performed. Systemic exposures of lactic acid, citric acid, and potassium bitartrate following vaginal administration of PHEXXI are not expected to lead to safety concerns.

*In vitro* studies with commonly used vaginal preparations (miconazole, metronidazole, tioconazole, and a product for maintaining normal vaginal pH) showed no significant effect on the pH or buffering capacity of PHEXXI.

## 13  NONCLINICAL TOXICOLOGY

### 13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
Carcinogenesis
Long-term carcinogenicity studies have not been performed with PHEXXI.

Mutagenesis
Mutagenic studies have not been performed with PHEXXI.

Impairment of Fertility
Reproductive studies have not been performed with PHEXXI. Upon discontinuation of PHEXXI, pregnancy may occur.

## 14  CLINICAL STUDIES

The efficacy of PHEXXI for the prevention of pregnancy was evaluated in a multi-center, open-label, single-arm clinical trial in the United States (AMP002; NCT03243305). The study enrolled females of reproductive potential 18 to 35 years of age with regular menstrual cycles (21 to 35 days). The median age was 27.8 years. The racial distribution was 70.6% White, 23.7% Black or African American, 2.5% Asian, 0.4% American Indian or Alaska Native, 0.2% Native Hawaiian or Pacific Islander, and 2.7% other. Subjects agreed to engage in at least 3 acts of heterosexual, vaginal intercourse per cycle. Subjects self-administered a 5 gram dose of PHEXXI intravaginally up to one hour before each episode of intercourse for up to 7 cycles.

The primary efficacy endpoint was the 7-cycle typical use cumulative pregnancy rate as derived by Kaplan-Meier life-table analysis. A total of 101 on-treatment pregnancies occurred in 1183 subjects contributing 4769 evaluable natural cycles. The 7-cycle cumulative pregnancy rate was 13.7% (95% CI: 10.0%, 17.5%), excluding cycles with back-up contraception, cycles <21 days or >35 days in length and cycles in which no intercourse was reported. The estimated Pearl Index, calculated based on data from the 7-cycle study, was 27.5 (95% CI: 22.4%, 33.5%).

## 16  HOW SUPPLIED/STORAGE AND HANDLING

PHEXXI (lactic acid, citric acid, and potassium bitartrate) vaginal gel is off-white to tan color gel of uniform consistency containing lactic acid (1.8%), citric acid (1%), and potassium bitartrate (0.4%), supplied as individually wrapped 5 gram pre-filled single-dose vaginal applicators in sealed foil pouches along with a plunger, and are available as follows:

- NDC 69751-100-12          Box of 12 units

Store in the original foil pack at room temperature 20°C to 25°C (68°F to 77°F); excursion permitted between 15°C to 30°C (59°F to 86°F) [*see USP Controlled Room Temperature*].

**17  PATIENT COUNSELING INFORMATION**

Advise the patient to read the Patient Information and FDA-approved patient labeling (Instructions for Use).  Advise the patient:

- To intravaginally administer the contents of one pre-filled single-dose applicator of PHEXXI before **each** episode of vaginal intercourse and to administer an additional dose if intercourse does not occur within one hour of administration [*see Dosage and Administration (2.1)*].
- To consult their healthcare provider for severe or prolonged genital irritation [*see Adverse Reactions (6.1)*].
- To discontinue PHEXXI if they develop a local hypersensitivity reaction [*see Adverse Reactions (6.1)*].
- To contact their health care provider if experiencing urinary tract symptoms [*see Warnings and Precautions (5.1)*].
- That PHEXXI does not protect against HIV infection and other sexually transmitted infections.

Manufactured for Evofem, Inc., a wholly owned subsidiary of Evofem Biosciences, Inc., 12400 High Bluff Drive, Suite 600, San Diego, CA 92130
©2020 Evofem, Inc.  All rights reserved.
U.S. Patent 6,706,276

**PATIENT INFORMATION**
**PHEXXI™ (FEX ee)**
**(lactic acid, citric acid, and potassium bitartrate)**
**vaginal gel**

**What is PHEXXI:**
- PHEXXI is a prescription medicine used to prevent pregnancy in females who can become pregnant and choose to use an on-demand method of birth control.
- PHEXXI is not effective at preventing pregnancy when used **after** vaginal sex.

**How well does PHEXXI work?**
Your chance of getting pregnant depends on how well you follow the directions for using PHEXXI. The better you follow the directions, the less chance you have of getting pregnant. It is very important that you follow the directions carefully **each time** you have vaginal sex.

PHEXXI does not protect against HIV infection or other sexually transmitted infections (STIs).

**Before using PHEXXI, tell your healthcare provider about all of your medical conditions, including if you:**
- are pregnant or think you are pregnant. PHEXXI is not for use in pregnant women.
- are breastfeeding or plan to breastfeed. It is not known if PHEXXI passes into your breast milk.

**Tell your healthcare provider about all the medicines you take,** including prescription and over-the-counter medicines, vitamins, and herbal supplements.
Know the medicines you take. Keep a list of them to show your healthcare provider and pharmacist when you get a new medicine.

**How should I use PHEXXI?**
- See the **Instructions for Use** that comes with PHEXXI for detailed instructions on the right way to use PHEXXI.
- Use PHEXXI exactly as your healthcare provider tells you to use it.
- PHEXXI must be used **before** vaginal sex.
- PHEXXI comes as a pre-filled single-dose vaginal applicator.
- Insert 1 PHEXXI pre-filled applicator into your vagina and use PHEXXI **within 1 hour before each time** you have vaginal sex. If you do not have vaginal sex within 1 hour of using PHEXXI, you must insert a new PHEXXI pre-filled applicator.
- If you have vaginal sex more than 1 time within 1 hour, you must use a new PHEXXI pre-filled applicator.
- PHEXXI may be used at any time during the menstrual cycle.
- PHEXXI may be used as soon as your healthcare provider tells you it is safe for you to have vaginal sex after childbirth, abortion, or miscarriage.
- PHEXXI may be used with hormonal contraceptives; and latex, polyurethane and polyisoprene condoms. PHEXXI may be used with a vaginal diaphragm. Avoid using PHEXXI with contraceptive vaginal rings.
- PHEXXI may be used with other medicines used in the vagina to treat infections including miconazole, metronidazole and tioconazole.

**What are the possible side effects of PHEXXI?**
**PHEXXI may cause serious side effects, including:**
- **Bladder infection (cystitis) and acute kidney infection (pyelonephritis).** Urinary tract infections are common but can also be serious. You should not use PHEXXI if you have a history of urinary tract infections that keep coming back or other problems with your urinary tract. Call your healthcare provider if you have burning with urination or other signs and symptoms of a urinary tract infection such as: burning feeling when passing urine, urine that looks cloudy, pain in the pelvis, or back pain.
- **Allergic reactions**. Avoid using PHEXXI if you are a female who can become pregnant and are allergic to lactic acid, citric acid, potassium bitartrate or any of the ingredients in PHEXXI; **or** your sexual partners are allergic to any of the ingredients in PHEXXI". Stop using PHEXXI if you have a local vulvovaginal reaction.

**The most common side effects of PHEXXI include:**
- vaginal burning
- vaginal itching
- vaginal yeast infection
- discomfort around the vaginal area
- bacterial vaginosis
- vaginal discharge
- discomfort in the genital area
- pain while passing urine

These are not all the possible side effects of PHEXXI.
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store PHEXXI?**
- Store PHEXXI at room temperature between 68°F to 77°F (20°C to 25°C).
- Store PHEXXI in the original foil pouch.

**Keep PHEXXI and all medicines out of the reach of children.**

**General information about the safe and effective use of PHEXXI.**

Medicines are sometimes used for purposes other than those listed in a Patient Information leaflet. Do not use PHEXXI for a condition for which it was not prescribed. Do not give PHEXXI to other people, even if they have the same symptoms that you have. It may harm them.

You can ask your healthcare provider or pharmacist for information about PHEXXI that is written for health professionals.

**What are the ingredients in PHEXXI?**

**Active ingredients**: lactic acid, citric acid, and potassium bitartrate

**Inactive ingredients**: glycerin, alginic acid, xanthan gum, sodium hydroxide, benzoic acid, and purified water

Manufactured for Evofem, Inc., a wholly owned subsidiary of Evofem Biosciences, Inc.
©2020 Evofem, Inc. All rights reserved. Unless otherwise indicated, all trademarks used herein are the property of Evofem Biosciences, Inc.
For more information, go to www.phexxi.com or call 1-833-EVFMBIO.

This Patient Information has been approved by the U.S. Food and Drug Administration                                        Issued: May 2020

**INSTRUCTIONS FOR USE**

**PHEXXI™ (FEX ee)**
**(lactic acid, citric acid, and potassium bitartrate)**
**vaginal gel**

**For Vaginal Use Only**

**These Instructions for Use contains information on how to use PHEXXI vaginal gel.**
Make sure that you read, understand, and follow the Instructions for Use before using
PHEXXI and each time you get a refill. There may be new information.

**Contents:**

- Each box contains 12 foil pouches.

- Each foil pouch contains a pre-filled applicator and plunger rod (see Figure A).

- Each pre-filled applicator contains 1 dose of PHEXXI for 1-time use (single use).



**Figure A**

**Important Information You Need to Know Before Using PHEXXI**

- Use 1 dose of PHEXXI **within 1 hour** before you have vaginal sex.

- A new PHEXXI pre-filled applicator must be used **each time** you have vaginal sex. If
  you have vaginal sex more than 1 time within 1 hour, **a new PHEXXI pre-filled**
  **applicator must be used**.

**Prepare to Use PHEXXI**

Keep the pre-filled applicator and plunger rod in the foil pouch until you are ready to use PHEXXI.

**Step 1: Wash Your Hands**

- Wash your hands with soap and water before opening the foil pouch.

**Step 2: Remove the Pre-filled Applicator and Plunger Rod from the Foil Pouch**

- Remove the pre-filled applicator and plunger rod
  from the foil pouch (see Figure B).



**Figure B**

**Important**: Do not remove the pink cap until instructed in Step 4.

**Insert PHEXXI Gel**

### Step 3: Insert the Plunger Rod

- Gently and slowly insert the plunger rod into the pre-filled applicator. Push until you feel the tip of the plunger rod connect to the inside of the pre-filled applicator (see Figure C).

- **Do not** push hard or continue to push after the tip of the plunger rod connects to the inside of the pre-filled applicator. This could cause the gel to go into the pink cap.

- Use a new pre-filled applicator if the gel goes into the pink cap.



**Figure C**

### Step 4: Remove the Pink Cap

- After the plunger rod is connected to the pre-filled applicator, remove the pink cap from the pre-filled applicator (see Figure D).

- The extra space between the gel and the end of the pre-filled applicator is normal.

- The pre-filled applicator is now ready for use.



**Figure D**

### Step 5: Insert the PHEXXI Pre-filled Applicator into the Vagina

- Hold the pre-filled applicator at the grooved area closest to the plunger rod (see Figure E).

- Gently insert the pre-filled applicator into the vagina as far as it will comfortably go while you continue to hold it by the grooved area firmly. This can be done sitting with your knees apart, lying on your back with your knees bent (see



**Figure E**

Figure F), or while standing with your feet apart or knees bent.



**Figure F**

**Step 6: Insert PHEXXI Gel**

- While the pre-filled applicator is inserted in your vagina, use your index finger to push the plunger rod down until it stops. This is to make sure you receive the entire dose of PHEXXI (see Figure G).

- It is normal for a small amount of gel to be left in the applicator. You will still get the right dose.



**Figure G**

**Step 7: Remove the Used PHEXXI Pre-filled Applicator**

- Gently remove the plunger rod and pre-filled applicator from the vagina (see Figure H) and throw away (dispose of) the used pre-filled applicator.

- PHEXXI should be used **within 1 hour before each time you have vaginal sex**. Use a new pre-filled applicator if you do not have vaginal sex within 1 hour of inserting PHEXXI gel and you still plan to have vaginal sex.



**Figure H**

**Disposing of PHEXXI**

**Step 8: Throw Away (Dispose of) the Used PHEXXI Pre-filled Applicator**

- Used PHEXXI pre-filled applicators and caps should be disposed of in the trash. The cap may be a potential choking hazard.

**Storing PHEXXI**

- Store PHEXXI at room temperature between 68°F to 77°F (20°C to 25°C).

- Store PHEXXI in the original foil pouch.

**Keep PHEXXI and all medicines out of the reach of children.**

These Instructions for Use have been approved by the U.S. Food and Drug Administration.

For more information, including full prescribing information and information on patient safety, go to www.phexxi.com or call 1-833-EVFMBIO.

Manufactured for Evofem, Inc., a wholly owned subsidiary of Evofem Biosciences, Inc.

Issued: May 2020

Exhibit G

INSTRUCTIONS FOR USE  |  PRESCRIBING INFORMATION  |  PATIENT INFORMATION      HEALTHCARE PROFESSIONALS

**pHANTASTIC!** SAVE WITH PHEXXI™. **$0 CO-PAY FOR FIRST FILL FOR ELIGIBLE PATIENTS!**    **LEARN MORE ❯**



phexxi™
(lactic acid, citric acid, and potassium bitartrate) Vaginal Gel
1.8%, 1%, 0.4%

pHinally!

Talk to a doctor about Phexxi™ now!

PHEXXI™
A NEW, FDA-APPROVED, **HORMONE-FREE** BIRTH CONTROL

# pHABULOUS!



Are you one of the millions of women who have said

## ENOUGH IS ENOUGH

to hormones?



## THEN IT'S TIME FOR FIRST-IN-CLASS, FDA-APPROVED PHEXXI™

Phexxi™ is a non-hormonal, prescription vaginal gel used to prevent pregnancy in females who choose to use an on-demand method of birth control. Phexxi™ is only effective when used immediately **before** (or up to 1 hour before) each act of vaginal sex.

Phexxi™ does not protect against any sexually transmitted infections, including HIV.

**LEARN MORE**

## IMPORTANT SAFETY INFORMATION      +

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.



Talk to a
doctor
about Phexxi™
now!

# HORMONE pHREE!

Phexxi™ is a new,

## HORMONE-FREE

contraceptive gel.

Phexxi™ works to maintain vaginal pH, which reduces sperm mobility, lowering the chance of sperm reaching the egg.

Phexxi™ is not effective when used after vaginal intercourse.

**LEARN MORE**

Phexxi™ is designed to be used

## IN THE MOMENT.

## IMPORTANT SAFETY INFORMATION    +

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.



**LET'S GET STARTED**

HERE'S HOW TO USE PHEXXI™

**SAVE ON YOUR CO-PAY**

LEARN HOW

**ANY QUESTIONS?**

GET MORE INFO

Talk to a doctor about Phexxi™ now!

**pH**OLLOW US

## IMPORTANT SAFETY INFORMATION

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.

**WHAT ELSE SHOULD I KNOW ABOUT USING PHEXXI™?**
Phexxi™ does not protect against any sexually transmitted diseases, including HIV. Avoid using Phexxi™ with a vaginal ring.

Contact your healthcare provider if you are experiencing severe genital irritation or discomfort or urinary tract symptoms. Avoid Phexxi™ if you or your sexual partner is allergic to lactic acid, citric acid, potassium bitartrate, or any of the ingredients in Phexxi™. Stop using Phexxi™ if you develop an allergic reaction.

**Please see full Prescribing Information for Phexxi™, including Patient Information.**

**Please report side effects by contacting Evofem Biosciences® toll-free at 1-833-EVFMBIO or contact FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**WHAT IS PHEXXI™?**
Phexxi™ is a prescription vaginal gel used to prevent pregnancy in females who choose to use an on-demand method of birth control. Phexxi™ is only effective when used immediately **before** (or up to one hour before) each act of vaginal sex. Phexxi™ is not effective when used after vaginal sex.

Trademark owned by Evofem Biosciences.
© 2020 Evofem Biosciences.  •  EVFM-US-000487  •  September 2020

 This site is intended for US residents only.

PRIVACY POLICY  |  TERMS OF SERVICE

## IMPORTANT SAFETY INFORMATION    +

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.





pHANTASTIC! SAVE WITH PHEXXI™. **$0 CO-PAY FOR FIRST FILL FOR ELIGIBLE PATIENTS!**    **LEARN M**

phexxi™
(lactic acid, citric acid, and potassium bitartrate) Vaginal Gel
1.8%, 1%, 0.4%

**Talk to a doctor about Phexxi™ now!**
✕

pHinally!

PHEXXI™
A NEW, FDA-APPROVED, HORMONE-FREE BIRTH CONTROL

Not actual size.

If you're like many women, you're ready for

## A NEW BIRTH CONTROL METHOD THAT FITS YOUR LIFESTYLE.

Phexxi™ is an easily reversible option that can keep your plans for the future on schedule.

Phexxi™ does not protect against any sexually transmitted infections, including HIV.

# HOW **PHEXXI**™ WORKS

## PHEXXI™ WORKS TO MAINTAIN VAGINAL pH,

which reduces sperm mobility, lowering the chance of sperm reaching the egg.

## PHEXXI™ AND

**IMPORTANT SAFETY INFORMATION**    **+**

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.





reproductive canal. Phexxi™ keeps the vaginal pH in the range of 3.5 to 4.5 to reduce sperm mobility, lowering the chance of sperm reaching the egg. Phexxi™ is designed to stay in place in the vagina during intercourse.

VAGINAL pH
3.5 - 4.5

LOW    HIGH

Talk to a doctor about Phexxi™ now!
×

Avoid Phexxi™ if you or your partner is allergic to any of the ingredients in Phexxi™.

# A **pH**RESH TAKE!

Phexxi™ is not like traditional methods. It is a

## FIRST-IN-CLASS CONTRACEPTIVE GEL.



# PHEXXI™ HAS BEEN APPROVED BY THE FDA

Phexxi™ has demonstrated that

## IT IS EFFECTIVE AT PREVENTING PREGNANCY.

# POSSIBLE SIDE EFFECTS OF PHEXXI™

**IMPORTANT SAFETY INFORMATION**                                                    **+**

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.





## IMPORTANT SAFETY INFORMATION

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.

**WHAT ELSE SHOULD I KNOW ABOUT USING PHEXXI™?**
Phexxi™ does not protect against any sexually transmitted diseases, including HIV. Avoid using Phexxi™ with a vaginal ring.

Contact your healthcare provider if you are experiencing severe genital irritation or discomfort or urinary tract symptoms. Avoid Phexxi™ if you or your sexual partner is allergic to lactic acid, citric acid, potassium bitartrate, or any of the ingredients in Phexxi™. Stop using Phexxi™ if you develop an allergic reaction.

Please see full **Prescribing Information** for Phexxi™, including **Patient Information**.

Please report side effects by contacting Evofem Biosciences® toll-free at 1-833-EVFMBIO or contact FDA at 1-800-FDA-1088 or **www.fda.gov/medwatch**.

**WHAT IS PHEXXI™?**
Phexxi™ is a prescription vaginal gel used to prevent pregnancy in females who choose to use an on-demand method

## IMPORTANT SAFETY INFORMATION     +

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.



**pHANTASTIC!** SAVE WITH PHEXXI™. **$0 CO-PAY FOR FIRST FILL FOR ELIGIBLE PATIENTS!**    LEARN M



Talk to a doctor about Phexxi™ now!

✕

## IMPORTANT SAFETY INFORMATION     **+**

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

INSTRUCTIONS FOR USE  |  PRESCRIBING INFORMATION  |  PATIENT INFORMATION                                    HEALTHCARE PROFESSIONALS

**pHANTASTIC!** SAVE WITH PHEXXI™. **$0 CO-PAY FOR FIRST FILL FOR ELIGIBLE PATIENTS!**                    **LEARN MORE** ›



**phexxi**™
(lactic acid, citric acid, and potassium bitartrate) Vaginal Gel
1.8%, 1%, 0.4%

pHinally!

PHEXXI™
A NEW, FDA-APPROVED,
HORMONE-FREE BIRTH CONTROL

Talk to a doctor about Phexxi™ now!

## PHEXXI™ IS READY TO USE RIGHT IN THE MOMENT, WHENEVER THE MOOD STRIKES

# KNOW THE pHACTS!

## PHEXXI™ PUTS YOU IN CONTROL

- Insertion of a Phexxi™ applicator is similar to inserting a tampon

- Phexxi™ doesn't have to be used alone. You can use it with other birth control methods such as condoms or diaphragms, but not with a vaginal ring

- For your convenience, Phexxi™ comes in individually wrapped, single-dose applicators

- An additional dose of Phexxi™ needs to be used before each act of sex

- Phexxi™ is only effective when used immediately before (or up to 1 hour before) each act of vaginal sex



**IMPORTANT SAFETY INFORMATION**                                                                        **+**

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.



Phexxi™ does not protect against any sexually transmitted infections, including HIV.

# A **pH**RESH TAKE

Learn how to use Phexxi™

04:49

**DOWNLOAD THE INSTRUCTIONS**

# **pH**ENOMENAL!

## IMPORTANT SAFETY INFORMATION    +

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

Talk to a doctor about Phexxi™ now!

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.





## IMPORTANT SAFETY INFORMATION

### WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.

### WHAT ELSE SHOULD I KNOW ABOUT USING PHEXXI™?
Phexxi™ does not protect against any sexually transmitted diseases, including HIV. Avoid using Phexxi™ with a vaginal ring.

Contact your healthcare provider if you are experiencing severe genital irritation or discomfort or urinary tract symptoms. Avoid Phexxi™ if you or your sexual partner is allergic to lactic acid, citric acid, potassium bitartrate, or any of the ingredients in Phexxi™. Stop using Phexxi™ if you develop an allergic reaction.

**Please see full Prescribing Information for Phexxi™, including Patient Information.**

**Please report side effects by contacting Evofem Biosciences® toll-free at 1-833-EVFMBIO or contact FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

| IMPORTANT SAFETY INFORMATION | + |
|---|---|

### WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.



Talk to a
doctor
about Phexxi™
now!

**IMPORTANT SAFETY INFORMATION**                                                                                    +

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

**pHANTASTIC!** SAVE WITH PHEXXI™. **$0 CO-PAY FOR FIRST FILL FOR ELIGIBLE PATIENTS!**    **LEARN MORE** ❯



# PERSONALIZED SUPPORT FOR YOU

## OUR NURSE EDUCATION SPECIALISTS ARE HERE TO HELP!

Take a quick survey to see if you are eligible to connect with our Nurse Education Specialists to determine if hormone-free Phexxi™ contraceptive gel is right for you. They are standing by to answer questions on how Phexxi™ works, where to get Phexxi™, how to save money on your Phexxi™ prescription, and more!



**IMPORTANT SAFETY INFORMATION**                                                  **+**

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.



Talk to a
doctor
about Phexxi™
now!
×

# SAVE ON **PHEXXI**™!

## $0 CO-PAY FOR YOUR FIRST PRESCRIPTION

Pay as little as $30 on future prescriptions for eligible patients with commercial insurance. Terms and conditions apply.

SIGN UP AND SAVE

# READY FOR A PRESCRIPTION?

## TALK WITH A DOCTOR NOW THROUGH TELEHEALTH

They can help you get a prescription for Phexxi™ today.

CONNECT NOW

**IMPORTANT SAFETY INFORMATION**                                    +

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI**™**?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.



## IMPORTANT SAFETY INFORMATION

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.

**WHAT ELSE SHOULD I KNOW ABOUT USING PHEXXI™?**
Phexxi™ does not protect against any sexually transmitted diseases, including HIV. Avoid using Phexxi™ with a vaginal ring.

Contact your healthcare provider if you are experiencing severe genital irritation or discomfort or urinary tract symptoms. Avoid Phexxi™ if you or your sexual partner is allergic to lactic acid, citric acid, potassium bitartrate, or any of the ingredients in Phexxi™. Stop using Phexxi™ if you develop an allergic reaction.

**Please see full Prescribing Information for Phexxi™, including Patient Information.**

**Please report side effects by contacting Evofem Biosciences® toll-free at 1-833-EVFMBIO or contact FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**WHAT IS PHEXXI™?**
Phexxi™ is a prescription vaginal gel used to prevent pregnancy in females who choose to use an on-demand method of birth control. Phexxi™ is only effective when used immediately **before** (or up to one hour before) each act of vaginal sex. Phexxi™ is not effective when used after vaginal sex.

Trademark owned by Evofem Biosciences.
© 2020 Evofem Biosciences. • EVFM-US-000487 • September 2020

 E V O F E M
B I O S C I E N C E S ®    This site is intended for US residents only.

PRIVACY POLICY  |  TERMS OF SERVICE

## IMPORTANT SAFETY INFORMATION        +

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**
There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.



https://phexxi.com/faqs#:~:text=Phexxi™ (pronounced FEX-ee,each act of vaginal sex.    1/3



WHAT'S IN A BOX OF PHEXXI®?                                    +

WHO MAKES PHEXXI®?

Talk to a doctor about Phexxi® now!
×

YOU'VE GOT A **pH**RIEND IN PHEXXI®!

SUPPORT AND SAVINGS:

PATIENT BROCHURE

INSTRUCTIONS FOR USE

CO-PAY SAVINGS

LET'S GET STARTED

WHAT IS PHEXXI®?

USING PHEXXI®

IMPORTANT SAFETY INFORMATION                                  +

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI® (lactic acid, citric acid, and potassium bitartrate) vaginal gel 1.8%, 1%, 0.4%?**
If you have had a history of repeated urinary tract infections or other urinary tract problems, avoid Phexxi®.



pHANTASTIC! SAVE WITH PHEXXI. $0 CO-PAY FOR FIRST FILL FOR ELIGIBLE PATIENTS!    LEARN M



Talk to a doctor about Phexxi® now!

## IMPORTANT SAFETY INFORMATION

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI® (lactic acid, citric acid, and potassium b 1.8%, 1%, 0.4%?**
If you have had a history of repeated urinary tract infections or other urinary tract problems, avoid Phexxi®.

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.

**WHAT ELSE SHOULD I KNOW ABOUT USING PHEXXI®?**
Phexxi® does not protect against any sexually transmitted diseases, including HIV. Avoid using Phexxi® with a vaginal ring.

Contact your healthcare provider if you are experiencing severe genital irritation or discomfort or urinary tract symptoms. Avoid Phexxi® if you or your sexual partner is allergic to lactic acid, citric acid, potassium bitartrate, or any of the ingredients in Phexxi®. Stop using Phexxi® if you develop an allergic reaction.

**Please see full [Prescribing Information](#) for Phexxi®, including [Patient Information](#).**

**Please report side effects by contacting Evofem Biosciences® toll-free at 1-833-EVFMBIO or contact FDA at 1-800-FDA-1088 or [www.fda.gov/medwatch](#).**

**WHAT IS PHEXXI®?**
Phexxi® is a prescription vaginal gel used to prevent pregnancy in females who choose to use an on-demand method of birth control. Phexxi® is only effective when used immediately **before** (or up to one hour before) each act of vaginal sex. Phexxi® is not effective when used after vaginal sex.

Phexxi is a registered trademark of Evofem Biosciences, Inc.
Trademarks, registered or otherwise, are the property of their respective owner(s).
© 2020 Evofem Biosciences, Inc.  •  EVFM-US-000967  •  November 2020

PRIVACY POLICY  |  TERMS OF SERVICE

EVOFEM
B I O S C I E N C E S®

This site is intended for US residents only.

---

## IMPORTANT SAFETY INFORMATION                                         +

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI® (lactic acid, citric acid, and potassium bitartrate) vaginal gel 1.8%, 1%, 0.4%?**
If you have had a history of repeated urinary tract infections or other urinary tract problems, avoid Phexxi®.

Exhibit H

Home  >  Whois Lookup  >  PhExXi.com

# Whois Record for PhExXi.com

## ▬ Domain Profile

| | |
|---|---|
| **Registrant Org** | Evofem, Inc. |
| **Registrant Country** | us |
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br>abuse@godaddy.com<br>(p) 14806242505 |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 475 days old<br>Created on 2019-08-23<br>Expires on 2021-08-23<br>Updated on 2019-08-23 |
| **Name Servers** | NS55.DOMAINCONTROL.COM (has 56,557,131 domains)<br>NS56.DOMAINCONTROL.COM (has 56,557,131 domains) |
| **Tech Contact** | — |
| **IP Address** | 34.210.182.99 - 44 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Oregon - Portland - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 11 changes on 11 unique IP addresses over 1 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 1 year |

## ▬ Website

| | |
|---|---|
| **Website Title** | 🟪 500 SSL negotiation failed: |
| **Response Code** | 500 |

**Whois Record** ( last updated on 2020-12-10 )

```
Domain Name: phexxi.com
Registry Domain ID: 2426103906_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-08-23T16:37:14+00:00
        2019-08-23
Creation Date: 2019-08-23T16:37:14+00:00
        2019-08-23
Registrar Registration Expiration Date: 2021-08-23T16:37:14+00:00
        2021-08-23
Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Registrar Abuse Contact Email:   abuse@godaddy.com
Registrar Abuse Contact Phone: 14806242505
Status:
        clientDeleteProhibited
        clientRenewProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization: Evofem, Inc.
Registrant Street:
Registrant City:
Registrant State/Province: California
Registrant Postal Code:
Registrant Country: us
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY (DT)
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
```

```
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Namservers:
        ns55.domaincontrol.com
        ns56.domaincontrol.com
DNSSEC: unsigned
```



## Tools

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Buy This Domain ▾ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

## Available TLDs

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| PhExXi.com | View Whois |
|---|---|
| PhExXi.net | View Whois |
| PhExXi.org | View Whois |
| PhExXi.info | View Whois |
| PhExXi.biz | View Whois |
| PhExXi.us | View Whois |





Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information
© 2020 DomainTools

Exhibit I

# United States of America

## United States Patent and Trademark Office

# PHEXXI

**Reg. No. 6,201,656**

**Registered Nov. 17, 2020**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Evofem Biosciences, Inc.  (DELAWARE CORPORATION)
12400 High Bluff Drive
Suite 600
San Diego, CALIFORNIA 92130

CLASS 5: Personal lubricant; personal sexual lubricants; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for spermatozoa; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for viral and bacterial pathogens; pharmaceutical acid-buffering gel with bio adhesive properties designed to maintain an optimal environment

FIRST USE 9-8-2020; IN COMMERCE 9-8-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-596,085, FILED 08-28-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address Forms available at** http://www.uspto.gov.

Exhibit J



*ph***exxi**™
(lactic acid, citric acid, and potassium bitartrate) Vaginal Gel
1.8%, 1%, 0.4%

*pH*inally!

A NEW, FDA-APPROVED,
**HORMONE-FREE**
BIRTH CONTROL



**$0 CO-PAY FOR YOUR 1ST PRESCRIPTION**

See last page for details.

Please see Prescribing Information, including Patient Information.



*Are you one of the millions of women who have said **enough is enough** to hormones?*

## NOW, THERE'S **PHEXXI**™!

### WHAT IS **PHEXXI**™?

Phexxi™ is a prescription vaginal gel used to prevent pregnancy in females who choose to use an on-demand method of birth control. Phexxi™ is only effective when used immediately **before** (or up to one hour before) each act of vaginal sex. It is not effective when used after vaginal sex.



### HOW **PHEXXI**™ WORKS

Vaginas have a pH level that is inhospitable to sperm. When semen enters the vagina, the pH level is increased to help sperm survive. Phexxi™ works to maintain vaginal pH, which reduces the sperm's mobility, lowering the chance of sperm reaching the egg.

**IMPORTANT SAFETY INFORMATION**

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI™?**

There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have had repeated urinary tract infections or other urinary tract problems.

Please see Prescribing Information, including Patient Information.



# **PHEXXI**™ IS QUICK AND EASY TO USE



Phexxi™ is designed to be used in the moment and works immediately upon application.

Not actual size.

## **PHEXXI**™ PUTS YOU IN CONTROL

- Insertion of the Phexxi™ applicator is similar to inserting a tampon
- Phexxi™ doesn't have to be used alone. You can use it with condoms or diaphragms, but not with a vaginal ring
- For your convenience, Phexxi™ comes in individually wrapped, single-dose applicators
- Phexxi™ is effective up to 1 hour upon application. After 1 hour, an additional dose of Phexxi™ needs to be used before each act of sex

Phexxi™ is not effective when used after vaginal sex.

## IMPORTANT SAFETY INFORMATION (CONT'D)

### WHAT ELSE SHOULD I KNOW ABOUT USING PHEXXI™?

Phexxi™ does not protect against any sexually transmitted diseases, including HIV. Avoid using Phexxi™ with a vaginal ring.

Please see Prescribing Information, including Patient Information.



*Phexxi™ is FDA-approved*

## PHEXXI™ HAS DEMONSTRATED THAT IT IS EFFECTIVE AT PREVENTING PREGNANCY

Phexxi™ has not been associated with side effects such as blood clots or stroke.

### POSSIBLE SIDE EFFECTS OF **PHEXXI**™

There have been a few cases of urinary bladder infection and kidney infection reported in clinical studies. One of the cases was serious. Avoid Phexxi™ if you have repeated urinary tract infections or other urinary tract problems.

See additional safety information throughout the brochure.

**IMPORTANT SAFETY INFORMATION (CONT'D)**

**WHAT ARE THE POSSIBLE SIDE EFFECTS OF PHEXXI? (CONT'D)**

The **most common side effects** were vaginal burning, vaginal itching, vaginal yeast infection, urinary tract infection, vaginal area discomfort, bacterial vaginosis, and vaginal discharge. Women also reported genital discomfort, pain while urinating, and vaginal pain. Some male partners reported genital discomfort.

Please see Prescribing Information, including Patient Information.

**pH**ABULOUS!

Ask your healthcare provider if **Phexxi**™ is right for you.

*phexxi*™

(lactic acid, citric acid, and potassium bitartrate) Vaginal Gel 1.8%, 1%, 0.4%

**pH**ANTASTIC!

SAVE WITH THE PHEXXI™ CO-PAY CARD

---

Under the Affordable Care Act, Phexxi™ may be available for $0 co-pay, co-insurance, or deductible.



**Click here** to access the co-pay card.

Learn more at **phexxi.com**.

**IMPORTANT SAFETY INFORMATION (CONT'D)**

**WHAT ELSE SHOULD I KNOW ABOUT USING PHEXXI™? (CONT'D)**

Contact your healthcare provider if you are experiencing severe genital irritation or discomfort or urinary tract symptoms. Avoid Phexxi™ if you or your sexual partner is allergic to lactic acid, citric acid, potassium bitartrate, or any of the ingredients in Phexxi™. Stop using Phexxi™ if you develop an allergic reaction.

***Please report side effects by contacting Evofem Biosciences® toll-free at 1-833-EVFMBIO or contact FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.***

Please see Prescribing Information, including Patient Information.



Trademarks are owned by Evofem Biosciences.
© 2020 Evofem Biosciences.
EVFM-US-000634  •  September 2020

Exhibit K

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88596085 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 110 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | mark |
| LITERAL ELEMENT | PHEXXI |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| NAME | Evofem Biosciences, Inc. |
| INTERNAL ADDRESS | Suite 600 |
| MAILING ADDRESS | 12400 High Bluff Drive |
| CITY | San Diego |
| STATE | California |
| ZIP/POSTAL CODE | 92130 |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |
| **OWNER SECTION (proposed)** | |
| NAME | Evofem Biosciences, Inc. |
| INTERNAL ADDRESS | Suite 600 |
| MAILING ADDRESS | 12400 High Bluff Drive |
| CITY | San Diego |
| STATE | California |
| ZIP/POSTAL CODE | 92130 |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |

TXMD001278

| NAME | Andrew D. Skale |
|---|---|
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | adskale@mintz.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | jddib@mintz.com; ipdocketingbos@mintz.com; ACRomanini@mintz.com; Mintzdocketing@cpaglobal.com |

## CORRESPONDENCE INFORMATION (proposed)

| NAME | Andrew D. Skale |
|---|---|
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | adskale@mintz.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | jddib@mintz.com; ipdocketingbos@mintz.com; ACRomanini@mintz.com; Mintzdocketing@cpaglobal.com |
| **DOCKET/REFERENCE NUMBER** | 054498412T01 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 005 |
|---|---|
| **CURRENT IDENTIFICATION** | Personal lubricant; personal sexual lubricants; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for spermatozoa; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for viral and bacterial pathogens; pharmaceutical acid-buffering gel with bio adhesive properties designed to maintain an optimal environment |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 09/08/2020 |
| **FIRST USE IN COMMERCE DATE** | 09/08/2020 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\885\960\88596085\xml5 \SOU0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\885\960\88596085\xml5 \SOU0003.JPG |
| **SPECIMEN DESCRIPTION** | Product picture / packaging |
| **REQUEST TO DIVIDE** | NO |

## PAYMENT SECTION

| NUMBER OF CLASSES IN USE | 1 |
|---|---|
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |

## SIGNATURE SECTION

| DECLARATION SIGNATURE | /Stewart M Brown/ |
|---|---|
| **SIGNATORY'S NAME** | Stewart M Brown |
| **SIGNATORY'S POSITION** | Vice President & Deputy General Counsel |
| **DATE SIGNED** | 09/08/2020 |
| **SIGNATORY'S PHONE NUMBER** | 858-261-0466 |

## FILING INFORMATION

| SUBMIT DATE | Tue Sep 08 11:29:24 ET 2020 |
|---|---|
| | USPTO/SOU-XXXX:XXX:XXXX:X XXX:XXXX:XXXX:XXXX:XXXX-2 |

| | |
|---|---|
| **TEAS STAMP** | 0200908112924238559-88596085-7501e1ab824a189e41076a10d3a07fe21085baf39c2271eb4bdf9fd4b01f252a-DA-29230786-20200908085154430012 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** PHEXXI(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/88596085/large)
**SERIAL NUMBER:** 88596085

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** Evofem Biosciences, Inc., having an address of
    Suite 600
    12400 High Bluff Drive
    San Diego, California 92130
    United States
    Email: XXXX
**Proposed:** Evofem Biosciences, Inc., having an address of
    Suite 600
    12400 High Bluff Drive
    San Diego, California 92130
    United States
    Phone:
    Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 005:
Current identification: Personal lubricant; personal sexual lubricants; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for spermatozoa; pharmaceutical preparations, namely, microbicidal that creates an inhospitable environment for viral and bacterial pathogens; pharmaceutical acid-buffering gel with bio adhesive properties designed to maintain an optimal environment

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 09/08/2020, and first used in commerce at least as early as 09/08/2020, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Product picture / packaging.
Specimen File1
Specimen File2

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current):**
    Andrew D. Skale
    PRIMARY EMAIL FOR CORRESPONDENCE: adskale@mintz.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): jddib@mintz.com; ipdocketingbos@mintz.com;
ACRomanini@mintz.com; Mintzdocketing@cpaglobal.com

**Correspondence Information (proposed):**
    Andrew D. Skale
    PRIMARY EMAIL FOR CORRESPONDENCE: adskale@mintz.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): jddib@mintz.com; ipdocketingbos@mintz.com;
ACRomanini@mintz.com; Mintzdocketing@cpaglobal.com

The docket/reference number is 054498412T01.

TXMD001281

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

### Declaration

- ☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
  **For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
  **For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
  **For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

- ☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Stewart M Brown/      Date Signed: 09/08/2020
Signatory's Name: Stewart M Brown
Signatory's Position: Vice President & Deputy General Counsel
Signatory's Phone: 858-261-0466

RAM Sale Number: 88596085
RAM Accounting Date: 09/08/2020

Serial Number: 88596085
Internet Transmission Date: Tue Sep 08 11:29:24 ET 2020
TEAS Stamp: USPTO/SOU-XXXX:XXX:XXXX:XXXX:XXXX:XXXX:X
XXX:XXXX-20200908112924238559-88596085-7
501e1ab824a189e41076a10d3a07fe21085baf39
c2271eb4bdf9fd4b01f252a-DA-29230786-2020
0908085154430012

TXMD001282





Exhibit L



NDA 208352

**NDA APPROVAL**

Evofem, Inc.
Attention: Catherine Maher, Ph.D.
Vice President, Regulatory Affairs
12400 High Bluff Drive, Suite 600
San Diego, CA 92130

Dear Dr. Maher:

Please refer to your new drug application (NDA) dated June 20, 2015, received July 2, 2015, and your amendments, submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Phexxi (lactic acid, citric acid, and potassium bitartrate) vaginal gel.

We acknowledge receipt of your amendment dated November 25, 2019, which constituted a complete response to our April 28, 2016, action letter.

This new drug application provides for the use of Phexxi (lactic acid, citric acid, and potassium bitartrate) vaginal gel for the prevention of pregnancy in females of reproductive potential for use as an on demand method of contraception.

## APPROVAL & LABELING

We have completed our review of this application, as amended. It is approved, effective on the date of this letter, for use as recommended in the enclosed agreed-upon labeling.

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at FDA.gov.[1]  Content of labeling must be identical to the enclosed labeling (text for the Prescribing Information, Patient Package Insert, and Instructions for Use) as well as annual reportable changes not included in the enclosed labeling. Information on submitting SPL files using eLIST may be found in the guidance for industry *SPL Standard for Content of Labeling Technical Qs and As*.[2]

---

[1] http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm
[2] We update guidances periodically. For the most recent version of a guidance, check the FDA Guidance Documents Database https://www.fda.gov/RegulatoryInformation/Guidances/default.htm.

TXMD000612

NDA 208352
Page 2

The SPL will be accessible via publicly available labeling repositories.

## CARTON AND CONTAINER LABELING

Submit final printed carton and container labeling that are identical to the enclosed carton and container labeling as soon as they are available, but no more than 30 days after they are printed. Please submit these labeling electronically according to the guidance for industry *Providing Regulatory Submissions in Electronic Format — Certain Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications*. For administrative purposes, designate this submission "**Final Printed Carton and Container Labeling for approved NDA 208352**."  Approval of this submission by FDA is not required before the labeling is used.

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication in pediatric patients unless this requirement is waived, deferred, or inapplicable.

We are waiving the pediatric study requirement for premenarcheal females from birth to 11 years and all males because necessary studies are impossible or highly impracticable. Extrapolation of adult data is acceptable for post-menarcheal adolescents through age 17 years.

## PROMOTIONAL MATERIALS

You may request advisory comments on proposed introductory advertising and promotional labeling. For information about submitting promotional materials, see the final guidance for industry *Providing Regulatory Submissions in Electronic and Non-Electronic Format—Promotional Labeling and Advertising Materials for Human Prescription Drugs*.[3]

As required under 21 CFR 314.81(b)(3)(i), you must submit final promotional materials, and the Prescribing Information, at the time of initial dissemination or publication, accompanied by a Form FDA 2253. Form FDA 2253 is available at FDA.gov.[4] Information and Instructions for completing the form can be found at FDA.gov.[5]

---

[3] For the most recent version of a guidance, check the FDA guidance web page at https://www.fda.gov/media/128163/download.
[4] http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM083570.pdf
[5] http://www.fda.gov/downloads/AboutFDA/ReportsManualsForms/Forms/UCM375154.pdf

**U.S. Food and  Drug Administration**
Silver Spring, MD 20993
www.fda.gov

TXMD000613

NDA 208352
Page 3

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, call Kim Shiley, R.N., B.S.N., Regulatory Project Manager, at (301) 796-2117.

Sincerely,

*{See appended electronic signature page}*

Audrey Gassman, M.D.
Deputy Director
Division of Urology, Obstetrics, and Gynecology
Office of Rare Diseases, Pediatrics, Urologic, and
Reproductive Medicine
Center for Drug Evaluation and Research

ENCLOSURES:
- Content of Labeling
    - Prescribing Information
    - Patient Package Insert
    - Instructions for Use
- Carton and Container Labeling

-------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-------------------------------------------------------------------------------------------------

/s/

------------------------------------------------------------

AUDREY L GASSMAN
05/22/2020 11:11:06 AM

TXMD000615