**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| THERAPEUTICSMD, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVOFEM BIOSCIENCES, INC., <br><br> Defendant. | Case No.: 20-CV-82296-RAR |

**STIPULATION REGARDING PARTIES' RELATED ENTITIES**

Plaintiff, TherapeuticsMD, Inc., and Defendant, Evofem Biosciences, Inc., (each a "Party" and collectively "the "Parties") stipulate and agree as follows:

While each Party maintains that it has a separate identity from any parent, subsidiary and/or affiliate of such Party, for purposes of this litigation only, and to simplify discovery and the Parties' presentation of evidence, the Parties represent (a) that they have possession, custody and control of documents belonging to any parent, subsidiary or affiliate, and (b) that the Parties will not discriminate between such entities for purposes of document production. The Parties do not waive any rights not specifically identified herein.

IT IS SO STIPULATED. Dated this 1st day of July, 2021.

| | |
|---|---|
| SHUTTS & BOWEN LLP <br><br> By: */s/ Jodi-Ann Tillman* <br> Joseph W. Bain, FL SBN 860360 <br> JBain@shutts.com <br> Patricia A. Leonard, FL SBN 65455 <br> pleonard@shutts.com <br> Jodi-Ann Tillman, FL SBN 1022214 <br> JTillman@shutts.com | LAW OFFICES OF JAMES A. STEPAN, P.A. <br><br> By: */s/ James A. Stepan* <br> James A. Stepan, FL SBN 184896 <br> jstepan@stepanlaw.com <br> 8570 Stirling Road, Ste. 102-161 <br> Hollywood, FL 33024-8203 <br> Telephone: (305) 607-0678 |

525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL 33401
Telephone: 561-835-8500
Facsimile: 561-650-8530

and

HACKLER DAGHIGHIAN MARTINO &
NOVAK, P.C.

Ehab Samuel (CA SBN 228296)
esamuel@hdmnlaw.com
David A. Randall (CA SBN 156722)
dave@hdmnlaw.com
Sepehr Daghighian (CA SBN 239349)
sd@hdmnlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.:  (310) 887-1333
Fax:  (310) 887-1334

*Attorneys for Plaintiff*
*THERAPEUTICSMD, INC.*

and

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.

Andrew D. Skale (CA SBN 211096)
adskale@mintz.com
Kara M. Cormier (MA BBO 684255)
3580 Carmel Mountain Road, Ste 300
San Diego, CA 92130
Tel: 858-314-1506
Fax: 858-314-1501
(pro hac vice admissions pending)

*Attorneys for Defendant*
*EVOFEM BIOSCIENCES, INC.*

**SO ORDERED** in Chambers in Fort Lauderdale, Florida, this \_\_\_\_ day of _____, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of July, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served a copy on the following:

James A. Stepan, Esq.
LAW OFFICES OF JAMES A. STEPAN, P.A.
8570 Stirling Road, Suite 102-161
Hollywood, Florida 33024
Telephone: 305-607-0678
Email: jstepan@stepanlaw.com

Andrew D. Skale, Esq.
*(Pro Hac Vice)*
Kara M. Cormier, Esq.
*(Pro Hac Vice)*
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
3580 Carmel Mountain Road, Ste 300
San Diego, CA. 92130
adskale@mintz.com, kmcormier@mintz.com, jddib@mintz.com, acromanini@mintz.com, ipdocketingbos@mintz.com, mintzdocketing@cpaglobal.com

*Attorneys for Defendant*
EVOFEM BIOSCIENCES, INC.

By:    */s/ Jodi-Ann Tillman*
          Jodi-Ann Tillman
          FL SBN 1022214
          JTillman@shutts.com