UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| THERAPEUTICSMD, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVOFEM BIOSCIENCES, INC., <br><br> Defendant. | CASE NO. 9:20-cv-82296 <br><br> **JOINT MOTION TO EXTEND CASE DEADLINES** |

Pursuant to Federal Rules of Civil Procedure 6(b), Plaintiff TherapeuticsMD, Inc. ("TXMD") and Defendant Evofem Biosciences, Inc. ("Evofem") (collectively the "Parties") jointly move for a two-week extension of the pretrial motions and related deadlines.

In support of this motion, the Parties state:

1. A mediation conference with the Honorable Andrew J. Guilford (Ret.) is currently scheduled for October 21, 2021. The Parties have agreed to attend the mediation in person in hopes of a productive mediation while others who cannot attend in person will join remotely.

2. The Parties would like to focus their time and resources on mediation for the next week with the hopes of resolving the matter.

3. The Parties have already scheduled two fact and eight expert witness depositions in the two weeks following the mediation. Due to the number of expert witnesses and their availabilities, the Parties will not be able to conduct all expert depositions before the current deadline for pretrial motions, which is set for November 2, 2021.

4. Therefore, there is good cause to extend the deadlines as the Parties have been working diligently to comply with the Scheduling Order.

5. The Parties propose the following dates:

| Subject Matter | Current Deadline Per Court Order #22 | New Proposed Date |
|---|---|---|
| Pre-trial motions, including motions for summary judgment and *Daubert* motions | November 2, 2021 | November 16, 2021 |
| Opposition | November 16, 2021 | November 30, 2021 |
| Reply | November 23, 2021 | December 7, 2021 |
| Joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, motions *in limine* | November 30, 2021 | December 14, 2021 |
| Opposition | December 14, 2021 | January 11, 2022[1] |
| Reply | December 21, 2021 | January 18, 2022 |

6. The proposed dates will not affect the trial date of February 14, 2022.

Accordingly, the Parties respectfully request a two-week extension of pretrial motions and related deadlines.

---

[1] The Parties have requested additional time for this Opposition to avoid the difficulty in having to prepare and file the Opposition during the December holidays and New Year's holiday.

Dated: October 18, 2021

Respectfully submitted,

| | |
|---|---|
| SHUTTS & BOWEN LLP | LAW OFFICES OF JAMES A. STEPAN, P.A. |
| By: /s/ Joseph W. Bain<br>Joseph W. Bain, FL SBN 860360<br>JBain@shutts.com<br>Patricia A. Leonard, FL SBN 65455<br>pleonard@shutts.com<br>Jodi-Ann Tillman, FL SBN 1022214<br>JTillman@shutts.com<br>525 Okeechobee Boulevard, Suite 1100<br>West Palm Beach, FL 33401<br>Telephone: 561-835-8500<br>Facsimile: 561-650-8530 | By: /s/ James A. Stepan<br>James A. Stepan, FL SBN 184896<br>jstepan@stepanlaw.com<br>8570 Stirling Road, Ste. 102-161<br>Hollywood, FL 33024-8203<br>Telephone: (305) 607-0678 |
| and | and |
| HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C. | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C. |
| Ehab Samuel (CA SBN 228296)<br>esamuel@hdmnlaw.com<br>David A. Randall (CA SBN 156722)<br>dave@hdmnlaw.com<br>Sepehr Daghighian (CA SBN 239349)<br>sd@hdmnlaw.com<br>10900 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90024<br>Tel.: (310) 887-1333<br>Fax: (310) 887-1334<br><br>*Attorneys for Plaintiff*<br>*THERAPEUTICSMD, INC.* | Andrew D. Skale (CA SBN 211096)<br>adskale@mintz.com<br>Kara M. Cormier (MA BBO 684255)<br>3580 Carmel Mountain Road, Ste 300<br>San Diego, CA 92130<br>Tel: 858-314-1506<br>Fax: 858-314-1501<br>(pro hac vice admissions pending)<br><br>*Attorneys for Defendant*<br>*EVOFEM BIOSCIENCES, INC.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2021, the foregoing document was filed with the Clerk of the Court. I also certify that the foregoing is being served this day on all counsel of record

3

identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/James A. Stepan
Attorney for Defendant

**SERVICE LIST**
**CASE NO. 9:20-cv-82296**

Joseph William Bain
Patricia Anne Leonard
Jodi-Ann Rene Tillman
Shutts & Bowen LLP
City Place Tower
525 Okeechobee Blvd., Suite 1100
West Palm Beach, FL 33401
561-650-8523
561-822-5502 (fax)
jbain@shutts.com
pleonard@shutts.com
jtillman@shutts.com
ATTORNEY FOR PLAINTIFF AND COUNTER DEFENDANT THERAPEUTICS MD, INC.

Sepehr Daghighian
David A. Randall
Ehab Samuel
Hackler Daghighian Martino & Novak, PC
10900 Wilsire Blvd., Suite 300
Los Angeles, CA 90024
310-887-1333
sd@hdmnlaw.com
dave@hdmnlaw.com
esamuel@hdmnlaw.com
ATTORNEY FOR PLAINTIFF AND COUNTER DEFENDANT THERAPEUTICSMD, INC.