UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82296-CIV-RUIZ/REINHART

THERAPEUTICSMD, INC.,

    Plaintiff,

vs.

EVOFEM BIOSCIENCES, INC.,

    Defendant.
_____/

### EVOFEM'S UNOPPOSED MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 5.4(b)(1), Defendant Evofem Biosciences, Inc. ("Evofem") respectfully moves this Court for entry of an Order permitting Evofem to file under seal (i) an unredacted version of Evofem's Opposition to Plaintiff TherapeuticsMD, Inc.'s ("TXMD") *Daubert* Motion to Exclude Certain Testimony of Evofem's Experts (Evofem's Opposition to TXMD's *Daubert* Motion"), (ii) Exhibits C and F to Evofem's Opposition to the *Daubert* Motion, and (iii) Exhibits 2, 7-9, 11-24, 26, 28, 30 and 33 to Evofem's Opposition to TXMD's Motion for Partial Summary Judgment. In support hereof, Evofem states as follows:

    1.    Evofem seeks leave to file under seal an unredacted version of its Opposition to TXMD's *Daubert* Motion. Evofem has redacted the Opposition in order to avoid the public filing of information that has been designated "Confidential" under the controlling Protective Order [ECF No. 38].

    2.    In addition, Evofem's Opposition to TXMD's *Daubert* Motion attaches the following confidential exhibits:

        a.  Exhibit C – TXMD's Response to Interrogatory No. 19

      b. Exhibit F – Excerpts from Deposition of Kristen Landon

3. Evofem's Opposition to TXMD's Motion for Partial Summary Judgment attaches the following confidential exhibits:

      a. Exhibit 2 – Excerpt from Deposition of Stewart Brown;

      b. Exhibit 7 – TXMD019635

      c. Exhibit 8 – TXMD007906

      d. Exhibit 9 – TXMD019605

      e. Exhibit 11 – TXMD016676

      f. Exhibit 12 – TXMD007512

      g. Exhibit 13 – TXMD007624

      h. Exhibit 14 – TXMD015388

      i. Exhibit 15 – TXMD020011

      j. Exhibit 16 – TXMD007010

      k. Exhibit 17 – TXMD008055

      l. Exhibit 18 – TXMD016051

      m. Exhibit 19 – TXMD016053

      n. Exhibit 20 – TXMD015905

      o. Exhibit 21 – TXMD015486

      p. Exhibit 22 – TXMD007231

      q. Exhibit 23 – TXMD009461

      r. Exhibit 24 – Excerpt of Deposition of Saundra Pelletier

      s. Exhibit 26 – Excerpt of Deposition of Sam Desai, dated Sept. 27, 2021

      t. Exhibit 28 – Expert Report of Yoram Wind

      u.   Exhibit 30 – TXMD012060

      v.   Exhibit 33 – Excerpt of Deposition of Brian Bernick

4.    The filing of this Motion should not be construed as consent as to whether the underlying designations are proper; however, the material has been designated as confidential under the Protective Order [ECF No. 38] and accordingly is appropriate for filing under seal.

5.    Evofem requests that the unredacted version of its Opposition to TXMD's *Daubert* Motion, Exhibits C and F to the Opposition to the *Daubert* Motion, and Exhibits 2, 7-9, 11-26, 28, 30 and 33 to Evofem's Opposition to TXMD's Motion for Partial Summary Judgment remain under seal until the end of the case or until further order from this Court.

6.    Evofem consulted with counsel for TXMD in connection with this motion and counsel for TXMD advises that they do not oppose the relief sought herein.

WHEREFORE, Evofem respectfully requests an Order granting it leave to file under seal an unredacted version of its Opposition to TXMD's *Daubert* Motion, Exhibits C and F to the Opposition to TXMD's *Daubert* Motion, and Exhibits 2, 7-9, 11-24, 26, 28, 30 and 33 to Evofem's Opposition to TXMD's Motion for Partial Summary Judgment pursuant to Local Rule 5.4, or such other relief that the Court deems just and proper.

Dated: December 23, 2021

### CERTIFICATE OF COUNSEL

Pursuant to Local Rule 7.1(a)(3)(A), we hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. Counsel have agreed to the filing of the referenced exhibits under seal pursuant to the Protective Order.

Respectfully submitted,

**COFFEY BURLINGTON, P.L.**

By: */s/ Kevin C. Kaplan*
Robert K. Burlington, Esq.
Florida Bar No. 261882
rkb@coffeyburlington.com
mpalmero@coffeyburlington.com
Kevin C. Kaplan, Esq.
Florida Bar No. 933848
kkaplan@coffeyburlington.com
lperez@coffeyburlington.com
service@coffeyburlington.com
Paul J. Schwiep, Esq.
pschwiep@coffeyburlington.com
YVB@coffeyburlington.com
Florida Bar No. 261882
2601 South Bayshore Drive, PH1
Miami, Florida 33133
Telephone:   (305) 858-2900
Facsimile:   (305) 858-5261

and

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

By: */s/ Andrew D. Skale*
Andrew D. Skale, Esq.
(admitted *pro hac vice*)
adskale@mintz.com
Kara M. Cormierm Esq.
(admitted *pro hac vice*)
kmcormier@mintz.com
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile:  (858) 314-1501

*Attorneys for Defendant*
*Evofem Biosciences, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on December 23, 2021, on all counsel or parties of record on the Service List below.

                                             */s/ Kevin C. Kaplan*
                                             Kevin C. Kaplan

### SERVICE LIST
*TherapeuticsMD, Inc. v. Evofem Biosciences, Inc.*
Case No. 20-82296-CIV-Ruiz/Reinhart

| | |
|---|---|
| **Joseph W. Bain, Esq.**<br>JBain@shutts.com<br>**Patricia A. Leonard, Esq.**<br>Pleonard@shutts.com<br>**Jodi-Ann Tillman, Esq.**<br>JTillman@shutts.com<br>SHUTTS & BOWEN LLP<br>525 Okeechobee Boulevard, Suite 1100<br>West Palm Beach, Florida 33401<br>Telephone: (561) 835-8500<br>Facsimile:  (561) 650-8530<br><br>*Attorneys for Plaintiff*<br>*TherapeuticsMD, Inc.* | **Ehab Samuel, Esq.**<br>(admitted *pro hac vice*)<br>esamuel@hdmnlaw.com<br>**David A. Randall, Esq.**<br>(admitted *pro hac vice*)<br>dave@hdmnlaw.com<br>**Sepehr Daghighian, Esq.**<br>sd@hdmnlaw.com<br>HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.<br>10900 Wilshire Boulevard, Suite 300<br>Los Angeles, California 90024<br>Telephone: (310) 887-1333<br>Facsimile:  (310) 887-1334<br><br>*Attorneys for Plaintiff*<br>*TherapeuticsMD, Inc.* |