UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-CV-82296-RUIZ/REINHART

THERAPEUTICSMD, INC.,

    Plaintiff,

v.

EVOFEM BIOSCIENCES, INC.,

    Defendant.
_____/

**ORDER GRANTING EVOFEM'S UNOPPOSED MOTION TO FILE UNDER SEAL**

    THIS MATTER is before the Court on Defendant Evofem Biosciences, Inc.'s ("Evofem") Motion to File Under Seal (ECF No. 142), filed December 23, 2021 (the "Motion").

    The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS** and **ADJUDGES** as follows:

    Evofem may file under seal an unredacted version of its Opposition to Plaintiff's *Daubert* Motion to Exclude Certain Testimony of Evofem's Experts, Exhibits C and F to the Opposition to the *Daubert* Motion, and Exhibits 2, 7-9, 11-24, 26, 28, 30 and 33 to Evofem's Opposition to TXMD's Motion for Partial Summary Judgment, within one (1) day of the date of this Order. These materials are to remain under seal until further order of the Court.

                                                                                                       _____
                                                                                                        RODOLFO A. RUIZ II
                                                                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record