UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82296-CIV-RUIZ/REINHART

THERAPEUTICSMD, INC.,

    Plaintiff,

vs.

EVOFEM BIOSCIENCES, INC.,

    Defendant.

_____/

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLIES
IN SUPPORT OF THE PARTIES' MOTIONS TO BIFURCATE AND STRIKE**

Plaintiff TherapeuticsMD, Inc. ("TXMD") and Defendant Evofem Biosciences, Inc. ("Evofem") respectfully request that this Court grant an extension of time, to file their replies in support of their motions to bifurcate (ECF No. 197, 203), on the following grounds:

1.    The Parties request a brief, one-week extension of time to file replies supporting their motions to bifurcate and strike. The deadline to reply is currently April 18, 2022, and the parties request that the deadline be extended to April 25, 2022.

2.    At the Status Conference on April 12, 2022, the Court set trial to begin on July 12, 2022. The Court also granted the parties one-week extensions file their replies in support of their motions in limine. These replies are now due on April 25, 2022.

3.    As good cause for the extension, the Parties point to counsel's weekend holiday plans, some of whom will celebrate the Easter and Passover holidays with family, and the press of other deadlines in this case, including the Motion in Limine and Motion to Bifurcate Responses, which were filed on Monday April 11, and the Objections to the Report and Recommendation on

the Daubert Motions and the Report and Recommendations on the Motions for Summary Judgment, which will be filed today April 13, 2022.

4.  This brief request for an extension of time is not sought for the purposes of delay, and the parties will not be prejudiced by the requested relief.

WHEREFORE, the Parties respectfully request entry of an Order granting an extension of time until April 25, 2022 for the Parties to file their replies supporting the motions to bifurcate and strike (ECF Nos. 197, 203).

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), we hereby certify that counsel for the movant has conferred with counsel for TXMD, who as noted above, agreed to jointly file this Motion.

Dated: April 15, 2022.

Respectfully submitted,

[SIGNATURES ON NEXT PAGE]

| | |
|---|---|
| **SHUTTS & BOWEN LLP**<br><br>By: ___/s/ *Joseph W. Bain*___<br>**Joseph W. Bain, Esq.**<br>Florida Bar No. 860360<br>JBain@shutts.com<br>**Patricia A. Leonard, Esq.**<br>Florida Bar No. 65455<br>pleonard@shutts.com<br>**Jodi-Ann Tillman, Esq.**<br>Florida Bar No. 1022214<br>JTillman@shutts.com<br>525 Okeechobee Boulevard, Suite 1100<br>West Palm Beach, FL 33401<br>Telephone: 561-835-8500<br>Facsimile: 561-650-8530<br><br>and<br><br>**HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.**<br>Ehab Samuel (CA SBN 228296)<br>(admitted *pro hac vice*)<br>esamuel@hdmnlaw.com<br>David A. Randall (CA SBN 156722)<br>(admitted *pro hac vice*)<br>dave@hdmnlaw.com<br>Sepehr Daghighian (CA SBN 239349)<br>(admitted *pro hac vice*)<br>sd@hdmnlaw.com<br>10900 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90024<br>Telephone: (310) 887-1333<br>Fascimile: (310) 887-1334<br><br>*Attorneys for Plaintiff*<br>*TherapeuticsMD, Inc.*<br>. | **COFFEY BURLINGTON, P.L.**<br><br>By: ___/s/ *Kevin C. Kaplan*___<br>**Kevin C. Kaplan, Esq.**<br>Florida Bar No. 933848<br>kkaplan@coffeyburlington.com<br>lperez@coffeyburlington.com<br>service@coffeyburlington.com<br>**Paul J. Schwiep, Esq.**<br>Florida Bar No. 823244<br>pschwiep@coffeyburlington.com<br>YVB@coffeyburlington.com<br>**Robert K. Burlington, Esq.**<br>Florida Bar No. 261882<br>rburlington@coffeyburlington.com<br>mpalmero@coffeyburlington.com<br>**Dorothy C. Kafka, Esq.**<br>Florida Bar No. 1007982<br>DKafka@coffeyburlington.com<br>GRoque@coffeyburlington.com<br>**COFFEY BURLINGTON, P.L.**<br>2601 South Bayshore Drive, PH1<br>Miami, Florida 33133<br>Telephone: (305) 858-2900<br>Facsimile: (305) 858-5261<br><br>and<br><br>**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**<br>Andrew D. Skale, Esq.<br>(admitted *pro hac vice*)<br>adskale@mintz.com<br>Kara M. Cormier Esq.<br>(admitted *pro hac vice*)<br>kmcormier@mintz.com<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>Telephone: (858) 314-1500<br><br>*Attorneys for Defendant*<br>*Evofem Biosciences, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on April 15, 2022, on all counsel or parties of record on the Service List below.

                                                             */s/ Kevin C. Kaplan*
                                                          Kevin C. Kaplan

### SERVICE LIST
*TherapeuticsMD, Inc. v. Evofem Biosciences, Inc.*
Case No. 20-82296-CIV-Ruiz/Reinhart

| | |
|---|---|
| **Joseph W. Bain, Esq.** <br> JBain@shutts.com <br> **Patricia A. Leonard, Esq.** <br> Pleonard@shutts.com <br> **Jodi-Ann Tillman, Esq.** <br> JTillman@shutts.com <br> SHUTTS & BOWEN LLP <br> 525 Okeechobee Boulevard, Suite 1100 <br> West Palm Beach, Florida 33401 <br> Telephone: (561) 835-8500 <br> Facsimile:  (561) 650-8530 <br> GBennett@shutts.com <br> iavila@shutts.com <br><br> *Attorneys for Plaintiff* <br> *TherapeuticsMD, Inc.* | **Andrew D. Skale, Esq.** <br> (admitted *pro hac vice*) <br> adskale@mintz.com <br> **Kara M. Cormier, Esq.** <br> (admitted *pro hac vice*) <br> kmcormier@mintz.com <br> MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. <br> 3580 Carmel Mountain Road, Suite 300 <br> San Diego, California 92130 <br> Telephone: (858) 314-1500 <br> Facsimile:  (858) 314-1501 <br> JKim@mintz.com <br> jddib@mintz.com <br> tmpowers@mintz.com <br> ipdocketingbos@mintz.com <br> mintzdocketing@cpaglobal.com <br><br> *Attorneys for Defendant* <br> *Evofem Biosciences, Inc.* |

|  |  |
|---|---|
| **Ehab Samuel, Esq.**<br>(admitted *pro hac vice*)<br>esamuel@hdmnlaw.com<br>**David A. Randall, Esq.**<br>(admitted *pro hac vice*)<br>dave@hdmnlaw.com<br>**Sepehr Daghighian, Esq.**<br>sd@hdmnlaw.com<br>HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.<br>10900 Wilshire Boulevard, Suite 300<br>Los Angeles, California 90024<br>Telephone: (310) 887-1333<br>Facsimile:  (310) 887-1334<br>esamuel@hdmnlaw.com<br>dave@hdmnlaw.com<br>sd@hdmnlaw.com<br><br>*Attorneys for Plaintiff*<br>*TherapeuticsMD, Inc.* |  |