UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-82296-RAR

**THERAPEUTICSMD, INC.**,

    Plaintiff,

v.

**EVOFEM BIOSCIENCES, INC.**,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Bruce E. Reinhart's Report and Recommendation [ECF No. 210] ("Report"), entered on March 30, 2022. The Report recommends that the Court deny Defendant's Motion for Summary Judgment [ECF No. 112]; grant in part and deny in part Plaintiff's Motion for Summary Judgment [ECF No. 118] with judgment entered in Plaintiff's favor on Defendant's First and Fourth Affirmative Defenses; and deny as moot Plaintiff's Motion to Strike Defendant's Fourth Affirmative Defense [ECF No. 124]. Report at 34. Defendant timely filed objections to the Report on April 13, 2022 [ECF No. 249] ("Objections").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Defendant timely filed objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Reinhart's legal and factual findings.

The Court having carefully reviewed the motions [ECF Nos. 112, 118, 124], all responsive pleadings, related materials, and supplemental filings [ECF Nos. 125, 128, 136, 145, 161 165, 166,

167, 172, 177, 181, 185, 186], the Report, the Objections, the factual record, applicable law, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report [ECF No. 210] is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion for Summary Judgment [ECF No. 112] is **DENIED**.

3. Plaintiff's Motion for Partial Summary Judgment [ECF No. 118] is **DENIED** as to Defendant's Second Affirmative Defense and Defendant's Counterclaim.

4. Plaintiff's Motion for Partial Summary Judgment [ECF No. 118] is **GRANTED** as to Defendant's First and Fourth Affirmative Defenses.

5. Plaintiff's Motion to Strike Defendant's Fourth Affirmative Defense [ECF No. 124] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of April, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**