UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-82296-RAR

**THERAPEUTICSMD, INC.,**

    Plaintiff,

v.

**EVOFEM BIOSCIENCES, INC.,**

    Defendant.
_____/

### ORDER GRANTING DEFENDANT EVOFEM BIOSCIENCES, INC.'S UNOPPOSED MOTION TO STRIKE ECF NO. 279

**THIS CAUSE** comes before the Court on Defendant Evofem Biosciences, Inc's Unopposed Motion to Strike Evofem's Reply in Support of its Request for Judicial Notice [ECF No. 279]. [ECF No. 281]. The Court having reviewed all related filings and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion [ECF No. 281] is **GRANTED**. Evofem's Reply in Support of its Request for Judicial Notice [ECF No. 279] is **STRICKEN** from the record.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of May, 2022.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE