UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82296-CIV-RUIZ/REINHART

THERAPEUTICSMD, INC.,

    Plaintiff,

vs.

EVOFEM BIOSCIENCES, INC.,

    Defendant.

_____/

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

Defendant Evofem Biosciences, Inc. ("Evofem") hereby files this notice of supplemental authority citing *Screm, Inc. v. K and R of WPB, Inc.*, 2017 WL 6409014 (S.D. Fla. Jan. 10, 2022), which supports Defendant's Request for Judicial Notice (ECF No. 212). A copy of the *Screm* decision is attached as Exhibit 1.

[the remainder of this page intentionally left blank]

Respectfully submitted,

By: /s/ *Paul J. Schwiep*
**Paul J. Schwiep, Esq.**
Florida Bar No. 823244
pschwiep@coffeyburlington.com
YVB@coffeyburlington.com
**Kevin C. Kaplan, Esq.**
Florida Bar No. 933848
kkaplan@coffeyburlington.com
lperez@coffeyburlington.com
service@coffeyburlington.com
**Robert K. Burlington, Esq.**
Florida Bar No. 261882
rburlington@coffeyburlington.com
mpalmero@coffeyburlington.com
**Dorothy C. Kafka, Esq.**
Florida Bar No. 1007982
DKafka@coffeyburlington.com
GRoque@coffeyburlington.com
**Josefina M. Aguila-Benna, Esq.**
Florida Bar No. 119719
JAguila@coffeyburlington.com
YVB@coffeyburlington.com
**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida  33133
Telephone: (305) 858-2900

and

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

By: /s/ *Andrew D. Skale*
Andrew D. Skale, Esq.
(admitted *pro hac vice*)
adskale@mintz.com
Kara M. Cormier Esq.
(admitted *pro hac vice*)
kmcormier@mintz.com
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500

*Attorneys for Defendant Evofem Biosciences, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on May 31, 2022, on all counsel or parties of record on the Service List below.

*/s/ Paul J. Schwiep*
Paul J. Schwiep

| **SERVICE LIST**<br>*TherapeuticsMD, Inc. v. Evofem Biosciences, Inc.*<br>Case No. 20-82296-CIV-Ruiz/Reinhart ||
|---|---|
| **Joseph W. Bain, Esq.**<br>JBain@shutts.com<br>**Patricia A. Leonard, Esq.**<br>Pleonard@shutts.com<br>**Jodi-Ann Tillman, Esq.**<br>JTillman@shutts.com<br>SHUTTS & BOWEN LLP<br>525 Okeechobee Boulevard, Suite 1100<br>West Palm Beach, Florida 33401<br>Telephone: (561) 835-8500<br>Facsimile:  (561) 650-8530<br>GBennett@shutts.com<br>iavila@shutts.com<br><br>*Attorneys for Plaintiff*<br>*TherapeuticsMD, Inc.* | **Andrew D. Skale, Esq.**<br>(admitted *pro hac vice*)<br>adskale@mintz.com<br>**Kara M. Cormier, Esq.**<br>(admitted *pro hac vice*)<br>kmcormier@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, California 92130<br>Telephone: (858) 314-1500<br>Facsimile:  (858) 314-1501<br>JKim@mintz.com<br>jddib@mintz.com<br>tmpowers@mintz.com<br>ipdocketingbos@mintz.com<br>mintzdocketing@cpaglobal.com<br><br>*Attorneys for Defendant*<br>*Evofem Biosciences, Inc.* |
| Service List continues on next page ||

|  |  |
|---|---|
| **Ehab Samuel, Esq.**<br>(admitted *pro hac vice*)<br>esamuel@hdmnlaw.com<br>**David A. Randall, Esq.**<br>(admitted *pro hac vice*)<br>dave@hdmnlaw.com<br>**Sepehr Daghighian, Esq.**<br>sd@hdmnlaw.com<br>HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.<br>10900 Wilshire Boulevard, Suite 300<br>Los Angeles, California 90024<br>Telephone: (310) 887-1333<br>Facsimile:  (310) 887-1334<br>esamuel@hdmnlaw.com<br>dave@hdmnlaw.com<br>sd@hdmnlaw.com<br><br>*Attorneys for Plaintiff*<br>*TherapeuticsMD, Inc.* |  |