UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-CV-82296-RUIZ/REINHART

THERAPEUTICSMD, INC.,

    Plaintiff,

v.

EVOFEM BIOSCIENCES, INC.,

    Defendant.
_____/

## INDEX OF THERAPEUTICSMD'S MAY 31, 2022 HEARING EXHIBITS

| **Presiding Judge** | **Plaintiff's Attorneys** | **Defendant's Attorneys** |
|---|---|---|
| Magistrate Bruce E. Reinhart | Joseph W. Bain<br>Jodi-Ann Tillman<br>Ehab Samuel<br>Dave Randall | Kevin C. Kaplan<br>Paul J. Schwiep<br>Dorothy C. Kafka<br>Scott A. Hiaasen<br>Josefina M. Aguila-Benna |
| **Hearing Date** | **Court Reporter** | **Courtroom Deputy** |
| May 31, 2022 | | |

| **PLAINTIFF'S EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| 1. | TherapeuticsMD's Initial Disclosures (May 5, 2021) |
| 2. | TherapeuticsMD's Corrected First Amended Initial Disclosures (August 16, 2021) |
| 3. | TherapeuticsMD's Second Amended Initial Disclosures (September 7, 2021) |
| 4. | TherapeuticsMD's Third Amended Initial Disclosures (September 24, 2021) |

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION |
|---|---|
| 5. | TherapeuticsMD's Fourth Amended Initial Disclosures (September 29, 2021) |
| 6. | TherapeuticsMD's Fifth Amended Initial Disclosures (October 19, 2021) |
| 7. | TherapeuticsMD's Sixth Amended Initial Disclosures (May 10, 2022) |

Dated: June 2, 2022.

HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Telephone:  (310) 887-1333
Facsimile:  (310) 887-1334
Ehab Samuel (CA SBN 228296)
esamuel@hdmnlaw.com
*(Pro Hac Vice)*
David A. Randall (CA SBN 156722)
dave@hdmnlaw.com
*(Pro Hac Vice)*
Sepehr Daghighian (CA SBN 239349)
sd@hdmnlaw.com
*(Pro Hac Vice)*

Respectfully submitted,

SHUTTS & BOWEN LLP
525 Okeechobee Boulevard
Suite 1100
West Palm Beach, FL 33401
Telephone:    561-835-8500
Facsimile:    561-650-8530

By: */s/  Joseph W. Bain*
Joseph W. Bain, Florida Bar No. 860360
JBain@shutts.com
Patricia A. Leonard, Florida Bar No. 65455
pleonard@shutts.com
Jodi-Ann Tillman, Florida Bar No. 1022214
JTillman@shutts.com

*Attorneys for Plaintiff*
THERAPEUTICSMD, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served a copy on the following:

Robert K. Burlington, Esq.
Kevin C. Kaplan, Esq.
Paul J. Schwiep, Esq.
Dorothy C. Kafka, Esq.
Scott A. Hiaasen, Esq.
Josefina M. Aguila-Benna, Esq.
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261
Email: rkb@coffeyburlington.com; kkaplan@coffeyburlington.com; pschwiep@coffeyburlington.com; mpalmero@coffeyburlington.com; lperez@coffeyburlington.com; YVB@coffeyburlington.com; service@coffeyburlington.com; dkafka@coffeyburlington.com; groque@coffeyburlington.com; shiaasen@coffeyburlington.com; jaguila@coffeyburlington.com

Andrew D. Skale, Esq.
*(Pro Hac Vice)*
Kara M. Cormier, Esq.
*(Pro Hac Vice)*
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, AND POPEO, P.C.
3580 Carmel Mountain Road, Ste. 300
San Diego, California 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501
Email: adskale@mintz.com; kmcormier@mintz.com; jddib@mintz.com; tmpowers@mintz.com; ipdocketingbos@mintz.com; mintzdocketing@cpaglobal.com

*Attorneys for Defendant*
EVOFEM BIOSCIENCES, INC.

By:     */s/ Joseph W. Bain*
                 Joseph W. Bain
                 Florida Bar No. 860360
                 jbain@shutts.com