# Plaintiff's Exhibit No. 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| THERAPEUTICSMD, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVOFEM BIOSCIENCES, INC., <br><br> Defendant. | CASE NO. 9:20-cv-82296-RAR <br><br><br> **JURY TRIAL DEMANDED** |

**THERAPEUTICSMD'S CORRECTED FIRST AMENDED INITIAL DISCLOSURES**

In accordance with Fed. R. Civ. P. 26(a)(1), Plaintiff TherapeuticsMD, Inc. ("Plaintiff" or "TherapeuticsMD") hereby make the following initial disclosures in the above-captioned matter to Defendant Evofem Biosciences, Inc. ("Defendant" or "Evofem"). These disclosures are based on information now reasonably available to TherapeuticsMD. By making these disclosures, TherapeuticsMD does not represent that it is identifying every document, tangible thing or witness possibly relevant to this lawsuit. In accordance with Fed. R. Civ. P. 26(e), TherapeuticsMD, expressly reserves the right to amend, clarify, or further supplement these disclosures as the case progresses and as further investigation and discovery reveal additional issues and information. TherapeuticsMD also reserves the right to object to the admissibility of any information disclosed, and reserves any other applicable objections they may have, including but not limited to objections based on relevance, attorney-client privilege, work product doctrine, burden, and confidentiality.

**I.      POTENTIAL FACT WITNESSES**

Fed. R. Civ. P. 26(a)(1)(A)(i). Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that

information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE:**

TherapeuticsMD has not yet identified all individuals likely to have discoverable information that they may use to support their claims or defenses. At this time, TherapeuticsMD identifies the following individuals likely to have relevant discoverable information, which it may use to support his claims or defenses. Discovery is ongoing and in its preliminary stages, and TherapeuticsMD anticipates that other individuals may also have discoverable information upon which TherapeuticsMD may rely and specifically reserves the right to identify additional witnesses as discovery proceeds.

In making these disclosures, TherapeuticsMD does not waive its rights to object, pursuant to applicable Local and Federal Rules, to discovery of information by deposition or otherwise from any of the individuals listed below, including without limitation based on the attorney-client privilege and/or work product immunity. TherapeuticsMD does not consent or authorize any other party to communicate with TherapeuticsMD's employees, or other individuals with privileged information, and does not consent to or authorize any communications prohibited by any applicable rule of professional conduct. Any individuals designated in this disclosure as an employee of TherapeuticsMD should be contacted only through TherapeuticsMD's undersigned attorneys. By indicating the general subject matter of information these individuals may possess, TherapeuticsMD is in no way limiting its right to call an individual to testify regarding other subjects.

| Name | Role and Contact Information | Subject |
|---|---|---|
| Dr. Brian Bernick | TherapeuticsMD, Co-Founder and Director<br><br>c/o Hackler Daghighian Martino & Novak P.C.<br>10900 Wilshire Blvd.<br>Suite 300<br>Los Angeles, CA 90024<br>310-887-1334<br><br>Any contact is to be made through the undersigned counsel. | Knowledge of IMVEXXY and its indication. |
| Valerie Ahmuty | TherapeuticsMD, V.P. of Regulatory Affairs<br><br>c/o Hackler Daghighian Martino & Novak P.C.<br>10900 Wilshire Blvd.<br>Suite 300<br>Los Angeles, CA 90024<br>310-887-1334<br><br>Any contact is to be made through the undersigned counsel. | Communications with the FDA regarding IMVEXXY. |
| Kristen Landon | TherapeuticsMD, V.P. of Marketing<br><br>c/o Hackler Daghighian Martino & Novak P.C.<br>10900 Wilshire Blvd.<br>Suite 300<br>Los Angeles, CA 90024<br>310-887-1334<br><br>Any contact is to be made through the undersigned counsel. | Marketing and advertising of IMVEXXY; TherapeuticsMD's selection and adoption of the IMVEXXY mark. |

| Name | Role and Contact Information | Subject |
|---|---|---|
| Chris Gish | TherapeuticsMD, Senior V.P. of Sales<br><br>c/o Hackler Daghighian Martino & Novak P.C.<br>10900 Wilshire Blvd.<br>Suite 300<br>Los Angeles, CA 90024<br>310-887-1334<br><br>Any contact is to be made through the undersigned counsel. | Marketing and sales of IMVEXXY. |
| Michael Donegan | TherapeuticsMD, V.P. of Finance<br><br>c/o Hackler Daghighian Martino & Novak P.C.<br>10900 Wilshire Blvd.<br>Suite 300<br>Los Angeles, CA 90024<br>310-887-1334<br><br>Any contact is to be made through the undersigned counsel. | Sales and financial data related to IMVEXXY. |
| Sam Desai | TherapeuticsMD, IP Counsel<br><br>c/o Hackler Daghighian Martino & Novak P.C.<br>10900 Wilshire Blvd.<br>Suite 300<br>Los Angeles, CA 90024<br>310-887-1334<br><br>Any contact is to be made through the undersigned counsel. | IMVEXXY U.S. trademark and registration; communications with Evofem. |

| Name | Role and Contact Information | Subject |
|---|---|---|
| Marlan Walker | TherapeuticsMD, General Counsel<br><br>c/o Hackler Daghighian Martino & Novak P.C.<br>10900 Wilshire Blvd.<br>Suite 300<br>Los Angeles, CA 90024<br>310-887-1334<br><br>Any contact is to be made through the undersigned counsel. | IMVEXXY U.S. trademark and registration; communications with Evofem. |
| Erica Tague | TherapeuticsMD, Inc. former sales representative<br><br>c/o Hackler Daghighian Martino & Novak P.C.<br>10900 Wilshire Blvd.<br>Suite 300<br>Los Angeles, CA 90024<br>310-887-1334<br><br>Any contact is to be made through the undersigned counsel. | Communications regarding instances of actual confusion |

| Name | Role and Contact Information | Subject |
| --- | --- | --- |
| Jillian Brierley, Loren Sullivan, Courtney Feltman, Zach Duskin, Adam Gilbert, Jordan Harwell, Adam Gremillion, Kelly Asbell, Chris Abbott, Addie Moses, Chad Myers, Emily Kunkle, Elizabeth Remotti, Michael Strom, Tammy Czar, Victoria Scalla, Robin Taff, Keri Leach, Kimberly Walker, Natalie Fernandez, Tara Deem, Patricia Lenkman, Marsha Tryforos, and other TherapeuticsMD, Inc. sales representatives | TherapeuticsMD, Inc. sales representatives<br><br>c/o Hackler Daghighian Martino & Novak P.C.<br>10900 Wilshire Blvd.<br>Suite 300<br>Los Angeles, CA 90024<br>310-887-1334<br><br>Any contact is to be made through the undersigned counsel. | Communications regarding instances of actual confusion |

6

| Name | Role and Contact Information | Subject |
|---|---|---|
| Dr. Corrado Altomare | TherapeuticsMD, Inc. medical and scientific consultant in obstetrics and gynecology<br><br>c/o Hackler Daghighian Martino & Novak P.C.<br>10900 Wilshire Blvd. Suite 300<br>Los Angeles, CA 90024<br>310-887-1334<br><br>Any contact is to be made through the undersigned counsel. | Communications regarding instances of actual confusion |

| Name | Role and Contact Information | Subject |
|---|---|---|
| Evofem and its current and former employees, representatives, and agents | 12400 High Bluff Dr., #600, San Diego, CA 92130 | Information concerning and/or relating to Evofem's infringement of the IMVEXXY mark; <br><br> Pre-suit knowledge of the IMVEXXY mark and associated pharmaceutical product; <br><br> Evofem's selection, adoption, use, licensing, advertising and/or marketing of the PHEXXI mark; <br><br> Evofem's applications to register the PHEXXI mark in the USPTO as well as other foreign jurisdictions, including related communications with the USPTO; <br><br> Legal opinions concerning likelihood of confusion between IMVEXXY and PHEXXI; <br><br> Trademark clearance searches, analysis, and communications related thereto; <br><br> Evofem's communications with the FDA regarding the proprietary name PHEXXI and/or goods associated therewith; <br><br> Evofem's sales and financials related to the PHEXXI product; <br><br> Marketing strategies and advertising spends; <br><br> Communications of sales agents regarding PHEXXI and IMVEXXY; and <br><br> Knowledge related to Evofem's affirmative defenses and counterclaim. |

| Name | Role and Contact Information | Subject |
|---|---|---|
| Saundra Pelletier | Evofem's CEO & President<br><br>12400 High Bluff Dr., #600, San Diego, CA 92130 | Evofem's infringement of the IMVEXXY mark;<br><br>Pre-suit knowledge of the IMVEXXY mark and associated pharmaceutical product;<br><br>Evofem's selection, adoption, use, licensing, advertising and/or marketing of the PHEXXI mark;<br><br>Evofem's applications to register the PHEXXI mark in the USPTO, including related communications with the USPTO;<br><br>Legal opinions concerning likelihood of confusion between IMVEXXY and PHEXXI;<br><br>Trademark clearance searches, analysis, and communications related thereto;<br><br>Communications with the FDA regarding the proprietary name PHEXXI and/or goods associated therewith;<br><br>Evofem's sales and financials related to the PHEXXI product;<br><br>Marketing strategies and advertising spends;<br><br>Communications of sales agents regarding PHEXXI and IMVEXXY; and<br><br>Knowledge related to Evofem's affirmative defenses and counterclaim. |

| Name | Role and Contact Information | Subject |
|---|---|---|
| Stewart M Brown | Evofem's Vice President & Deputy General Counsel<br><br>12400 High Bluff Dr., #600, San Diego, CA 92130 | Evofem's infringement of the IMVEXXY mark;<br><br>Pre-suit knowledge of the IMVEXXY mark and associated pharmaceutical product;<br><br>Evofem's selection, adoption, and use of the PHEXXI mark;<br><br>Legal opinions concerning likelihood of confusion between IMVEXXY and PHEXXI;<br><br>Trademark clearance searches, analysis, and communications related thereto; and<br><br>Knowledge related to Evofem's affirmative defenses and counterclaim. |
| Alex Fitzpatrick | Evofem's Executive Vice President & General Counsel<br><br>12400 High Bluff Dr., #600, San Diego, CA 92130 | Evofem's infringement of the IMVEXXY mark;<br><br>Pre-suit knowledge of the IMVEXXY mark and associated pharmaceutical product;<br><br>Evofem's selection, adoption, and use of the PHEXXI mark;<br><br>Legal opinions concerning likelihood of confusion between IMVEXXY and PHEXXI;<br><br>Trademark clearance searches, analysis, and communications related thereto; and<br><br>Knowledge related to Evofem's affirmative defenses and counterclaim. |

| Name | Role and Contact Information | Subject |
|---|---|---|
| Michele Shaap | Evofem's sales representative | Evofem's infringement of the IMVEXXY mark; Communications regarding instances of actual confusion; and Communications of sales agents regarding PHEXXI and IMVEXXY. |
| Danielle Adams | Evofem's employee | Evofem's selection, adoption, and use of the PHEXXI mark; |
| Silvia Myhre | Evofem's former employee | Evofem's infringement of the IMVEXXY mark; Pre-suit knowledge of the IMVEXXY mark and associated pharmaceutical product; Evofem's selection, adoption, and use of the PHEXXI mark; and Trademark clearance searches, analysis, and communications related thereto. |
| Andrew S. Skale | Partner, counsel of record on the trademark registration and pending applications<br><br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. 3580 Carmel Mountain Road, Suite 300, San Diego, CA 92130 | Prosecution of trademark applications and registrations for the PHEXXI mark, including statements and representations made during prosecution; trademark searching and clearance; legal opinions related to PHEXXI or IMVEXXY |

| Name | Role and Contact Information | Subject |
|---|---|---|
| Jacobo Dib | Evofem's Trademark Specialist<br><br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Prosecution of trademark applications and registrations for the PHEXXI mark, including statements and representations made during prosecution; trademark searching and clearance; legal opinions related to PHEXXI or IMVEXXY |
| Archer Healthcare, Inc. and its current and former employees, representatives, and agents | Evofem's former telesales representative or agent<br><br>101 Virginia Ave., Wilmington, NC 28401 | Information concerning and/or relating to Evofem's infringement of the IMVEXXY mark;<br><br>Pre-suit knowledge of the IMVEXXY mark and associated pharmaceutical product;<br><br>Marketing strategies and advertising spends;<br><br>Communications regarding instances of actual confusion; and<br><br>Communications of sales agents regarding PHEXXI and IMVEXXY. |
| Brand Institute, Inc. and its current and former employees, representatives, and agents | Evofem's branding representative or agent<br><br>400 Corporate Pointe, Suite 300, Culver City, CA 90230 | Information concerning and/or relating to Evofem's infringement of the IMVEXXY mark;<br><br>Pre-suit knowledge of the IMVEXXY mark and associated pharmaceutical product;<br><br>Evofem's selection and adoption of the PHEXXI mark;<br><br>Trademark clearance searches, analysis, and communications related to PHEXXI; and<br><br>Communications with the FDA regarding the proprietary name PHEXXI and/or goods associated therewith; and<br><br>Communications regarding PHEXXI and IMVEXXY. |

TherapeuticsMD also designates all witnesses disclosed by Evofem.

II. **DOCUMENTS, ESI, AND TANGIBLE THINGS**

Fed. R. Civ. P. 26(a)(1)(a)(ii). Provide a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE:**

The following is a description by category and location of all documents, data compilations, and tangible things that are in the possession, custody or control of TherapeuticsMD and that TherapeuticsMD may use to support its claims or defenses. Certain of the documents may be subject to attorney-client privilege, work product protection, or other applicable claims of privilege. Confidential documents, including relevant financial information, will be furnished, subject to other objections, pursuant to the scheduling order in this case, and/or after execution of an appropriate protective order. TherapeuticsMD reserves the right to amend or supplement these disclosures as provided under Fed. R. Civ. P. 26(e). TherapeuticsMD reserves the right to supplement these categories as investigation and discovery progresses. TherapeuticsMD identifies, without limitation, at least the following documents, electronically stored information, and tangible things in its possession, custody, or control that it may use to support its claims or defenses:

- Records from the USPTO regarding TherapeuticsMD's trademark registration for the IMVEXXY Mark;
- Documents relating to the selection and adoption of the IMVEXXY Mark;
- Documents relating to use, sales, marketing and advertising of TherapeuticsMD's products, including IMVEXXY;

- Documents relating to Evofem's use, marketing, and advertising of the PHEXXI mark;
- Samples of products offered and shipped by TherapeuticsMD;
- Records from the USPTO regarding Evofem's trademark registration and applications for the PHEXXI mark;
- Documents relating to likelihood of confusion between IMVEXXY and PHEXXI;
- Documents reflecting communications between TherapeuticsMD and Evofem before and related to this action;
- Documents reflecting communications with the FDA regarding PHEXXI and/or goods associated therewith;
- Documents reflecting communications with the FDA regarding IMVEXXY and/or goods associated therewith; and
- Documents related to Evofem's affirmative defenses and counterclaim.

The documents, electronically stored information, and tangible things described above are located at the offices of Hackler Daghighian Martino & Novak P.C and/or at TherapeuticsMD's offices. TherapeuticsMD will make available for inspection, relevant, non-privileged documents, electronically stored information, and tangible things in its possession, custody, or control at a mutually agreeable time.

Many of these items contain or embody highly confidential financial and/or technical information about TherapeuticsMD and/or third parties. Such items will be produced and/or made available for inspection under the terms of the Protective Order.

TherapeuticsMD's investigation, research, and analysis of the issues in this case are ongoing. TherapeuticsMD expressly reserves the right to supplement its identification of categories of documents pursuant to Rule 26(e) as its investigation continues.

### III.     COMPUTATION OF DAMAGES

<u>Fed. R. Civ. P. 26(a)(1)(a)(iii)</u>. Provide a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Fed. R. Civ. P. 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

==Without waiver of any rights, TherapeuticsMD intends to seek the following:==

- Injunctive relief from the Court to enjoin Evofem from:

    a. Using, registering, or applying to register PHEXXI, or any other word or words which are identical and/or confusingly similar to TherapeuticsMD's IMVEXXY mark, either alone, as part of, or together with, any other word or words, trademark, service mark, trade name, domain name, or other business or commercial designation in connection with the sale, offering for sale, advertising, promotion and/or distribution of pharmaceutical preparations for women's sexual and reproductive health;

    b. Selling, offering to sell, marketing, distributing, advertising, and/or promoting any pharmaceutical drug for women's sexual and reproductive health with the word PHEXXI displayed on such product, packaging, advertising, or promotional materials;

    c. Otherwise infringing the IMVEXXY mark;

    d. Engaging in actions that constitute unfair competition and/or false designation of origin; and

    e. Engaging in deceptive or unfair trade practices in violation of the Florida Deceptive and Unfair Trade Practices Act, F.S.A. 501.201 *et seq.*

- An order from the Court to cancel Evofem's U.S. Registration No. 6,201,656, and certifying such order to the Director of the USPTO make appropriate entry upon the Office records and effect such cancellation.

- An order from the Court requiring Evofem to abandon the Evofem Applications and all foreign counterparts.

- An order from the Court awarding (i) all of Evofem's profits, gains, and advantages derived from the unauthorized use of the IMVEXXY mark or any confusingly similar mark, and that such sums be trebled; (ii) all damages sustained by TherapeuticsMD by reason of Evofem's acts of trademark infringement and unfair competition, including amounts necessary for prospective corrective advertising, and that such damages be trebled; (iii) exemplary and punitive damages as the court finds appropriate to deter any future willful conduct; and (iv) interest, including prejudgment interest, on the foregoing sums.

- An order from the Court declaring the case exceptional under 15 U.S.C. §1117(a) and awarding all attorneys' fees and costs.

## IV. INSURANCE AGREEMENT

<u>Fed. R. Civ. P. 26(a)(1)(a)(iv)</u>.  Provide, for inspection and copying as under Fed. R. Civ. P. 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of

a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

TherapeuticsMD is presently unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment. TherapeuticsMD reserves the right to supplement, amend, or modify this response.

Dated: August 16, 2021

Respectfully submitted,

HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.

By: /s/ *Ehab M. Samuel*
Ehab Samuel (*Pro Hac Vice*)
esamuel@hdmnlaw.com
David A. Randall (*Pro Hac Vice*)
dave@hdmnlaw.com
Sepehr Daghighian (*Pro Hac Vice*)
sd@hdmnlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.:  (310) 887-1333
Fax:  (310) 887-1334

and

SHUTTS & BOWEN LLP
Joseph W. Bain, Florida Bar No. 860360
JBain@shutts.com
Patricia A. Leonard, Florida Bar No. 65455
pleonard@shutts.com
Jodi-Ann Tillman, Florida Bar No. 1022214
JTillman@shutts.com
525 Okeechobee Boulevard, Suite 1100
West Palm Beach, FL 33401
Telephone: 561-835-8500

17

Facsimile: 561-650-8530

*Attorneys for Plaintiff*
THERAPEUTICSMD, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2021, I served a copy of **PLAINTIFF THERAPEUTICSMD, INC.'S CORRECTED FIRST AMENDED INITIAL DISCLOSURES** on all counsel of record for Defendant by email, as agreed upon by the parties, to the following:

James A. Stepan, FL SBN 184896
jstepan@stepanlaw.com
Andrew D. Skale (CA SBN 211096)
adskale@mintz.com
Kara M. Cormier (MA BBO 684255)
kmcormier@mintz.com

*Counsel for Defendant, Evofem Biosciences, Inc.*

By:  /s/ Ehab M. Samuel
     Ehab M. Samuel