UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-82296-RAR

THERAPEUTICSMD, INC.,

    Plaintiff,

v.

EVOFEM BIOSCIENCES, INC.,

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on TherapeuticsMD, Inc. and Evofem Biosciences, Inc.'s Joint Motion to File Under Seal the parties' confidential Settlement Agreement [ECF No. 340] ("Motion"). Having reviewed the Motion, and being otherwise fully advised, it is

**ORDERED** and **ADJUDGED** as follows:

1. The Motion [ECF No. 340] is **GRANTED**.

2. The parties are authorized, pursuant to Local Rule 5.4(b), to file the unredacted version of the confidential Settlement Agreement under seal.

3. Pursuant to Local Rule 5.4(b)(1), the unredacted version of the filing shall remain under seal until further order from this Court.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of July, 2022.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE