UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-82296-RAR

THERAPEUTICSMD, INC.,

    Plaintiff,

v.

EVOFEM BIOSCIENCES, INC.,

    Defendant.

_____/

ORDER GRANTING JOINT MOTION TO RETAIN JURISDICTION
TO ENFORCE SETTLEMENT AGREEMENT AND FOR
<u>STIPULATED DISMISSAL WITH PREJUDICE</u>

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for the Court to Retain Jurisdiction to Enforce the Settlement Agreement and for a Stipulated Dismissal with Prejudice ("Joint Motion") [ECF No. 339]. The Court having reviewed the Joint Motion and Stipulation, the Settlement Agreement [ECF Nos. 339-1 and 342-1], the record, and being otherwise fully advised, it is hereby

**ORDERED and ADJUDGED** that the Joint Motion is **GRANTED**. This case is **DISMISSED with prejudice**. The Clerk is instructed to **CLOSE** the case, and all pending motions are **DENIED as MOOT**. Each party shall bear its own fees and costs. The Court retains jurisdiction to enforce the terms of the Settlement Agreement [ECF Nos. 339-1 and 342-1].

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of July, 2022.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE
